US010221221B2

(12) **United States Patent**
Shaner et al.

(10) Patent No.: **US 10,221,221 B2**
(45) Date of Patent: **Mar. 5, 2019**

(54) **MONOMERIC YELLOW-GREEN FLUORESCENT PROTEIN FROM CEPHALOCHORDATE**

(71) Applicant: **Allele Biotechnology & Pharmaceuticals, Inc.**, San Diego, CA (US)

(72) Inventors: **Nathan C. Shaner**, San Diego, CA (US); **Gerard G. Lambert**, San Diego, CA (US); **Yuhui Ni**, San Diego, CA (US); **Jiwu Wang**, La Jolla, CA (US)

(73) Assignee: **ALLELE BIOTECHNOLOGY & PHARMACEUTICALS, INC**, San Diego, CA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 137 days.

(21) Appl. No.: **13/950,239**

(22) Filed: **Jul. 24, 2013**

(65) **Prior Publication Data**

US 2014/0038267 A1       Feb. 6, 2014

**Related U.S. Application Data**

(60) Provisional application No. 61/675,237, filed on Jul. 24, 2012.

(51) **Int. Cl.**

| | |
|---|---|
| *A61K 38/00* | (2006.01) |
| *C07K 14/46* | (2006.01) |
| *G06F 19/12* | (2011.01) |
| *G06F 19/16* | (2011.01) |
| *C07K 14/435* | (2006.01) |

(52) **U.S. Cl.**
CPC ........ *C07K 14/46* (2013.01); *C07K 14/43504* (2013.01); *G06F 19/12* (2013.01); *G06F 19/16* (2013.01)

(58) **Field of Classification Search**
None
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 6,800,733 | B2 | 10/2004 | Tsien et al. |
| 7,166,444 | B2 | 1/2007 | Lukyanov et al. |
| 2009/0286314 | A1 | 11/2009 | Israelsson |
| 2012/0093737 | A1 | 4/2012 | Wang |

OTHER PUBLICATIONS

Campbell et al., "A monomeric red fluorescent protein," *Proc. Natl. Acad. Sci. USA*, Jun. 11, 2002, 99(12):7877-7882.
Chalfie et al., eds., *Green Fluorescent Protein: Properties Applications, and Protocols*, 2nd edition, 2006, Wiley-Interscience, Hoboken, NJ.
Colyer et al., "A novel fluorescence lifetime imaging system that optimizes photon efficiency," *Microsc. Res. Tech.*, 2008, 71:201-213.

Goedhart et al., "Structure-guided evolution of cyan fluorescent proteins towards a quantum yield of 93%," *Nat. Comms.*, 2012, 3:751, 9 pages.
Gross et al., "The structure of the chromophore within DsRed, a red fluorescent protein from coral," *Proc. Natl. Acad. Sci. USA*, Oct. 24, 2000, 97(22):11990-11995.
Karasawa et al., "A green-emitting fluorescent protein from *Galaxeidae* coral and its monomeric version for use in fluorescent labeling," *J. Biol. Chem.*, Sep. 5, 2003, 278(36):34167-34171.
Karasawa et al., Cyan-emitting and orange-emitting fluorescent proteins as a donor/acceptor pair for fluorescence resonance energy transfer, *Biochem. J.*, 2004, 381:307-312.
Li et al., "Evolutionary and functional diversity of green fluorescent proteins in cephalochordates," *Gene*, 2009, 446:41-49.
Lyskov et al., "The RosettaDock server for local protein-protein docking," *Nucleic Acids Res.*, 2008, 36:W233-W238.
Magde et al., "Fluorescence quantum yields and their relation to lifetimes of rhodamine 6G and fluorescein in nine solvents: improved absolute standards for quantum yields," *Photochemistry and Photobiology*, 2002, 75(4):327-334.
Malo et al., "Crystal structure and Raman studies of dsFP483, a cyan fluorescent protein from *Discosoma striata*," *J Mol. Biol.*, 2008, 378:871-886.
Markwardt et al., "An Improved Cerulean Fluorescent Protein with Enhanced Brightness and Reduced Reversible Photoswitching," *PLoS ONE*, Mar. 2011, 6(3):e17896, 11 pages.
Merzlyak et al., "Bright monomeric red fluorescent protein with an extended fluorescence lifetime," *Nature Methods*, Jul. 2007, 4(7):555-557.
Miyawaki, "Development of probes for cellular functions using fluorescent proteins and fluorescent resonance energy transfer," *Annu. Rev. Biochem.*, 2011, 80:357-373.
Redford et al., "Polar plot representation for frequency-domain analysis of fluorescence lifetimes," *J. Fluoresc.*, Sep. 2005, 15(5):805-815.
Roy et al., "I-TASSER: a unified platform for automated protein structure and function prediction," *Nature Protocols*, Apr. 2010, 5(4):725-738.

(Continued)

*Primary Examiner* — Hope Robinson

(74) *Attorney, Agent, or Firm* — Duane Morris LLP

(57) **ABSTRACT**

The present disclosure provides isolated nucleic acid sequences encoding a monomeric green/yellow fluorescent proteins, and fragments and derivatives thereof. Also provided is a method for engineering the nucleic acid sequence, a vector comprising the nucleic acid sequence, a host cell comprising the vector, and use of the vector in a method for expressing the nucleic acid sequence. The present invention further provides an isolated nucleic acid, or mimetic or complement thereof, that hybridizes under stringent conditions to the nucleic acid sequence. Additionally, the present invention provides a monomeric green/yellow fluorescent protein encoded by the nucleic acid sequence, as well as derivatives, fragments, and homologues thereof. Also provided is an antibody that specifically binds to the green/yellow fluorescent protein.

**5 Claims, 8 Drawing Sheets**

**Specification includes a Sequence Listing.**

Exhibit 1 - Page 1

**US 10,221,221 B2**

Page 2

(56)          **References Cited**

OTHER PUBLICATIONS

Shaner et al., "Advances in fluorescent protein technology," *J. Cell. Sci.,* 2007, 120(24):4247-4260.
Shaner et al., "A guide to choosing fluorescent proteins," *Nature Methods,* Dec. 2005, 2(12):905-909.
Shaner et al., "Improved monomeric red, orange and yellow fluorescent proteins derived from *Discosoma* sp. Red fluorescent protein," *Nat. Biotechnol.,* Nov. 21, 2004, 22:1567-1572.
Shaner et al., "Improving the photostability of bright monomeric orange and red fluorescent proteins," *Nature Methods,* 2008, 5:545-551.

Subach et al., "An Enhanced Monomeric Blue Fluorescent Protein with the High Chemical Stability of the Chromophore," *PLoS ONE,* Dec. 2011, 6:e28674, 9 pages.
Sun et al., "Investigating protein-protein interactions in living cells using fluorescence lifetime imaging microscopy," *Nature Protocols,* 2011, 6(9):1324-1340.
Tsien, "The green fluorescent protein," *Annu. Rev. Biochem.,* 1998, 67:509-544.
Yarbrough et al., "Refined crystal structure of DsRed, a red fluorescent protein from coral, at 2.0-Å resolution," *Proc. Natl. Acad. Sci. USA,* Jan. 16, 2001, 98(2):462-467.
International Search Report and Written Opinion dated Feb. 10, 2014 in corresponding International Patent Application No. PCT/US13/51911, 11 pages.

Exhibit 1 - Page 2

**Figure 1**



Exhibit 1 - Page 3

**Figure 2**



Exhibit 1 - Page 4

Case 3:20-cv-01958-H-AHG   Document 1-2   Filed 10/05/20   PageID.22   Page 5 of 109

# Figure 3



Exhibit 1 - Page 5

**U.S. Patent**          Mar. 5, 2019          Sheet 4 of 8          US 10,221,221 B2

**Figure 4**

```
                                10        20        30        40        50
LanYFP     --------------MSLPATHELHIFGSFNGVDFDMVGRGTGNPNDGYEELNLKSTKGALQFSP
dLanYFP    MVSKGEEDNMASLPATHELHIFGSFNGVDFDMVGRGTGNPNDGYEELNLKSTKGDLQFSP
mNeonGreen MVSKGEEDNMASLPATHELHIFGSINGVDFDMVGQGTGNPNDGYEELNLKSTKGDLQFSP
                      ***********:*********:*****************:****:*****

                                60        70        80        90       100       110
LanYFP     WILVPQIGYGFHQYLPFPDGMSPFQAAMKDGSGYQVHRTMQFEDGASLTSNYRYTYEGSH
dLanYFP    WILVPQIGYGFHQYLPFPDGMSPFQAAMKDGSGYQVHRTMQFEDGASLTSNYRYTYEGSH
mNeonGreen WILVPHIGYGFHQYLPFPDGMSPFQAAMVDGSGYQVHRTMQFEDGASLTVNYRYTYEGSH
                  *****:***********************:**********************:********* *********

                               120       130       140       150       160       170
LanYFP     IKGEFQVIGTGFPADGPVMTNSLTAADWCVTKMLYPNDKTIISTFDWTYTTGSGKRYQST
dLanYFP    IKGEFQVIGTGFPADGPVMTNSLTAADWCVTKMLYPNDKTIISTFDWTYTTGNGKRYQST
mNeonGreen IKGEAQVKGTGFPADGPVMTNSLTAADWCRSKKTYPNDKTIISTFKWSYTTGNGKRYRST
                  **** **  ********************* :* ********** .*; ****.****;**

                               180       190       200       210
LanYFP     VRTNYTFAKPMAANILKNQPMFVFRKTELKHSKTELNFKEWQKAFTDVM---------
dLanYFP    ARTSYTFAKPMAANILKNQPMFVFRKTELKHSKTELNFKEWQKAFTDVMGMDELYK
mNeonGreen ARTSYTFAKPMAANYLKNQPMFVFRKTELKHSKTELNFKEWQKAFTDVMGMDELYK
                  .**.*********  *****:**********************************
```

U.S. Patent          Mar. 5, 2019          Sheet 5 of 8          US 10,221,221 B2

## Figure 5



Exhibit 1 - Page 7

# Figure 6



Exhibit 1 - Page 8

Case 3:20-cv-01958-H-AHG   Document 1-2   Filed 10/05/20   PageID.26   Page 9 of 109

**Figure 7**



Exhibit 1 - Page 9



**FIG. 8**

Exhibit 1 - Page 10

US 10,221,221 B2

1

# MONOMERIC YELLOW-GREEN FLUORESCENT PROTEIN FROM CEPHALOCHORDATE

## RELATED APPLICATIONS

This application claims the benefit of the priority of U.S. provisional application Ser. No. 61/675,237, filed Jul. 24, 2012.

## SEQUENCE LISTING

The instant application contains a Sequence Listing which has been submitted in ASCII format via EFS-Web and is hereby incorporated by reference in its entirety. Said ASCII copy, created on Oct. 7, 2013, is named F6035-00015_SL.txt, and is 8 kilobytes in size.

## FIELD OF THE INVENTION

The present disclosure relates to novel monomeric yellow-green fluorescent proteins, termed mNeonGreen, which are derived/generated from a tetrameric fluorescent protein from the cephalochordate *Branchiostoma lanceolatum*. These exemplary monomeric versions of the proteins disclosed herein were designed and generated by structure and docking algorithms using protein engineering techniques and have no known close structural or functional homologs. The exemplary mNeonGreen monomeric fluorescent proteins described herein are among the brightest known in its class and have exceptional utility as a biomarker and/or protein fusion tag, and have shown great usefulness as a FRET acceptor for the newest generation of cyan fluorescent proteins.

## BACKGROUND

Since the initial cloning of *Aequorea victoria* green fluorescent protein (avGFP) over 20 years ago, fluorescent proteins have become staples of biological imaging. After an initial flurry of activity leading to the development of avGFP variants in the blue to yellow-green wavelength range [1], the bulk of subsequent fluorescent protein research has focused on expanding the fluorescent protein color palette into the red region and improving the brightness and performance of these longer-wavelength variants [2], along with more recent improvements to cyan variants of avGFP (CFPs) [3,4]. Since green and yellow variants of the original avGFP (GFPs and YFPs) perform reliably for many applications, not much effort has been placed on developing novel fluorescent proteins in the green region of the spectrum. However, there is still room for improvement of green and yellow fluorescent proteins, both for routine imaging as well as more advanced applications such as Förster resonance energy transfer (FRET) [5].

## SUMMARY OF THE INVENTION

In view of the above, the present disclosure provides novel green/yellow fluorescent proteins derived by protein engineering based on exemplary yellow fluorescent proteins from *Branchiostoma lanceolatum* (LanYFP, Allele Biotechnology, San Diego, Calif.), which exhibits an unusually high quantum yield (~0.95) and extinction coefficient (~150,000 M-1 cm-1). In certain embodiments, size exclusion chromatography revealed that these proteins are tetramers (FIG. 1).

2

In one aspect, the disclosure provides an exemplary compositions comprising a monomeric NeonGreen (mNeonGreen) protein having the sequence of SEQ ID NO: 1. In one embodiment, the composition comprises a protein having a polypeptide with at least 95% homology to the sequence set forth in SEQ ID NO:1. In one embodiment, the composition comprises a protein having a polypeptide with at least 97% homology to SEQ ID NO:1.

In one aspect, the present disclosure provides methods for monomerization of tetrameric LanYFP and compositions comprising thereof. In certain embodiments, the methods comprise the use of structure prediction algorithms coupled with modeling of the tetramer interfaces to guide the monomerization of LanYFP. In one embodiment, the structure prediction algorithm is based on well-conserved beta-barrel structures in fluorescent proteins.

In one aspect, the present disclosure provides an isolated nucleic acid sequence encoding a non-oligomerizing green/yellow Fluorescent Protein (having specific characteristic emission spectrum described below). In certain embodiments, the nucleic acid sequence may be compatible with mammalian (e.g., human) or other species' codon usage.

In another embodiment, the disclosure provides a nucleic acid sequence encoding a polypeptide that has at least about 95% homology with the polypeptide encoded by the nucleic acid of SEQ ID NO: 2. In yet another embodiment, a nucleic acid present in other than its natural environment, wherein said nucleic acid encodes a green/yellow chromoprotein or fluorescent mutant thereof, and wherein said nucleic acid has a sequence identity of at least about 90% with SEQ ID NO: 2.

In still another aspect, the present disclosure provides a vector that includes a nucleic acid sequence encoding a non-oligomerizing green/yellow Fluorescent Protein (FP). In one embodiment, the vector is a plasmid, a viral vector, or a linear form of DNA template. In another embodiment, the nucleic acid sequence of the vector is cDNA. Also provided is a host cell comprising the vector. The present invention further provides use of the vector in a method for expressing the nucleic acid sequence in mammalian cells, plant cells, yeast cells, bacterial cells, etc. In one embodiment, the nucleic acid sequence is expressed as a tandem genetic fusion to another protein.

In one embodiment, the novel protein may be a monomer or dimer. In a further embodiment, the lanYFP-derived fluorescent protein comprises at least one or more of the following mutations F15I, R25Q, A45D, Q56H, F67Y, K79V, S100V, F115A, I118K, V140R, T141S, M143K, L144T, D156K, T158S, S163N, Q168R, V171A, N174T, I185Y, F192Y.

In yet another aspect, the present disclosure provides an antibody that specifically binds to the FPs of the invention. In one embodiment, the antibody is a polyclonal antibody; in another embodiment, the antibody is a monoclonal antibody; in yet another embodiment, the antibody is a VHH protein.

Additional variations, aspects and advantages of the present invention will be apparent in view of the following descriptions. It should be understood, however, that the detailed description and the specific examples, while indicating preferred embodiments of the invention, are given for the purpose of illustration only, since various changes and modifications within the spirit and scope of the invention will become apparent to those skilled in the art from these detailed depictions and descriptions.

## BRIEF DESCRIPTION OF THE DRAWINGS

FIG. **1**. Size exclusion chromatography of LanYFP (tetramer), dLanYFP (dimer), and mNeonGreen (monomer).

Exhibit 1 - Page 11

US 10,221,221 B2

**3**

The exemplary proteins were detected with 480 nm excitation and 530 nm emission, compared to mCherry (monomer) detected with 540 nm excitation and 620 nm emission. Each exemplary fluorescent protein was run simultaneously with mCherry as a size standard with detection at both wavelengths; mCherry consistently eluted with the same peak shape and retention time. Curves are normalized to peak fluorescence.

FIG. **2**. Diagram of I-TASSER and RosettaDock models of wild-type LanYFP. (A) A/B dimer interface with targeted residues Ile118 and Asn174 shown as sticks and (B) A/C dimer interface with targeted residues Val140, Leu144, and Asp156 shown as sticks.

FIG. **3**. Exemplary normalized absorbance, excitation, and emission spectra of mNeonGreen.

FIG. **4**. Sequence alignment of LANYFP, dLANYFP, and mNeonGreen. AB interface mutations are shown in red, A/C interface mutations in yellow, and modified termini in green.

FIG. **5**. Fluorescence imaging of mNeonGreen fusion vectors. Exemplary C-terminal mNeonGreen fusion constructs (with respect to the fluorescent protein); for each fusion, the linker amino acid length is indicated after the name of the targeted organelle or fusion partner: (A) mNeonGreen-Annexin (A4)-C-12 (human; plasma membrane); (B) mNeonGreen-β-actin-C-18 (human; actin cytoskeleton); (C) mNeonGreen-β-Catenin-C-20 (mouse; tight junctions); (D) mNeonGreen-CAAX-C-5 (20-amino acid farnesylation signal from c-Ha-Ras; plasma membrane); (E) mNeonGreen-CAF1-C-10 (mouse chromatin assembly factor); (F) mNeonGreen-Caveolin1-C-10 (human); (G) mNeonGreen-Endosomes-C-14 (human RhoB GTPase); (H) mNeonGreen-Fascin-C-10 (human; actin bundling); (I) mNeonGreen-Fibrillarin-C-7 (human; nucleoli); (J) mNeonGreen-FilaminA-C-14 (human; cytoskeleton); (K) mNeonGreen-LAMP1-C-20 (rat; lysosomal membrane glycoprotein 1; lysosomes); (L) mNeonGreen-Clathrin-C-15 (human, light chain B); (M) mNeonGreen-Myotilin-C-14 (human; actin filaments); (N) mNeonGreen-PCNA-C-19 (human; replication foci); (O) mNeonGreen-Plastin-C-10 (human; actin binding); (P) mNeonGreen-Rab4a-C-7 (human; endosomes); (Q) mNeonGreen-LC3B-C-7 (rat light chain; autophagosomes); (R) mNeonGreen-Talin-C-18 (mouse; focal adhesions); (S) mNeonGreen-Tubulin-C-35 (human; microtubules); (T) mNeonGreen-ZO1-C-14 (human; tight junctions). The cell line used for expression of C-terminal mNeonGreen constructs was Madin-Darby canine kidney (MDCK; ATCC, CCL-34) cells in panels C and T. HeLa CCL2 (ATCC) cells were used in the remaining panels. Scale bars represent 10 µm.

FIG. **6**. Additional fluorescence imaging of mNeonGreen fusion vectors. Exemplary N-terminal mNeonGreen fusion constructs (with respect to the fluorescent protein); for each fusion, the linker amino acid length is indicated after the name of the targeted organelle or fusion partner: (A) mNeonGreen-α-Actinin-N-19 (human; non-muscle; actin and focal adhesions); (B) mNeonGreen-Calnexin-N-14 (human; endoplasmic reticulum); (C) mNeonGreen-C-Src-N-7 (chicken; plasma membrane); (D) mNeonGreen-Cx43-N-7 (rat α-1 connexin 43; gap junctions); (E) mNeonGreen-EB3-N-7 (human microtubule-associated protein; RP/EB family); (F) mNeonGreen-Keratin-N-17 (human; intermediate filaments; cytokeratin 18); (G) mNeonGreen-Lamin B1-N-18 (human; nuclear envelope); (H) mNeonGreen-Lifeact-N-7 (yeast; actin); (I) mNeonGreen-MANNII-N-10 (mouse mannosidase 2; endoplasmic reticulum); (J) mNeonGreen-MyosinIIA-N-14 (mouse non muscle; actin binding); (K) mNeonGreen-Nup50-N-10 (human; nuclear pore com-

**4**

plex); (L) mNeonGreen-PDHA1-N-10 (human pyruvate dehydrogenase; mitochondria); (M) mNeonGreen-PMP-N-10 (human peroxisomal membrane protein; peroxisomes); (N) mNeonGreen-MAPTau-N-10 (human microtubule associated protein); (O) mNeonGreen-TFR-N-20 (human transferrin receptor; plasma membrane); (P) mNeonGreen-TPX2-N-10 (human; microtubules); (Q) mNeonGreen-VASP-N-10 (mouse; focal adhesions); (R) mNeonGreen-VE-Cadherin-N-10 (human; adhesion junctions); (S) mNeonGreen-Vimentin-N-7 (human; intermediate filaments); (T) mNeonGreen-Zyxin-N-6 (human; focal adhesions). The cell line used for expression N-terminal mNeonGreen constructs was human cervical adenocarcinoma cells (HeLa-S3; ATCC, CCL-2.2) in panels F, K, P and S. HeLa CCL2 (ATCC) cells were used in the remaining panels. Scale bars represent 10 µm.

FIG. **7**. Fluorescence imaging of mNeonGreen H2B fusion vectors. (A)-(D) C-terminal mNeonGreen-H2B-C-10 (human) in HeLa S3 cells; (A) interphase; (B) prophase; (C) metaphase; (D) anaphase; (E)-(H) N-terminal mNeonGreen-H2B-N-6 (human) in HeLa S3 cells; (E) interphase; (F) prophase; (G) metaphase; (H) anaphase. Scale bars represent 10 µm.

FIG. **8**. Sample FRET experiments. (A) Emission spectra and fixed and live cell FRET images for (A) mTurquoise-mNeonGreen, (B) mTurquoise-mVenus, and (C) mCerulean-mVenus. Fixed Cells. The first column is the post-AP image of donor with 405 nm excitation illustrating increase in donor image intensity after bleaching an ROI. The second column is the post-AP image of acceptor with 515 nm excitation illustrating the same region has been photobleached. The third column is a ratiometric image of the donor to represent the increase in intensity of the bleached region, which is representative of FRET efficiency (see FRET Efficiency Bar below). Live Cells. The first column is the pre-AP image of both the donor and acceptor, with each taking up half of the total image. The second column is the post-AP image of the donor and acceptor showing the increase in intensity of the donor and that the acceptor was photobleached. The third column is a ratiometric image of the donor to represent the increase in intensity of the bleached cell, which is representative of FRET efficiency (see FRET Efficiency Bar below). FRET Efficiency Bar. Placed on the ratiometric image of a cell with a bleached region (Fixed cells) or an entire bleached cell (Live cells). Blue-green represents an average FRET efficiency of ~0 and Pink-white is approaching 1.

## DETAILED DESCRIPTION OF THE INVENTION

When describing the present invention, all terms not defined herein have their common meanings recognized in the art. To the extent that the following description is of a specific embodiment or a particular use of the invention, it is intended to be illustrative only, and not limiting of the claimed invention. The following description is intended to cover all alternatives, modifications and equivalents that are included in the spirit and scope of the invention.

As used herein, typical monomerization required a known or a previously solved crystalline structures of the target fluorescent protein or a very close homolog thereof as a starting template. Certain monomeric fluorescent proteins have been generated without the use of solved crystal structures, but these cases have relied on relatively close homology of predicted tetramer interface residues with fluorescent proteins whose structures were already known

Exhibit 1 - Page 12

US 10,221,221 B2

5

[9,10] (for example, mAG was engineered from Azami-Green based on ~52% peptide sequence identity (~74% positive) to DsRed over the full length of the protein). The cephalochordate fluorescent proteins are evolutionarily distant from other known fluorescent proteins [11], with LanYFP displaying <40% sequence identity to fluorescent proteins from all other classes of organism, and only 20% homology (~42% positive) to the closest homolog which has been monomerized (Kusabira-Orange [12]). No structure has yet been solved for a cephalochordate fluorescent protein. One exemplary compositions derived from such method as described herein was designated as monomeric NeonGreen (mNeonGreen) SEQ ID NO: 1.

In another embodiment, the disclosure provides a nucleic acid sequence encoding a polypeptide that has at least about 95% homology with the polypeptide encoded by the nucleic acid of SEQ ID NO: 2. It is well understood by those of skill in the art that in many instances modifications in particular locations in the polypeptide sequence may have no effect upon the properties of the resultant polypeptide. Unlike the specific mutations described in detail herein, other mutations provide polypeptides which have properties essentially or substantially indistinguishable from those of the specific polypeptides disclosed herein (U.S. Pat. No. 6,800,733, which is incorporated herein by reference). In the case represented in U.S. Pat. No. 6,800,733, it was accepted that amino acid sequence of "a modified form of an Aequorea wild-type GFP polypeptide is at least 95% homologous to the amino acid sequence" with a disclosed core protein sequence including key amino acids specified is within the genus of disclosed protein molecules.

In yet another embodiment, a nucleic acid present in other than its natural environment, wherein said nucleic acid encodes a green/yellow chromoprotein or fluorescent mutant thereof, and wherein said nucleic acid has a sequence identity of at least about 90% with SEQ ID NO: 2. Variations of nucleic acid sequences that are at least about 90% homologues that encode a chromo- or fluorescent protein were accepted as within the defined genus (U.S. Pat. No. 7,166,444, which is incorporated herein by reference).

In one aspect of the current disclosure, the inventors utilized the I-TASSER server [13] to generate a theoretical tertiary structure for LanYFP. The top structure generated by I-TASSER was then used to model the tetramer structure by aligning with known structures for tetrameric fluorescent proteins, including dsFP483 (a cyan fluorescent protein from *Discosoma* sp. [14]), which was predicted by I-TASSER to be one of its closest tetrameric structural relatives. Starting configurations of the A/B and A/C dimers based on these structural alignments were then used as input to the RosettaDock algorithm [15], and several of the lowest energy configurations predicted by RosettaDock were used for selection of side chains to target for monomerization (FIG. 2).

In another aspect, the wild-type LanYFP gene was modified by appending the first and last 7 amino acids of EGFP to the N and C termini of the coding sequence, respectively, as has become common practice with new fluorescent proteins [7], as well as an additional 4 amino acid linker sequence (DNMA) before the N-terminus of the original protein coding sequence. This arrangement tends to improve folding and localization of many fusions for many fluorescent proteins. Next, the inventors planned a strategy based on the reliable paradigm of first breaking the weaker (hydrophilic) A/B interface, rescuing fluorescence of the resulting dimer by directed evolution, then breaking the stronger (hydrophobic) A/C interface of the resulting bright dimer,

6

and finally rescuing the fluorescence of the monomer. This strategy was highly successful in generating a monomeric variant of LanYFP based on our structural models.

The present disclosure provides a method that indicated in order to break the A/B interface of LanYFP, mutations I118K, which was predicted to introduce a positive charge in near the center of the predicted interface, and N174T which was expected to improve folding, were accordingly created by molecular biology methods. As expected, these mutations gave rise to a variant with substantially reduced fluorescence but which migrated as a dimer on a non-denaturing SDS-PAGE gel. Additional rounds of directed evolution led to a bright dimeric variant, designated dLanYFP, with the additional mutations A45D, S163N, and V171A, whose optical properties are nearly identical to those of the parental tetramer (see Table 1). This exemplary mutant was selected as the starting point for developing the monomer.

The disclosure also indicated that in order to break the dLanYFP A/C interface, the mutation D156K was initially selected to introduce a positive charge close to the center of the predicted interface. This mutant was almost entirely non-fluorescent, but could be rescued through several rounds of directed evolution, with final mutations Q56H, F67Y, S100T, F115A, T141S, and T158S. The resulting variant, however, appeared to migrate only partially as a monomer on non-denaturing SDS-PAGE, and almost entirely as a dimer in size exclusion chromatography. To introduce additional positive charge at the A/C interface and eliminate hydrophobic interactions, the inventors next constructed a library incorporating the additional mutations V140K/R and L144S/T/N, which the models used by the inventors predicted to form the remaining hydrophobic patch of the A/C interface. From this library, several fluorescent (but dimmer) clones were identified, all of which migrated entirely as monomers by size exclusion chromatography. Several additional rounds of directed evolution eventually generated a monomeric clone whose extinction coefficient and quantum yield approach the values of the original tetramer.

In one embodiment, the final mutant, designated mNeon-Green, contains a total of 21 mutations relative to tetrameric LanYFP (F151, R25Q, A45D, Q56H, F67Y, K79V, S100V, F115A, I118K, V140R, T141S, M143K, L144T, D156K, T158S, S163N, Q168R, V171A, N174T, I185Y, F192Y), in addition to the appended EGFP-type termini. Based on our models, these mutations are distributed over the AB interface (I118K and N174T), the A/C interface (V140R, L144T, D156K, T158S, Q168R, and F192Y), additional external regions (R25Q, A45D, and S163N), and internal to the beta-barrel (F151, Q56H, F67Y, K79V, S100V, F115A, T141S, M143K, V171A, and I185Y). A sequence alignment of LanYFP, dLanYFP, and mNeonGreen can be found in the FIG. 4. The monomeric status of the final clone was verified by size exclusion chromatography (FIG. 2).

In one embodiment of the disclosure, mNeonGreen displays sharp excitation and emission peaks (506 nm and 517 nm, FIG. 3 and Table 1) somewhat blue-shifted relative to the original tetrameric LanYFP, placing it roughly midway between typical GFP and YFP wavelength classes. As such, it was imaged quite efficiently using standard GFP bandpass or long pass filter sets, or separated from CFP signals with YFP filter sets. mNeonGreen is also among the brightest monomeric fluorescent proteins yet described. Its high quantum yield and extinction coefficient (Table 1) make it between 1.5 and 3 times as bright as commonly used GFPs and YFPs. Its photostability is slightly higher than that of mEGFP under widefield illumination (see Table 1), but

Exhibit 1 - Page 13

US 10,221,221 B2

7

somewhat lower for laser illumination (~C40% of mEGFP), within a practical range for imaging applications. Its fluorescence pKa of ~5.7 is similar to most modern GFPs and YFPs. mNeonGreen does not display any measurable sensitivity to Cl-ions.

In one aspect of the invention, in order to determine the performance of mNeonGreen as a fluorescent probe in live cell imaging, fusion vectors were constructed to both the N and C terminus of the fluorescent protein. All fusions localized as expected and mNeonGreen exhibited character typical of monomeric fluorescent proteins in "difficult" fusions, including histone H2B, connexins 26 and 43, and α-tubulin (FIGS. 5, 6, and 7). Fusions of mNeonGreen with signal peptides and targeting proteins confirmed expected localization patterns in the cytoskeleton (β-actin, Lifeact, fascin, cortactin, plastin (fimbrin), MAP Tau, light chain myosin, myosin IIA, EB3, TPX2 and myotilin), intermediate filaments (keratin and vimentin), the Golgi complex (sialyltransferase, gal-T and mannosidase II), the nuclear envelope (lamin B1), nuclear pores (Nup50), nucleus (CAF1), endoplasmic reticulum (calnexin and calreticulin), the plasma membrane (annexin A4, CAAX, transferrin receptor, and C-src) nucleoli (fibrillarin), mitochondria (pyruvate dehydrogenase and TOMM20), endosomes (Rab4a, Rab5a, and RhoB GTPase), autophagosomes (LC3), centromeres (CENPB), tight junctions (β-catenin, VE-cadherin, and ZO1), DNA replication foci (PCNA) lysosomes (LAMP1), auto peroxisomes (peroxisomal membrane protein), various vesicles (clathrin and caveolin), and focal adhesions (α-actinin, talin, focal adhesion kinase, filamin A, VASP, paxillin, vinculin and zyxin). All phases of mitosis were observed in fusions of human histone H2B to either the N or C terminus of mNeonGreen (FIG. 7).

In one specific embodiment of the current invention, because of its high extinction coefficient and quantum yield, it was expected that mNeonGreen would be a good FRET acceptor for cyan fluorescent proteins. Most notably in the tests of this property, a direct fusion of mNeonGreen to mTurquoise produced higher FRET efficiency than the same construct using mVenus as the acceptor (50% versus 41% as measured by acceptor photobleaching; 55% versus 43% as measured by fluorescence lifetime imaging (FLIM), see, for example, FIG. 8). Thus, in one embodiment of the invention, mNeonGreen can be used as an excellent choice as FRET acceptor for many applications.

The present disclosure demonstrates that precise structural characterization is not required for successful monomerization of a novel fluorescent protein. Though LanYFP has very low sequence identity to any fluorescent protein whose structure has been solved, modeling of its tetrameric configuration utilizing structure prediction and protein-protein docking algorithms provided sufficient information to identify the side chains to target for monomerization.

8

In one embodiment, the resulting monomeric variant, mNeonGreen, has optical properties which are superior to those of the most commonly used green and yellow fluorescent proteins, and shows especially good promise as a FRET acceptor.

In another embodiment, since it shares so little sequence identity with other commonly used fluorescent proteins, mNeonGreen are useful target for antibody development, and are amenable to orthogonal co-IP experiments along with jellyfish and coral-derived fluorescent proteins.

The disclosed computation-based approach to fluorescent protein engineering should open up possibilities for monomerizing many additional oligomeric fluorescent proteins with potentially superior optical properties whose structures have not yet been solved.

```
                                            SEQ ID NO: 1
MVSKGEEDNMASLPATHELHIFGSINGVDFDMVGQGTGNPNDGYEELNLK

STKGDLQFSPWILVPHIGYGPHQYLPYPDGMSPFQAAMVDGSGYQVHRTM

QFEDGASLTVNYRYTYEGSHIKGEAQVKGTGFPADGPVMTNSLTAADWCR

SKKTYPNDKTIISTFKWSYTTGNGKRYRSTARTTYTFAKPMAANYLKNQP

MYVFRKTELKHSKTELNFKEWQKAPTDVMGMDELYK
```

```
                                            SEQ ID NO: 2
Atggtgagcaagggcgaggaggataacatggcctcctctcccagcgacaca

tgagttacacatctttggctccatcaacggtgtggactttgacatggtgg

gtcagggcaccggcaatccaaatgatggttatgaggagttaaacctgaag

tccaccaagggtgacctccagttctcccctggattctggtccctcatat

cgggtatggcttccatcagtacctgccctaccctgacgggatgtcgcctt

tccaggccgccatggtagatggctccggataccaagtccatcgcacaatg

cagtttgaagatggtgcctcccttactgttaactaccgctacacctacga

gggaagccacatcaaaggagaggcccaggtgaaggggactggtttccctg

ctgacggtcctgtgatgaccaactcgctgaccgctgcggactggtgcagg

tcgaagaagacttaccccaacgacaaaaccatcatcagtacctttaagtg

gagttacacactggaaatggcaagcgctaccggagcactgcgcggacca

cctacacctttgccaagccaatggcggctaactatctgaagaaccagccg

atgtacgtgttccgtaagacggagctcaagcactccaagaccgagctcaa

cttcaaggagtggcaaaaggcctttaccgatgtgatgggcatggacgagc

tgtacaagtaa
```

TABLE 1

Physical and optical characteristics of *Branchiostoma lanceolatum*-derived fluorescent proteins described here, and other green and yellow fluorescent proteins in common usage.

| Protein | Ex (nm) | Em (nm) | ε† | φ‡ | Brightness (% EGFP) | Photostability¶ | pKa§ | Oligomerization |
|---|---|---|---|---|---|---|---|---|
| LanYFP | 513 | 524 | 150,000 | 0.95 | 424 | ND | 3.5 | tetramer |
| dLanYFP | 513 | 524 | 125,000 | 0.90 | 335 | ND | ND | dimer |
| mNeonGreen | 506 | 517 | 115,000 | 0.80 | 274 | 158 | 5.7 | monomer |
| mCitrine# | 516 | 529 | 77,000 | 0.76 | 174 | 49 | 5.7 | monomer |
| mVenus# | 515 | 528 | 92,200 | 0.57 | 156 | 15 | 6.0 | monomer |
| EYFP## | 514 | 527 | 83,400 | 0.61 | 151 | 60 | 6.9 | weak dimer |

Exhibit 1 - Page 14

US 10,221,221 B2

| 9 | | | | | | | | 10 |

TABLE 1-continued

Physical and optical characteristics of *Branchiostoma lanceolatum*-derived fluorescent
proteins described here, and other green and yellow fluorescent proteins in common usage.

| Protein | Ex (nm) | Em (nm) | ε[†] | φ[‡] | Brightness (% EGFP) | Photostability[¶] | pKa[§] | Oligomerization |
|---|---|---|---|---|---|---|---|---|
| mEmerald[#] | 487 | 509 | 57,500 | 0.68 | 116 | 101 | 6.0 | monomer |
| mEGFP[#] | 488 | 507 | 56,000 | 0.60 | 100 | 150 | 6.0 | monomer |

[#]Data as reported previously[2, 16];
[†]Molar extinction coefficient (M⁻¹cm⁻¹) determined by alkali denaturation method[16];
[‡]Fluorescence quantum yield (see Methods);
[¶]Half-time for photobleaching under widefield illumination starting from 1000 photons/s emitted per fluorescent protein chromophore, as measured in live cells (see Methods)[8, 17].
ND = not determined.

## EXAMPLES

### Example 1—Modeling

The primary amino acid sequence of wild-type LanYFP (b1FP-Y3, GenBank accession ACA48232) was used as input to the I-TASSER structure prediction server (Roy, A., Kucukural, A. & Zhang, Y. I-TASSER: a unified platform for automated protein structure and function prediction. *Nature Protocols* 5, 725-738 (2010).) using default parameters. The top-scoring structure returned by I-TASSER was aligned to the published tetramer crystal structure of dsFP483 (PDB ID 3CGL) [19] to create two dimer configurations, which were designated "A/B" and "A/C" for the homologous DsRed dimer configurations [20,21] PDB files containing these starting dimer configurations were used as input to the RosettaDock server (Lyskov, S. & Gray, J. J. The Rosetta-Dock server for local protein-protein docking. *Nucleic Acids Res* 36, W233-8 (2008).) using default parameters. Several of the lowest energy configurations returned by the Rosetta-Dock server for each dimer interface were used to identify the side chains most likely to be involved in critical dimer interactions.

### Example 2—Cloning, Protein Expression, and Purification

All fluorescent protein coding sequences were inserted between BamHI and EcoRI sites in the constitutive expression vector pNCS which encodes an N-terminal 6×His tag and linker Fluorescent proteins were expressed in *E. coli* strain NEBTurbo (New England Biolabs) or Mach1 (Invitrogen) by growing cultures in 2×YT medium supplemented with ampicillin overnight at 37° C. and shaking at 250 rpm. Fluorescent proteins were purified by Ni2+-affinity chromatography as previously described1. Proteins were eluted in 50 mM Tris pH 7.5 or 50 mM sodium phosphate pH 7.5 containing 250 mM imidazole. For all further characterization experiments, eluted fluorescent proteins were buffer-exchanged using Amicon Ultra0.5 10 kD MWCO ultrafiltration units (Millipore) into the same buffer without imidazole. Proteins were found to be stable when stored at 4° C. indefinitely or when frozen at −20° C. or −80° C.

### Example 3—Directed Evolution

Multiple rounds of directed evolution and screening were performed as previously described [23,24], with a summary of techniques following here. Screening of FP-expressing *E. coli* colonies was done by eye using a blue LED lamp and longpass yellow filter. For each round of directed evolution, one to three of the brightest clones from the previous round

of were used as the template for construction of randomly mutagenized libraries using the GeneMorph II kit (Agilent Technologies). Mutagenic PCR conditions were chosen such that the library would contain an average of 2 to 4 mutations per clone. 20 to 30 of the brightest clones identified by random mutagenesis were sequenced, and any clones containing mutations predicted to revert the oligomeric state of the protein were rejected. The remaining amino acid positions identified by random mutagenesis were partially or fully randomized by directed mutagenesis by overlap extension PCR using degenerate primers, with library sizes typically between 500 and 25,000 unique clones. The brightest clones from directed mutagenesis were sequenced, optically characterized, and evaluated for their oligomeric state by size exclusion chromatography. Those clones which possessed superior optical properties while maintaining the desired oligomeric state were used as the input for the next round of directed evolution.

### Example 4—Optical Characterization

For spectroscopy measurements, all samples and buffers were filtered or centrifuged immediately before use. Purified fluorescent protein (FP) samples were diluted into 10 mM Tris, pH 7.4 buffer and fluorescein (F2−; Sigma, St. Louis, Mo.) was diluted into 0.1M NaOH. Absorbance measurements were collected with a Cary Bio 100 UV-Vis Spectrophotometer (Varian Inc., Walnut Creek, Calif.). Fluorescence measurements were collected with a Cary Eclipse Spectrophotometer (Varian Inc.). All measurements for absorbance were immediately preceded with a measured baseline with the appropriate blank buffer. Fluorescence pKa values were determined by measuring fluorescence emission of heavily diluted purified dialyzed fluorescent protein samples in 100 mM mixed citrate-Tris-glycine buffer with pH ranging from 3 to 11.

### Example 5. Size Exclusion Chromatography

Purified and dialyzed fluorescent protein samples were diluted into 50 mM Tris-HCl pH 7.5, 100 mM NaCl and filtered through 0.2 μm filters immediately prior to injection into a Shimadzu Nexera UHPLC equipped with a Waters BEH200 1.7 μm 4.6×150 mm size exclusion column and 4.6×30 mm guard column. Samples were run in the same buffer at a flow rate of 0.3 ml per minute for a total run time of 20 minutes. Fluorescence of the eluted protein was detected with an RF-20Axs fluorescence detector (Shimadzu) with 480 nm and 540 nm excitation and 530 nm and 620 nm emission wavelengths. Each LanYFP or variant sample was co-injected with mCherry [24], which had been purified under identical conditions and which served as a

Exhibit 1 - Page 15

US 10,221,221 B2

<table>
<tr><td>11</td><td>12</td></tr>
</table>

monomeric size standard. A control run of mCherry alone displayed no bleedthrough into the yellow emission channel.

### Example 6. Quantum Yield (φ) and Extinction Coefficient (ε)

A relatively concentrated stock sample of FP or F2– was prepared and its full absorbance spectrum was measured with 0.5 nm step size. This was done in the same cuvette to be used for fluorescence spectra measurement. Identically absorbing solutions (target OD≤0.05) were separately prepared in quadruplicate for the FP and F2– (φ=0.925) [25] and their emission spectra were measured with 488 nm excitation. The excitation and emission bandwidths were 2.5 nm and 5 nm, respectively with 1.0 nm step size. Emission was collected for 490-750 nm and the integrated intensities for each sample were calculated using the fluorimeter's software. The average integrated intensities and their associated absorbance values were used to calculate quantum yields as previously described [24].

Absorbance spectra of purified FP samples were measured in quadruplicate (0.5 nm step size) and were used to determine the mean peak absorbance value. A baseline absorbance spectrum was then measured with buffer diluted 1:1 with 2M NaOH (1M final concentration). A double-concentration sample was prepared in half the cuvette volume, mixed 1:1 with 2M NaOH, and its absorbance was immediately measured. Data was acquired for NaOH-denatured protein between 430 and 460 nm (with a peak ~447 nm) and a full UV-Vis spectrum was measured for the last sample to ensure the protein fully denatured. Extinction coefficients were determined as described previously [26, 27], assuming that the denatured chromophore absorbed with an extinction coefficient equivalent to a denatured avGFP chromophore (44,000 M-1 cm-1).

### Example 7. Excitation and Emission

For excitation spectra, fluorescence emission was monitored at 535 nm. For emission spectra, fluorescence excitation was 465 nm with a 5.0 nm bandpass throughout.

### Example 8. Photobleaching

Laser-scanning confocal and widefield microscopy photobleaching experiments utilized fusions of the appropriate fluorescent protein to human histone H2B to allow for localized fluorescence in the nucleus. HeLa S3 cells were cultured in Dulbecco's modified Eagle's medium (DMEM; Invitrogen) supplemented with 12.5% fetal bovine serum (FBS; HyClone). The cells were then seeded onto 35 mm Delta T imaging dishes (Bioptechs) for live cell imaging. Approximately 24 hours after being seeded, cells were then transfected with 1 μg of DNA using Effectene (Qiagen) and maintained in a 5% CO2 incubator for at least 24 hours before imaging.

Widefield photobleaching was performed on a Nikon TE2000 inverted microscope equipped with a Nikon Plan Fluorite 40× dry objective (NA=0.85) and an X-Cite Exacte metal halide lamp (Lumen Dynamics, Mississauga, Ont). Photobleaching was conducted using a Brightline FITC-HYQ filter cube (Chroma, Bellows Falls, Vt.) and a Newport 1918-C (Newport, Rochester, N.Y.) optical power meter was used to verify that the illumination power at the objective was 4.3 mW. Power moderation was achieved by using neutral density filters contained within the lamp. With neutral density (ND32) in place, a region containing 10-20 evenly bright nuclei was located. The neutral density was then removed from the light path and the region was photobleached continuously with a 65 ms exposure time for 15 minutes for a total of 4700 frames. Images were collected with a QImaging Retiga EXi camera (Photometrics, Tucson, Ariz.). Multiple regions were photobleached to ensure that data for 30 nuclei could be averaged. The raw data was collected using NIS-Elements software (Nikon) and then analyzed with Simple PCI software (Hamamatsu, Hamamatsu City, Japan).

Confocal photobleaching measurements were collected on an Olympus FV1000 confocal microscope with an Olympus PLAPO 40× oil-immersion objective (NA=1.0). A 488 nm Argon-ion laser line (Melles Griot, Albuquerque, N. Mex.) was confirmed to be attuned to an output power of 1005 μW at the objective with a FieldMax II-TO power meter (Coherent, Santa Clara, Calif.). The microscope was set to a zoom of 2×, a pinhole size of 500 μm, a photomultiplier voltage of 450V, an offset of 8, and a scan time of 4 μs/pixel. Emission was collected with detector slit settings of 505-605 nm. Utilizing an output of minimum laser power, a region of evenly bright nuclei was located. The laser power was raised back to 1005 μW and each region was photobleached continuously for ~8 minutes for a total of 300 frames, with multiple regions being bleached to ensure data for 30 nuclei. Raw data was collected with the FluoView software (Olympus) and then analyzed with Simple PCI software (Hamamatsu).

All photobleaching data were scaled to represent the equivalent of an emission rate of 1000 photons/s per fluorescent protein chromophore at time zero as previously described6,11, a condition which produces a half-time of 150s for EGFP.

### Example 9. Acceptor Photobleaching FRET (AP FRET)

FRET constructs of mTurquoise-mNeonGreen, mTurquoise-mVenus and mCerulean-mVenus all contained a 10 amino acid linker -SGLRSPPVAT between FPs12. All acceptor photobleaching measurements were performed on an Olympus FV 1000 confocal microscope with a UPLAPO 40× oil immersion objective (NA=1.0). A 515 nm Ar-ion laser line was used with a 458/515 dichroic mirror to excite and photobleach the mNeonGreen or mVenus in each FRET pair. Emission from acceptor photobleaching was collected in one channel spanning 528-553 nm to ensure bleaching of all fluorescence. For each of the FRET constructs, a 405 nm diode laser line was used with a 405/488 dichroic for excitation of the CFP with one emission channel spanning 450-485 nm. The detector gain was set to 685 volts, the offset was set to 8 and the scan speed was set to 8.0 μs/pixel. Each experiment was performed with a pinhole size of 500 μm.

For FRET efficiency measurements in live cells, a full view image of the donor was acquired before and after acceptor photobleaching of the entire cell. A region of interest (ROI) was drawn over identical areas of the cell in each image and the average intensities of these regions were calculated using the microscope's software. The following formula was used to calculate the FRET efficiency of each construct: FE=1-(Average intensity donor PreAP/Average intensity donor PostAP) [29]

For FRET efficiency measurements in fixed cells, a full view image of the donor was acquired before and after acceptor photobleaching. An ROI was drawn over an evenly bright part of the cell and acceptor photobleached. The

Exhibit 1 - Page 16

US 10,221,221 B2

13

14

average intensities of these regions were calculated using the microscope's software and the above FE formula was again used to calculate FRET efficiency.

Example 10. Frequency Domain Fluorescence Lifetime Measurements (FD-FLIM)

The fluorescence lifetime measurements were made using a ISS ALBA FastFLIM system (ISS Inc., Champaign, Ill.) coupled to an Olympus IX71 microscope equipped with a 60×/1.2 NA water-immersion objective lens. A Pathology Devices (Pathology Devices, Inc.) stage top environmental control system maintains temperature at 36° C. and CO2 at 5%. A 5 mW 448 nm diode laser was modulated by the FastFLIM module of the ALBA system at the fundamental frequency of 20 MHz13. The modulated laser is coupled to the ALBA scanning system, which is controlled by the VistaVision software (ISS Inc., Champaign, Ill.). The fluorescence signals emitted from the specimen are routed by a beam splitter through the 530/43 nm (acceptor emission) and the 480/40 (donor emission) band-pass emission filters. The signals are then detected using two identical avalanche photodiodes (APD). The phase delays and modulation ratios of the emission relative to the excitation are measured at seven modulation frequencies (20, 40, 60, 80, 100, 120, 140 MHz) for each pixel of an image.

The system is calibrated with the 50 μM Coumarin 6 dissolved in ethanol (lifetime 2.5 ns) to provide the software with a reference standard to estimate the lifetime values from the experimental data [30]. Additionally, a second reference standard, 10 mM HPTS (8-hydroxypyrene-1,3,6-trisulfonic acid) dissolved in phosphate buffer (PB) pH 7.8 (lifetime of 5.4 ns) is used to check that the system is accurately reporting the fluorescence lifetime of a known sample. The distribution of the lifetimes for all the pixels in the image is determined using the phasor (polar) plot method [31'32]. For live-cell imaging, transfected cells grown in chambered coverglass (2 well, Thermo Scientific) were identified by epifluorescence microscopy, and then imaged by FD-FLIM using the 448 nm laser line. The laser power was adjusted to achieve approximately 100,000 counts per second in the donor emission channel, and frame averaging was used to accumulate approximately 200 peak counts per pixel. The data were analyzed with the VistaVision software (ISS Inc., Champaign, Ill.) using a region average for each selected square region of interest (ROI, typically 1-2 μm).

Example 11. Fusion Plasmid Construction

mNeonGreen fluorescent protein expression vectors were constructed using C1 and N1 (Clontech-style) cloning vectors. The mNeonGreen cDNA was amplified with a 5' primer encoding an AgeI site and a 3' primer encoding either a BspEI (C1) or NotI (N1) site for generating cloning vectors to create C-terminal and N-terminal fusions (with regards to the FP), respectively. Purified and digested PCR products were ligated into similarly digested EGFP-C1 and EGFP-N1 cloning vector backbones. To obtain targeting fusion vectors, the appropriate cloning vector and a previously assembled EGFP or mEmerald fusion vector were digested, either sequentially or doubly, with the appropriate enzymes and ligated together after gel purification.

Thus, to prepare mNeonGreen C-terminal fusions (number of linker amino acids in parenthesis), the following digests were performed: annexin A4 (12), NheI and BspEI (Alen Piljic, EMBL, Heidelberg, Germany; NM_001153.3); β-actin (7), NheI and BglII (human β-actin cDNA source: Clontech, Mountain View, Calif.; NM_001101.3); β-catenin (20), XhoI and BamHI (mouse β-catenin cDNA source: Origene, Rockville, Md.; NM_001165902.1); 20 amino acid farnesylation signal from c-Ha-Ras (CAAX; 5), AgeI and BspEI (c-Ha-Ras cDNA source: Clontech, Mountain View, Calif.; NM_001130442.1); CAF1 (10), AgeI and BspEI (mouse chromatin assembly factor cDNA source: Akash Gunjan, Florida State University; NM_013733.3); caveolin 1 (10), NheI and BglII (human caveolin 1 cDNA source: Origene; NM_001753); endosomes (14), NheI and BspEI (endosomes cDNA source: Clontech; NM_004040.2); fascin (10), BspEI and BamHI (human fascin cDNA source: Origene; NM_003088.2); fibrillarin (7), AgeI and BspEI (fibrillarin cDNA source: Evrogen, Moscow, Russia; NM_001436.3); filamin A (14), BspEI and HindIII (human filamin cDNA source: David Calderwood, Yale University; NM_001456.3); human lysosomal membrane glycoprotein 1 (20), BamHI and NotI (LAMP1; George Patterson, NIH, Bethesda Md., U.S.A.; NM_012857.1); human light chain clathrin (15), NheI and BglII (human clathrin light chain cDNA source: George Patterson, NIH; NM_001834.2); human myotilin, AgeI and BspEI (MYOT; Origene; NM_006790.1); PCNA (19), AgeI and BspEI (proliferating cell nuclear antigen cDNA source: David Gilbert, FSU; NM_002592.2); plastin (10), BspEI and XhoI (human plastin 1 (fimbrin) cDNA source: Origene; NM_002670.1); canine Rab4a, BglII and BamHI (Rab4a cDNA source: Viki Allen, U. Manchester, UK; NM_004578.2); LC3B (7), AgeI and BspEI (rat LC3B cDNA source: Jenny M. Tam, Harvard University; U05784.1); talin (22) AgeI and BspEI (mouse talin 1 cDNA source: Clare Waterman, NIH; NM_011602.5); α-tubulin (18), NheI and BglII (human α-tubulin cDNA source: Clontech, Mountain View, Calif.; NM_006082).

To prepare mNeonGreen N-terminal fusions (number of linker amino acids in parenthesis), the following digests were performed: human non-muscle α-actinin, EcoRI and NotI (cDNA source, Tom Keller, Florida State University (FSU), Tallahassee, Fla., U.S.A.; NM_001130005.1); human calnexin, AgeI and NotI (Origene; NM_001746.3); c-src (7), BamHI and EcoRI (chicken c-src cDNA source: Marilyn Resh, Sloan-Kettering, New York; XM_001232484.1); connexin-43 (7), BamHI and NotI (rat Cx43 cDNA source: Matthias Falk, Lehigh U; NM_001004099.1); EB3 (7), BglII and BamHI (EB3 cDNA source: Lynne Cassimeris, Lehigh University; NM_012326.2); human keratin 18, EcoRI and NotI (Open Biosystems, Huntsville, Ala., U.S.A.; NM_199187.1); lamin B1 (10), EcoRI and BamHI (human lamin B1 cDNA source: George Patterson, NIH; NM_005573.2); Lifeact (7), BamHI and NotI (Lifeact cDNA source: IDT, Coralville, Iowa); mouse mannosidase 2 (112 N-terminal amino acids, MAN-NII; 10), NheI and BamHI (cDNA source: Jennifer Lippincott-Schwartz, NIH; NM_008549.2); myosin IIA (14) NheI and BglII (mouse myosin IIA cDNA source: Origene; NM_022410.2); human nucleoporin 50 kDa, BamHI and NotI (NUP50 cDNA source: Origene; NM_007172.2); human pyruvate dehydrogenase, AgeI and NotI (human PDHA1 cDNA source: Origene; NM_000284); human peroxisomal membrane protein, NotI and AgeI (PMP cDNA source: Origene; NM_018663.1); human MAP Tau (10), AgeI and NotI (MAP Tau cDNA source: Origene; NM_016841); human TfR (20), BamHI and NotI (transferrin receptor cDNA source: George Patterson, NIH; NM_NM_003234); human TPX2 (10), AgeI and NotI (TPX2 cDNA source: Patricia Wadsworth, University of Massachusetts, Amherst; NM_012112.4); mouse VASP

Exhibit 1 - Page 17

US 10,221,221 B2

15

(10), NheI and BamHI (cDNA source: Clare Waterman, NIH; NM_009499); vascular epithelial cadherin (10), AgeI and NotI (human VE cadherin cDNA source: Origene, Rockville, Md.; NM_001795.3), vimentin (7), BamHI and NotI (human vimentin cDNA source: Robert Goldman, Northwestern University; NM_003380.3), zyxin (6), BamHI and NotI (human zyxin cDNA source: Origene, Rockville, Md.; NM_003461). All DNA for transfection was prepared using the Plasmid Maxi kit (QIAGEN, Valencia, Calif.). To ensure proper localization, mNeonGreen fusion proteins were characterized by transfection in HeLa (S3 or CCL2 line) or MDCK cells (ATCC; Manassas, Va.) using Effectene (QIAGEN; Valencia, Calif.) and ~1 µg vector. Transfected cells were grown on coverslips in DMEM/F12, fixed after 48 hours, and mounted with Gelvatol. Epifluorescence images were captured with a Nikon 80i microscope using widefield illumination and a Chroma FITC filter set to confirm proper localization.

Example 12. Microscopy

All filters for fluorescence screening and imaging were purchased from Chroma Technology (Bellows Falls, Vt.), Omega Filters (Brattleboro, Vt.) or Semrock, Inc. (Rochester, N.Y.). HeLa epithelial (CCL-2, ATCC, Manassas, Va., U.S.A.) and grey fox lung fibroblast (CCL-168, ATCC) cells were grown in a 50:50 mixture of DMEM (Dulbecco's modified Eagle's medium) and Ham's F12 with 12.5% Cosmic calf serum (Thermo Scientific; Logan, Utah) and transfected with Effectene (QIAGEN). Imaging was performed in Delta-T culture chambers (Bioptechs; Butler, Pa.) under a humidified atmosphere of 5% $CO_2$ in air. Imaging in widefield mode was performed with a Nikon (Melville, N.Y.) TE-2000 inverted microscope equipped with Omega QuantaMax™ filters and a Photometrics (Tucson, Ariz.) Cascade II camera or an Olympus IX71 inverted microscope equipped with Semrock BrightLine™ filters and a Hamamatsu (Bridgewater, N.J.) ImagEM™ camera. Laser-scanning confocal microscopy was conducted using a Nikon C1Si and an Olympus FV1000, both equipped with argon-ion (457 and 488 nm) and helium-neon or diode (543 and 561 nm respectively) lasers and proprietary filter sets. Spinning disk confocal microscopy was performed on an Olympus DSUIX81 equipped with a Lumen 200 illuminator (Prior Scientific; Boston, Mass.), a Hamamatsu 9100-13 EMCCD camera, Semrock filters and ten-position filter wheels driven by a Lambda 10-3 controller (Sutter). In some cases, cell cultures expressing fluorescent protein fusions were fixed after imaging in 2% (w/v) paraformaldehyde (Electron Microscopy Sciences; Hatfield, Pa.) and washed several times in PBS containing 0.05 M glycine before mounting with a polyvinyl alcohol-based medium.

REFERENCES

1. Tsien, R. Y. The green fluorescent protein. *Annu. Rev. Biochem.* 67, 509-544 (1998).
2. Shaner, N.C., Patterson, G. H. & Davidson, M. W. Advances in fluorescent protein technology. *J. Cell. Sci.* 120, 4247-4260 (2007).
3. Goedhart, J. et al. Structure-guided evolution of cyan fluorescent proteins towards a quantum yield of 93%. *Nat Comms* 3, 751 (2012).
4. Markwardt, M. L. et al. An Improved Cerulean Fluorescent Protein with Enhanced Brightness and Reduced Reversible Photoswitching. *PLoS ONE* 6, e17896 (2011).

16

5. Miyawaki, A. Development of probes for cellular functions using fluorescent proteins and fluorescence resonance energy transfer. *Annu. Rev. Biochem.* 80, 357-373 (2011).
6. Campbell, R. E. et al. A monomeric red fluorescent protein. *Proc Natl Acad Sci USA* 99, 7877-7882 (2002).
7. Shaner, N. C. et al. Improved monomeric red, orange and yellow fluorescent proteins derived from *Discosoma* sp. red fluorescent protein. *Nat Biotechnol* 22, 1567-1572 (2004).
8. Shaner, N. C. et al. Improving the photostability of bright monomeric orange and red fluorescent proteins. *Nature Methods* 5, 545-551 (2008).
9. Merzlyak, E. M. et al. Bright monomeric red fluorescent protein with an extended fluorescence lifetime. *Nature Methods* 4, 555-557 (2007).
10. Karasawa, S., Araki, T., Yamamoto-Hino, M. & Miyawaki, A. A green-emitting fluorescent protein from Galaxeidae coral and its monomeric version for use in fluorescent labeling. *J Biol Chem* 278, 34167-34171 (2003).
11. Li, G., Zhang, Q.-J., Zhong, J. & Wang, Y.-Q. Evolutionary and functional diversity of green fluorescent proteins in cephalochordates. *Gene* 446, 41-49 (2009).
12. Karasawa, S., Araki, T., Nagai, T., Mizuno, H. & Miyawaki, A. Cyan-emitting and orange-emitting fluorescent proteins as a donor/acceptor pair for fluorescence resonance energy transfer. *Biochem J* 381, 307-312 (2004).
13. Roy, A., Kucukural, A. & Zhang, Y. I-TASSER: a unified platform for automated protein structure and function prediction. *Nature Protocols* 5, 725-738 (2010).
14. Malo, G. D. et al. Crystal structure and Raman studies of dsFP483, a cyan fluorescent protein from *Discosoma striata*. *J Mol Biol* 378, 871-886 (2008).
15. Lyskov, S. & Gray, J. J. The RosettaDock server for local protein-protein docking *Nucleic Acids Res* 36, W233-8 (2008).
16. Shaner, N.C., Steinbach, P. A. & Tsien, R. Y. A guide to choosing fluorescent proteins. *Nature Methods* 2, 905-909 (2005).
17. Chalfie, M. & Kain, S. R. *Green Fluorescent Protein: Properties, Applications, and Protocols*. (Wiley-Interscience: Hoboken, N.J., 2006).
18. Roy, A., Kucukural, A. & Zhang, Y. I-TASSER: a unified platform for automated protein structure and function prediction. *Nature Protocols* 5, 725-738 (2010).
19. Malo, G. D. et al. Crystal structure and Raman studies of dsFP483, a cyan fluorescent protein from *Discosoma striata*. *J Mol Biol* 378, 871-886 (2008).
20. Campbell, R. E. et al. A monomeric red fluorescent protein. *Proc Natl Acad Sci USA* 99, 7877-7882 (2002).
21. Yarbrough, D., Wachter, R. M., Kallio, K., Matz, M. V. & Remington, S. J. Refined crystal structure of DsRed, a red fluorescent protein from coral, at 2.0-A resolution. *Proc Natl Acad Sci USA* 98, 462-467 (2001).
22. Lyskov, S. & Gray, J. J. The RosettaDock server for local protein-protein docking *Nucleic Acids Res* 36, W233-8 (2008).
23. Shaner, N. C. et al. Improving the photostability of bright monomeric orange and red fluorescent proteins. *Nature Methods* 5, 545-551 (2008).
24. Shaner, N. C. et al. Improved monomeric red, orange and yellow fluorescent proteins derived from *Discosoma* sp. red fluorescent protein. *Nat Biotechnol* 22, 1567-1572 (2004).

Exhibit 1 - Page 18

US 10,221,221 B2

| 17 | 18 |
|---|---|

25. Magde, D., Wong, R. & Seybold, P. G. Fluorescence quantum yields and their relation to lifetimes of rhod-amine 6G and fluorescein in nine solvents: improved absolute standards for quantum yields. *Photochemistry and Photobiology* 75, 327-334 (2002).

26. Gross, L. A., Baird, G. S., Hoffman, R. C., Baldridge, K. K. & Tsien, R. Y. The structure of the chromophore within DsRed, a red fluorescent protein from coral. *Proc Natl Acad Sci USA* 97, 11990-11995 (2000).

27. Chalfie, M. & Kain, S. R. *Green Fluorescent Protein: Properties, Applications, and Protocols.* (Wiley-Inter-science: Hoboken, N.J., 2006).

28. Shaner, N.C., Steinbach, P. A. & Tsien, R. Y. A guide to choosing fluorescent proteins. *Nature Methods* 2, 905-909 (2005).

29. Subach, O. M., Cranfill, P. J., Davidson, M. W. & Verkhusha, V. V. An Enhanced Monomeric Blue Fluores-cent Protein with the High Chemical Stability of the Chromophore. *PLoS ONE* 6, e28674 (2011).

30. Sun, Y., Day, R. N. & Periasamy, A. Investigating protein-protein interactions in living cells using fluores-cence lifetime imaging microscopy. *Nature Protocols* 6, 1324-1340 (2011).

31. Colyer, R. A., Lee, C. & Gratton, E. A novel fluorescence lifetime imaging system that optimizes photon efficiency. *Microsc. Res. Tech.* 71, 201-213 (2008).

32. Redford, G. I. & Clegg, R. M. Polar plot representation for frequency-domain analysis of fluorescence lifetimes. *J Fluoresc* 15, 805-815 (2005).

---

SEQUENCE LISTING

<160> NUMBER OF SEQ ID NOS: 6

<210> SEQ ID NO 1
<211> LENGTH: 236
<212> TYPE: PRT
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: Description of Artificial Sequence: Synthetic
      polypeptide

<400> SEQUENCE: 1

```
Met Val Ser Lys Gly Glu Glu Asp Asn Met Ala Ser Leu Pro Ala Thr
1               5                   10                  15

His Glu Leu His Ile Phe Gly Ser Ile Asn Gly Val Asp Phe Asp Met
            20                  25                  30

Val Gly Gln Gly Thr Gly Asn Pro Asn Asp Gly Tyr Glu Glu Leu Asn
        35                  40                  45

Leu Lys Ser Thr Lys Gly Asp Leu Gln Phe Ser Pro Trp Ile Leu Val
    50                  55                  60

Pro His Ile Gly Tyr Gly Phe His Gln Tyr Leu Pro Tyr Pro Asp Gly
65                  70                  75                  80

Met Ser Pro Phe Gln Ala Ala Met Val Asp Gly Ser Gly Tyr Gln Val
                85                  90                  95

His Arg Thr Met Gln Phe Glu Asp Gly Ala Ser Leu Thr Val Asn Tyr
            100                 105                 110

Arg Tyr Thr Tyr Glu Gly Ser His Ile Lys Gly Glu Ala Gln Val Lys
        115                 120                 125

Gly Thr Gly Phe Pro Ala Asp Gly Pro Val Met Thr Asn Ser Leu Thr
    130                 135                 140

Ala Ala Asp Trp Cys Arg Ser Lys Lys Thr Tyr Pro Asn Asp Lys Thr
145                 150                 155                 160

Ile Ile Ser Thr Phe Lys Trp Ser Tyr Thr Thr Gly Asn Gly Lys Arg
                165                 170                 175

Tyr Arg Ser Thr Ala Arg Thr Thr Tyr Thr Phe Ala Lys Pro Met Ala
            180                 185                 190

Ala Asn Tyr Leu Lys Asn Gln Pro Met Tyr Val Phe Arg Lys Thr Glu
        195                 200                 205

Leu Lys His Ser Lys Thr Glu Leu Asn Phe Lys Glu Trp Gln Lys Ala
    210                 215                 220

Phe Thr Asp Val Met Gly Met Asp Glu Leu Tyr Lys
225                 230                 235
```

<210> SEQ ID NO 2

Exhibit 1 - Page 19

US 10,221,221 B2

19                                                                      20

-continued

```
<211> LENGTH: 711
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: Description of Artificial Sequence: Synthetic
      polynucleotide

<400> SEQUENCE: 2

atggtgagca  agggcgagga  ggataacatg  gcctctctcc  cagcgacaca  tgagttacac      60

atctttggct  ccatcaacgg  tgtggacttt  gacatggtgg  gtcagggcac  cggcaatcca     120

aatgatggtt  atgaggagtt  aaacctgaag  tccaccaagg  gtgacctcca  gttctccccc     180

tggattctgg  tccctcatat  cgggtatggc  ttccatcagt  acctgcccta  ccctgacggg     240

atgtcgcctt  tccaggccgc  catggtagat  ggctccggat  accaagtcca  tcgcacaatg     300

cagtttgaag  atggtgcctc  ccttactgtt  aactaccgct  acacctacga  gggaagccac     360

atcaaaggag  aggcccaggt  gaaggggact  ggtttccctg  ctgacggtcc  tgtgatgacc     420

aactcgctga  ccgctgcgga  ctggtgcagg  tcgaagaaga  cttaccccaa  cgacaaaacc     480

atcatcagta  cctttaagtg  gagttacacc  actggaaatg  gcaagcgcta  ccggagcact     540

gcgcggacca  cctacacctt  tgccaagcca  atggcggcta  actatctgaa  gaaccagccg     600

atgtacgtgt  tccgtaagac  gggagctcaag  cactccaaga  cgcgagctcaa  cttcaaggag     660

tggcaaaagg  cctttaccga  cgtgtgatgggc  atggacgagc  tgtacaagta  a           711


<210> SEQ ID NO 3
<211> LENGTH: 6
<212> TYPE: PRT
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: Description of Artificial Sequence: Synthetic
      6xHis tag

<400> SEQUENCE: 3

His His His His His His
1               5


<210> SEQ ID NO 4
<211> LENGTH: 10
<212> TYPE: PRT
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: Description of Artificial Sequence: Synthetic
      peptide

<400> SEQUENCE: 4

Ser Gly Leu Arg Ser Pro Pro Val Ala Thr
1               5                   10


<210> SEQ ID NO 5
<211> LENGTH: 219
<212> TYPE: PRT
<213> ORGANISM: Branchiostoma lanceolatum

<400> SEQUENCE: 5

Met Ser Leu Pro Ala Thr His Glu Leu His Ile Phe Gly Ser Phe Asn
1               5                   10                  15

Gly Val Asp Phe Asp Met Val Gly Arg Gly Thr Gly Asn Pro Asn Asp
                20                  25                  30

Gly Tyr Glu Glu Leu Asn Leu Lys Ser Thr Lys Gly Ala Leu Gln Phe
        35                  40                  45

Ser Pro Trp Ile Leu Val Pro Gln Ile Gly Tyr Gly Phe His Gln Tyr
```

Exhibit 1 - Page 20

US 10,221,221 B2

| 21 | 22 |

-continued

```
        50                    55                    60
Leu Pro Phe Pro Asp Gly Met Ser Pro Phe Gln Ala Ala Met Lys Asp
65                    70                    75                    80

Gly Ser Gly Tyr Gln Val His Arg Thr Met Gln Phe Glu Asp Gly Ala
                    85                    90                    95

Ser Leu Thr Ser Asn Tyr Arg Tyr Thr Tyr Glu Gly Ser His Ile Lys
                100                   105                   110

Gly Glu Phe Gln Val Ile Gly Thr Gly Phe Pro Ala Gly Gly Pro Val
            115                   120                   125

Met Thr Asn Ser Leu Thr Ala Ala Asp Trp Cys Val Thr Lys Met Leu
        130                   135                   140

Tyr Pro Asn Asp Lys Thr Ile Ile Ser Thr Phe Asp Trp Thr Tyr Thr
145                   150                   155                   160

Thr Gly Ser Gly Lys Arg Tyr Gln Ser Thr Val Arg Thr Asn Tyr Thr
                165                   170                   175

Phe Ala Lys Pro Met Ala Ala Asn Ile Leu Asn Gln Pro Met Phe
            180                   185                   190

Val Phe Arg Lys Thr Glu Leu Thr His Ser Lys Thr Glu Leu Asn Phe
        195                   200                   205

Lys Glu Trp Gln Lys Ala Phe Thr Asp Val Met
210                   215


<210> SEQ ID NO 6
<211> LENGTH: 236
<212> TYPE: PRT
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: Description of Artificial Sequence: Synthetic
      polypeptide

<400> SEQUENCE: 6

Met Val Ser Lys Gly Glu Glu Asp Asn Met Ala Ser Leu Pro Ala Thr
1                   5                     10                    15

His Glu Leu His Ile Phe Gly Ser Phe Asn Gly Val Asp Phe Asp Met
                20                    25                    30

Val Gly Arg Gly Thr Gly Asn Pro Asn Asp Gly Tyr Glu Glu Leu Asn
            35                    40                    45

Leu Lys Ser Thr Lys Gly Asp Leu Gln Phe Ser Pro Trp Ile Leu Val
        50                    55                    60

Pro Gln Ile Gly Tyr Gly Phe His Gln Tyr Leu Pro Phe Pro Asp Gly
65                    70                    75                    80

Met Ser Pro Phe Gln Ala Ala Met Lys Asp Gly Ser Gly Tyr Gln Val
                85                    90                    95

His Arg Thr Met Gln Phe Glu Asp Gly Ala Ser Leu Thr Ser Asn Tyr
                100                   105                   110

Arg Tyr Thr Tyr Glu Gly Ser His Ile Lys Gly Glu Phe Gln Val Lys
            115                   120                   125

Gly Thr Gly Phe Pro Ala Asp Gly Pro Val Met Thr Asn Ser Leu Thr
        130                   135                   140

Ala Ala Asp Trp Cys Val Thr Lys Met Leu Tyr Pro Asn Asp Lys Thr
145                   150                   155                   160

Ile Ile Ser Thr Phe Asp Trp Thr Tyr Thr Thr Gly Asn Gly Lys Arg
                165                   170                   175

Tyr Gln Ser Thr Ala Arg Thr Thr Tyr Thr Phe Ala Lys Pro Met Ala
            180                   185                   190
```

Exhibit 1 - Page 21

US 10,221,221 B2

| 23 | 24 |

-continued

```
Ala Asn Ile Leu Lys Asn Gln Pro Met Phe Val Phe Arg Lys Thr Glu
            195                 200                 205

Leu Lys His Ser Lys Thr Glu Leu Asn Phe Lys Glu Trp Gln Lys Ala
        210                 215                 220

Phe Thr Asp Val Met Gly Met Asp Glu Leu Tyr Lys
225                 230                 235
```

The invention claimed is:

1. A non-naturally occurring isolated monomeric or dimeric lanYFP fluorescent protein comprising a polypeptide having at least 95% sequence identity to the amino acid sequence of SEQ ID NO: 1, wherein the protein comprises at least one mutation selected from the group consisting of: F15I, R25Q, A45D, Q56H, F67Y, K79V, S100V, F115A, I118K, V140R, T141S, M143K, L144T, D156K, T158S, S163N, Q168R, V171A, N174T, I185Y, and F192Y.

2. The non-naturally occurring lanYFP fluorescent protein of claim 1, wherein the protein is a monomer.

3. An isolated non-naturally occurring monomeric polypeptide encoded by a nucleic acid having at least 90% sequence identity to SEQ ID NO: 2 SEQ ID. No. 2, wherein the nucleotide sequence encodes for a polypeptide which comprises at least one mutation selected from the group consisting of: I118K or N174T, at least one mutation selected from the group consisting of: V140R, L144T, D156K, T158S, Q168R, and F192Y, and at least one muta-

tion selected from the group consisting of: R25Q, A45D, S163N, F151, Q56H, F67Y, K79V, S100V, F115A, T141S, M143K, V171A, and I185Y.

4. The non-naturally occurring isolated monomeric or dimeric lanYFP fluorescent protein of claim 1, wherein the protein comprises at least one mutation selected from the group consisting of: I118K and N174T, at least one mutation selected from the group consisting of: V140R, L144T, D156K, T158S, Q168R, and F192Y, and at least one mutation selected from the group consisting of: R25Q, A45D, S163N, F151, Q56H, F67Y, K79V, S100V, F115A, T141S, M143K, V171A, and I185Y.

5. The non-naturally occurring isolated monomeric or dimeric lanYFP fluorescent protein of any of claim 1, 3 or 4, wherein the protein comprises a polypeptide having at least 97% sequence identity to the amino acid sequence of SEQ ID NO: 1.

* * * * *

Exhibit 1 - Page 22

**502788286       04/29/2014**

## PATENT ASSIGNMENT COVER SHEET

Electronic Version v1.1                                                                EPAS ID: PAT2834881
Stylesheet Version v1.2

| SUBMISSION TYPE: | NEW ASSIGNMENT |
|---|---|
| NATURE OF CONVEYANCE: | ASSIGNMENT |

**CONVEYING PARTY DATA**

| Name | Execution Date |
|---|---|
| NATHAN C. SHANER | 04/28/2014 |
| GERARD G. LAMBERT | 04/28/2014 |
| YUHUI NI | 04/28/2014 |
| JIWU WANG | 04/28/2014 |

**RECEIVING PARTY DATA**

| Name: | ALLELE BIOTECHNOLOGY & PHARMACEUTICALS, INC. |
|---|---|
| Street Address: | 6404 NANCY RIDGE DRIVE |
| City: | SAN DIEGO |
| State/Country: | CALIFORNIA |
| Postal Code: | 92121 |

**PROPERTY NUMBERS Total: 1**

| Property Type | Number |
|---|---|
| Application Number: | 13950239 |

**CORRESPONDENCE DATA**

**Fax Number:**

*Correspondence will be sent to the e-mail address first; if that is unsuccessful, it will be sent via US Mail.*

| **Email:** | idocketing@duanemorris.com |
|---|---|
| **Correspondent Name:** | DUANE MORRIS LLP |
| **Address Line 1:** | 750 B STREET |
| **Address Line 2:** | 29TH FLOOR |
| **Address Line 4:** | SAN DIEGO, CALIFORNIA 92101 |

| ATTORNEY DOCKET NUMBER: | F6035-00015 |
|---|---|
| NAME OF SUBMITTER: | ANDREW K. KLAPOETKE-REESE |
| SIGNATURE: | /Andrew K. Klapoetke-Reese/ |
| DATE SIGNED: | 04/29/2014 |

**Total Attachments: 3**
source=Assignment#page1.tif
source=Assignment#page2.tif
source=Assignment#page3.tif

**PATENT**
**REEL: 032783 FRAME: 0236**

**502788286**

Exhibit 2 - Page 23

## ASSIGNMENT

**WHEREAS WE,** Nathan C. SHANER, Gerard G. LAMBERT, Yuhui NI, and Jiwu WANG, hereinafter individually and jointly referred to as "Assignors" believe we are the original, joint and first inventors of the subject matter which is claimed and for which a patent is sought on each of the inventions listed below:

| | |
|---|---|
| Title: | **NOVEL MONOMERIC YELLOW-GREEN FLUORESCENT PROTEIN FROM CEPHALOCHORDATE** |
| Serial No.: | 13/950,239 |
| Filing Date: | July 24, 2013 |

**WHEREAS,** Allele Biotechnology & Pharmaceuticals, Inc., a corporation having its principal place of business located at 6404 Nancy Ridge Drive, San Diego, CA 92121, hereinafter referred to as "Assignee" is desirous of acquiring the Patent Applications and the invention(s) described therein;

**NOW THEREFORE,** for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, and intending to be legally bound hereby, we, the undersigned Assignors, individually and collectively hereby agree to sell, assign, transfer, and convey and by these presents do sell, assign, transfer, and convey unto the Assignee, its successors, and assigns, our entire right, title, and interest in and to the invention(s) described in the Patent Applications for the territory of the United States and its possessions and territories and for the territory of all foreign countries worldwide;

in and to the Patent Applications and all related United States, international, and foreign patent applications that claim an invention disclosed in the patent application referenced above, including provisional, non-provisional, divisional, continuation, Patent Cooperation Treaty, and foreign national and regional phase patent applications, together with all rights of priority created by such patent applications under any international treaty or convention relating thereto; and

in and to all United States and foreign patents that may be granted from any of the aforementioned patent applications, including any extensions, reissues, and reexamination certificates thereof;

DM2\4459682.1

such invention(s), application(s), and patent(s) to be held and enjoyed by the Assignee, for the Assignee's own use and benefit, and for that of the Assignee's successors and assigns, until the end of the full term or terms for which such patent(s) may be granted, as fully and entirely as the same would have been held by the Assignors had this sale, assignment, transfer, and conveyance not been made.

Assignors authorize the Assignee or the Assignee's representative to insert the application numbers and filing dates of these applications into this Assignment or any application claiming priority thereto if they are unknown at the time this Assignment is executed.

Each of the Assignors agree that, when requested, they will, without charge to the Assignee but at his or her own expense, sign all papers, take all rightful oaths, make all rightful declarations, and do all acts which may be necessary, desirable, or convenient for securing and maintaining patents or other forms of protection for the invention(s) in any and all countries, and for vesting title thereto in the Assignee or its successors or assigns.

Each of the Assignors agree to communicate to the assignee or its representatives any facts known to the individual Assignor respecting the invention(s) and, when requested by the Assignee and at its expense, will testify in any legal proceedings, and generally do everything possible to aid the Assignee, its successors, assigns, and legal representatives, to obtain and enforce protection for the invention(s) in any and all countries.

Assignors agree that a copy of this Assignment shall be deemed a full, legal, and formal equivalent of any assignment, consent to file, or like document which may be required in any country for any purpose, and more particularly, in proof of the right of the Assignee, or its successors, assigns, and legal representatives to apply for patent or other protection for the invention(s), and to claim the benefits of the right of priority provided by any relevant international treaty or convention relating to any of the aforementioned patent applications.

DM2\4459682.1

**PATENT**
**REEL: 032783 FRAME: 0238**

Exhibit 2 - Page 25

Each of the Assignors covenants with the Assignee, its successors, assigns, and legal representatives, that to the best of the individual Assignor's knowledge, the right, title and interest herein conveyed by the individual Assignor to the Assignee are free and clear of any encumbrance and that the individual Assignor has the right to sell, assign, transfer, and convey the same.

Date: 4-28-2014

By: _____
Nathan C. SHANER

Date: 4.28.14

By: _____
Gerard G. LAMBERT

Date: 4.28.14

By: _____
Yuhui NI

Date: 4.28.14

By: _____
Jiwu WANG

DM2\4459682.1

Resource

# Cell Host & Microbe

## An Infectious cDNA Clone of SARS-CoV-2

### Graphical Abstract



### Authors

Xuping Xie, Antonio Muruato,
Kumari G. Lokugamage, ...,
James W. LeDuc, Vineet D. Menachery,
Pei-Yong Shi

### Correspondence

xuxie@UTMB.edu (X.X.),
vimenach@UTMB.edu (V.D.M.),
peshi@UTMB.edu (P.-Y.S.)

### In Brief

Severe acute respiratory syndrome
coronavirus 2 (SARS-CoV-2) has caused
a devastating global pandemic. Xie et al.
generated an infectious cDNA clone of
SARS-CoV-2 and a mNeonGreen reporter
virus. Recombinant SARS-CoV-2 and
reporter virus replicate as efficiently as
the original clinical isolate.

### Highlights

- A reverse genetic system has been established for SARS-CoV-2

- Recombinant SARS-CoV-2 replicates as efficiently as the original clinical isolate

- A stable mNeonGreen reporter SARS-CoV-2 has been developed

- The mNeonGreen SARS-CoV-2 can be used to screen antiviral inhibitors

 Xie et al., 2020, Cell Host & Microbe *27*, 841–848
May 13, 2020 © 2020 Elsevier Inc.
https://doi.org/10.1016/j.chom.2020.04.004



Exhibit 3 - Page 27



# Cell Host & Microbe

Resource

# An Infectious cDNA Clone of SARS-CoV-2

Xuping Xie,[1,*] Antonio Muruato,[1,2] Kumari G. Lokugamage,[2] Krishna Narayanan,[2] Xianwen Zhang,[1] Jing Zou,[1] Jianying Liu,[2] Craig Schindewolf,[2] Nathen E. Bopp,[3] Patricia V. Aguilar,[3,4,5] Kenneth S. Plante,[2,4] Scott C. Weaver,[2,4,5,6,7,8] Shinji Makino,[2,5,10] James W. LeDuc,[2,9] Vineet D. Menachery,[2,5,7,*] and Pei-Yong Shi[1,5,8,10,11,12,*]

[1]Department of Biochemistry and Molecular Biology, University of Texas Medical Branch, Galveston, TX, USA
[2]Department of Microbiology and Immunology, University of Texas Medical Branch, Galveston, TX, USA
[3]Department of Pathology, University of Texas Medical Branch, Galveston, TX, USA
[4]World Reference Center for Emerging Viruses and Arboviruses, University of Texas Medical Branch, Galveston, TX, USA
[5]Institute for Human Infection and Immunity, University of Texas Medical Branch, Galveston, TX, USA
[6]Institute for Translational Sciences, University of Texas Medical Branch, Galveston, TX, USA
[7]Department of Pathology and Center for Biodefense & Emerging Infectious Diseases, University of Texas Medical Branch, Galveston, TX, USA
[8]Sealy Institute for Vaccine Sciences, University of Texas Medical Branch, Galveston, TX, USA
[9]Galveston National Laboratory, University of Texas Medical Branch, Galveston, TX, USA
[10]Sealy Center for Structural Biology & Molecular Biophysics, University of Texas Medical Branch, Galveston, TX, USA
[11]Department of Pharmacology & Toxicology, University of Texas Medical Branch, Galveston, TX, USA
[12]Lead Contact
*Correspondence: xuxie@UTMB.edu (X.X.), vimenach@UTMB.edu (V.D.M.), peshi@UTMB.edu (P.-Y.S.)
https://doi.org/10.1016/j.chom.2020.04.004

## SUMMARY

The ongoing pandemic of COVID-19, caused by severe acute respiratory syndrome coronavirus 2 (SARS-CoV-2), underscores the urgency to develop experimental systems for studying this virus and identifying countermeasures. We report a reverse genetic system for SARS-CoV-2. Seven complimentary DNA (cDNA) fragments spanning the SARS-CoV-2 genome were assembled into a full-genome cDNA. RNA transcribed from the full-genome cDNA was highly infectious after electroporation into cells, producing $2.9 \times 10^6$ plaque-forming unit (PFU)/mL of virus. Compared with a clinical isolate, the infectious-clone-derived SARS-CoV-2 (icSARS-CoV-2) exhibited similar plaque morphology, viral RNA profile, and replication kinetics. Additionally, icSARS-CoV-2 retained engineered molecular markers and did not acquire other mutations. We generated a stable mNeonGreen SARS-CoV-2 (icSARS-CoV-2-mNG) by introducing this reporter gene into ORF7 of the viral genome. icSARS-CoV-2-mNG was successfully used to evaluate the antiviral activities of interferon (IFN). Collectively, the reverse genetic system and reporter virus provide key reagents to study SARS-CoV-2 and develop countermeasures.

## INTRODUCTION

Severe acute respiratory syndrome coronavirus 2 (SARS-CoV-2) emerged in early 2020 with human cases in Wuhan, China (Zhou et al., 2020; Zhu et al., 2020). It has rapidly rampaged worldwide, causing a pandemic of coronavirus disease (COVID-19) that ranges from fever and breathing difficulty to acute respiratory distress and death (Huang et al., 2020; Zhu et al., 2020). With over 300,000 people infected in less than 3 months, SARS-CoV-2 causes the most severe disease in older patients and people with co-morbidities, including heart disease, diabetes, and other health conditions (Wu and McGoogan, 2020). Before 2019, six α- and β-coronaviruses were known to cause respiratory diseases of different severity, including four common cold coronaviruses (229E, NL63, OC43, and HKU1) and two highly pathogenic coronaviruses (severe acute respiratory syndrome [SARS-CoV] and Middle East respiratory syndrome [MERS-CoV], which emerged in 2003 and since 2012, respectively) (Assiri et al., 2013; Huang et al., 2020). Importantly, with massive hospitalization rates and high mortality, SARS-CoV-2 remains

a major threat to humankind and intervention strategies are being rapidly pursued.

A key tool in responding to emergent viruses is the generation of reverse genetic systems to explore and characterize new pathogens. Classically, reverse genetic systems for coronaviruses have been complicated by their large genome size (~30,000 nucleotides) and the existence of bacteriotoxic elements in their genome that make them difficult to propagate (Almazán et al., 2014). Several approaches have been devised to overcome this barrier, such as multiple plasmid systems to disrupt toxic elements and to reduce deletions and mutations (Yount et al., 2002). Using this approach, researchers have developed infectious clones for several coronaviruses, including SARS-CoV, MERS-CoV, and others (Menachery et al., 2015; Menachery et al., 2016; Scobey et al., 2013; Yount et al., 2003). Thao et al. (2020) recently reported a yeast-based synthetic genomics platform for rapid construction of infectious clones for murine hepatitis coronavirus (MHV-CoV), MERS-CoV, and SARS-CoV-2. However, the yeast-platform-produced SARS-CoV-2 has not been fully characterized for its biological



Exhibit 3 - Page 28



**Cell Host & Microbe**
Resource

properties (e.g., replication kinetics) in comparison with its original clinical isolate. Such characterization is essential for ensuring the quality of the genetic system to rescue recombinant viruses that recapitulate the biological features of their corresponding clinical isolates. Once validated, the reverse genetic systems allow rapid characterization of novel viruses, development of reporter viruses, and generation of live-attenuated vaccine candidates to respond to emerging infections. Together with animal pathogenesis models, reverse genetic systems offer powerful tools needed to characterize, understand, and respond to emerging virus outbreaks.

In response to the ongoing pandemic of SARS-CoV-2, we have developed a robust reverse genetic system for SARS-CoV-2 and a mNeonGreen reporter virus. Recombinant virus derived from the system recapitulates the replication kinetics of the original clinical isolates. In addition, the mNeonGreen reporter remains stable for at least five passages, allowing its use in long-term studies. Using type I interferon (IFN), we demonstrated that the mNeonGreen virus could be reliably used to study viral replication and pathogenesis as well as to develop vaccines and antiviral drugs.

## RESULTS

### Design of a SARS-CoV-2 Full-Length cDNA

We designed an *in vitro* ligation approach, similar to that used for constructing the infectious clones of SARS-CoV and MERS-CoV (Scobey et al., 2013; Yount et al., 2003), to directionally assemble the full-length complimentary DNA (cDNA) of the SARS-CoV-2 genome (Figure 1A). Our reverse genetic system was based on the virus strain (2019-nCoV/USA_WA1/2020) isolated from the first reported SARS-CoV-2 case in the US (Harcourt et al., 2020; Holshue et al., 2020). Viral RNA, extracted from the passage 4 virus from Vero E6 cells, was used as a template for RT-PCR to produce cDNA fragments. Seven contiguous cDNA fragments were constructed to cover the entire viral genome (Figure 1B). Some of the seven cDNA fragments were prepared through RT-PCR, whereas others were generated by chemical synthesis (see Method Details). All cDNA fragments were individually cloned into plasmid vectors. For facilitating directional assembly of genome-length cDNA, each cDNA fragment was flanked by a class IIS restriction endonuclease site (BsaI or Esp3I). The class IIS endonucleases recognize asymmetric DNA sequences, cleave outside their recognition sequences, and generate unique cohesive overhangs (Figure 1C). After digestion with BsaI or Esp3I, the seven fragments were directionally ligated to assemble the genome-length cDNA. The unique cohesive ends of each fragment ensured the one directional, seamless assembly of the seven fragments with the concomitant loss of the restriction enzyme sites. Figure 1C depicts the details of the seven fragments: F1 (T7 promoter sequence plus nucleotides 1–3,618), F2 (nucleotides 3,619–7,504), F3 (nucleotides 7,505–11,984), F4 (nucleotides 11,985–17,591), F5 (nucleotides 17,592–22,048), F6 (nucleotides 22,049–26,332), and F7 (nucleotides 26,333–29,870 plus a poly(A)$_{29}$ sequence). We engineered a T7 promoter and a poly(A)$_{29}$ tail at the upstream end of F1 and the downstream end of F7, respectively. *In vitro* transcription of the ligated F1–F7 DNA was expected to produce a 5′ capped (because cap analog was included in the *in vitro* transcription reaction) and 3′ polyade-

nylated genome-length RNA. To differentiate the infectious clone-derived virus from the parental clinical isolate, we engineered three synonymous nucleotide mutations as markers.

### Assembly of a SARS-CoV-2 Full-Length cDNA

We cloned each of the seven cDNA fragments into a plasmid and sequenced them to ensure no undesired mutations. For assembly of full-length cDNA, the seven cDNA plasmids were digested with BsaI or Esp3I. The resulting cDNA fragments were gel-purified (Figure 1D) then *in vitro* ligated to assemble the genome-length cDNA in three steps: (1) ligation of F1, F2, F3, and F4 to produce F1–4 cDNA; (2) ligation of F5, F6, and F7 to produce F5–7 cDNA; and (3) ligation of F1–4 and F5–7 to produce the full-length F1–7 cDNA. Agarose gel analysis of the ligation (3) reaction showed a major DNA product representing the size of genome-length cDNA (~29.87 kb, indicated by an arrow in Figure 1E) in addition to several smaller intermediate cDNA products (indicated by circles). *In vitro* transcription using the cDNA template (directly from ligation (3) without gel purification) generated multiple RNA bands, among which a faint high molecular band might represent the genome-length RNA (indicated by an arrow in Figure 1F) together with several smaller RNA transcripts (indicated by circles).

### Recovery of Recombinant SARS-CoV-2

To recover recombinant SARS-CoV-2 from the infectious cDNA clone (icSARS-CoV-2), we electroporated *in-vitro*-transcribed genome-length RNA into Vero E6 cells. We directly electroporated the RNA transcription mixture from Figure 1F into cells without purification. Given that N protein was reported to enhance the infectivity of coronavirus RNA transcripts (Curtis et al., 2002; Yount et al., 2003; Yount et al., 2002), we co-electroporated an mRNA encoding the SARS-CoV-2 N protein with the full-length RNA. The transfected cells developed cytopathic effects (CPEs) on day 4 after transfection and produced infectious virus (denoted as passage 0 [P0] virus) with a titer of $2.9 \times 10^6$ plaque-forming units (PFU)/mL (Figure 2A). It is worth emphasizing that such a high titer of recombinant virus was produced directly from the electroporated cells without additional rounds of cell culture passaging, indicating the robustness of the system and also suggesting a lack of any errors. Next, we compared the replication properties between the recombinant virus and the original clinical isolate. The wild-type icSARS-CoV-2 (icSARS-CoV-2-WT) developed plaques similar to the original clinical isolate (Figure 2B) and exhibited equivalent replication kinetics on Vero E6 cells (Figure 2C). We did not extend the time points of replication beyond 48 h because CPEs were observed at 40–48 h after infection. Northern blot analysis showed that viral messenger RNA (mRNA) species from the clinical-isolate-infected cells and the icSARS-CoV-2-infected cells were identical to the predicted set of genome-length RNA and eight subgenomic RNAs (Figure 2D). Full-genome sequencing showed that the recombinant virus retained the three engineered synonymous mutations with no other sequence changes, demonstrating the rescued virus did not result from contamination by the parental virus isolate (Figure 2E). Furthermore, the DNA sequencing chromatogram did not show any partial reversion of the three engineered molecular markers (Figure 2F). Collectively, the results demonstrate that (1) the *in-vitro*-transcribed full-length RNA is highly infectious upon electroporation into

Exhibit 3 - Page 29



## Cell Host & Microbe
### Resource



**Figure 1. Assembly of a Full-Length SARS-CoV-2 Infection cDNA Clone**

(A) Genome structure SARS-CoV-2. The open reading frames (ORFs) from the full genome are indicated.

(B) Strategy for *in vitro* assembly of an infectious cDNA clone of SARS-CoV-2. The nucleotide sequences and genome locations of the cohesive overhangs are indicated. The WT full-length (FL) cDNA of SARS-CoV-2 (IC WT) was directionally assembled using *in vitro* ligation.

(C) Diagram of the terminal sequences of each cDNA fragment recognized by BsaI and Esp3I.

(D) Gel analysis of the seven purified cDNA fragments. Individual fragments (F1–F7) were digested from corresponding plasmid clones and gel purified. Seven purified cDNA fragments (50–100 ng) were analyzed on a 0.6% native agarose gel. The 1-kb DNA ladders are indicated.

(E) Gel analysis of cDNA ligation products. About 400 ng of purified ligation product was analyzed on a 0.6% native agarose gel. Triangle indicates the FL cDNA product. Circles indicate the intermediate cDNA products.

(F) Gel analysis of RNA transcripts. About 1 μg of *in-vitro*-transcribed (IVT) RNAs were analyzed on a 0.6% native agarose gel. DNA ladders are indicated. Because this is a native agarose gel, the DNA size is not directly corelated to the RNA size. Triangle indicates the genome-length RNA transcript. Circles show the shorter RNA transcripts.

cells, and (2) the recombinant virus recapitulates the replication properties of the original clinical isolate on Vero E6 cells.

### Development and Characterization of mNeonGreen SARS-CoV-2

Reporter viruses are useful tools to study viral replication and pathogenesis and to develop countermeasures. To establish a reporter SARS-CoV-2 infectious clone, we engineered an mNeonGreen

(mNG) gene into the ORF7 of viral genome (Figure 3A), similar to the SARS-CoV reporter (Sims et al., 2005). The same *in vitro* ligation and transcription protocols (described above) were used to prepare the mNG full-length RNA. After electroporation, we recovered icSARS-CoV-2-mNG (6.9 × 10⁶ PFU/mL). To examine whether the reporter gene attenuates viral replication, we compared the replication properties between the WT and reporter viruses on Vero E6 cells. The icSARS-CoV-2-mNG produced plaques similar to

Exhibit 3 - Page 30

CellPress

Cell Host & Microbe
Resource



**Figure 2. Characterization of the IC WT**

(A) Bright-field images of the Vero E6 cells electroporated with RNA transcripts. CPEs appeared in the IC-WT-RNA-transfected cells on day 4 after transfection. The titer of the P0 virus (directly from the transfected cells) is shown in PFUs per ml.

(B) Plaque morphology of the original clinical isolate (WA1 = 2019-nCoV/USA_WA1/2020) and the recombinant P1 IC WT virus. Plaques were developed in Vero E6 cells on day 2 after infection.

(C) Replication kinetics. Vero E6 cells were infected with the clinical isolate or recombinant P1 IC WT virus at MOI 0.01. Viruses in culture fluids were quantified by plaque assay. Results from triplicate experiments were presented with error bars indicating standard deviations.

(D) Northern blot analysis of FL and subgenomic RNAs. Numbers indicated the FL (band 1) and eight subgenomic RNAs (bands 2–9).

(E) Sequence differences between the original clinical isolate WA1 and the recombinant P1 IC WT. The three silent nucleotide changes were engineered as molecular markers.

(F) Chromatograms of Sanger sequencing results. The engineered molecular maker mutations are indicated.

those of the icSARS-CoV-WT (compare Figure 3B with 2B). Indistinguishable replication kinetics were observed for the icSARS-CoV-2-mNG and icSARS-CoV-WT (Figure 3C). Infection with icSARS-CoV-2-mNG developed increasing numbers of mNG-positive cells over time (Figure 3D). Concurrently, the fluorescent signals increased from 12 to 48 h after infection (Figure 3E). At 12–36 h after infection, the level of fluorescent signal correlated with the initial multiplicities of infection (MOIs), whereas a reverse trend was observed at 48 h after infection, most likely due to earlier CPEs caused by the higher MOI. Full-genome sequencing showed that icSARS-CoV-2-mNG retained the three engineered markers with no additional mutations (Figure 3F). These results indicate that icSARS-CoV-2-mNG is initially stable, maintains the WT replication, and expresses robust mNG in Vero E6 cells.

**Stability of icSARS-CoV-2-mNG**

To examine the longer-term stability of icSARS-CoV-2-mNG, we serially passaged the reporter virus on Vero cells for 5 rounds (1–2 days per round). Cells infected with equal PFU of passage 1 (P1) or passage 5 (P5) produced comparable numbers of mNG-positive cells (Figure 4A). Next, RT-PCR was performed to verify the retention of mNG in the P1 and P5 viral genomes by using two primers targeting the insertion junctions (corresponding to nucleotides 25,068–28,099 of the viral genome). As expected,

the RT-PCR products derived from both P1 and P5 mNG viruses were larger than those from the WT icSARS-CoV-2 (Figure 4B, lanes 1–3). Digestion of the RT-PCR products with BsrGI (located upstream of the mNG insertion site) and StuI (in the mNG gene) developed distinct cleavage patterns between the reporter and WT viruses, whereas P1 and P5 viruses produced an identical digestion pattern (Figure 4B, lanes 4–6). Finally, sequencing the P1 and P5 RT-PCR products confirmed the retention of the mNG gene (data not shown). Altogether, the results demonstrate the stability of icSARS-CoV-2-mNG after five rounds of passaging on Vero E6 cells. Given that Vero E6 cells are defective in type 1 IFN production, it remains to be tested whether the reporter virus is stable when passaged on interferon-competent cell lines.

**Application of icSARS-CoV-2-mNG**

To explore the utility of icSARS-CoV-2-mNG, we used the reporter virus to rapidly screen the antiviral activity of a known inhibitor of coronaviruses. We previously showed that pre-treatment of Vero cells with type 1 IFN inhibits SARS-CoV-2 replication (Lokugamage et al., 2020). Here, we explored the dose-responsive effect of IFN-α pre-treatment on icSARS-CoV-mNG replication (Figure 4C). No mNG expression was visually observed when the infected cells were pre-treated with the highest dose of IFN-α (1,000 u/mL), whereas a dose-dependent

Exhibit 3 - Page 31



## Cell Host & Microbe
Resource





**Figure 3. Generation of a mNeonGreen SARS-CoV-2**

(A) Assembly of the FL mNG SARS-CoV-2 cDNA. The mNG gene was placed downstream of the regulatory sequence of ORF7 to replace the ORF7 sequence (Sims et al., 2005) in the subclone F7.

(B) Plaque morphology of the P1 IC mNG virus. Plaques were developed in Vero E6 cells on day 2 after infection.

(C) Replication kinetics. Vero E6 cells were infected with the IC WT or reporter icSARS-CoV-2-mNG (IC mNG) at MOI of 0.01. Viruses in culture medium were quantified by plaque assay.

(D) Fluorescence microscopy analysis of P1-mNG-virus-infected cells. Vero E6 cells were infected with P1 mNG viruses at MOI of 0.3. Representative mNG-positive (green) images are shown.

(E) Kinetics of fluorescence intensity. Vero E6 cells were infected with MOIs of 1.0, 0.3, or 0.1. After background signal subtraction, the fluorescence intensities from 12 to 48 h after infection are shown. Results from triplicate experiments were presented with bars representing standard deviations.

(F) Summary of full-genome sequence of mNG virus (P1 IC mNG). Nucleotides different from the original clinical isolate (WA1) are indicated.

reduction of mNG signal was detected at an intermediate dose (111 u/mL) (Figure 4D). Quantification of the fluorescent readouts estimated a concentration inhibiting 50% of viral replication ($EC_{50}$) of 101 u/mL, confirming the inhibition of SARS-CoV-2 by IFN-α (Figure 4E). This result is consistent with previous findings that SARS-CoV-2 is sensitive to type 1 IFN inhibition. The reporter virus assay required fewer days and less labor than with the conventional plaque-reduction assay. Collectively, the results indicate that icSARS-CoV-2-mNG could be reliably used to study SARS-CoV-2 replication and to screen antiviral inhibitors.

## DISCUSSION

We report the development of a full-length infectious clone and a reporter virus for SARS-CoV-2. One of the key utilities for the

reverse genetic system is to facilitate antiviral testing and therapeutic development. The icSARS-CoV-2-mNG reporter virus allows the use of fluorescence as a surrogate readout for viral replication. Compared with a standard plaque assay or median tissue culture infectious dose ($TCID_{50}$) quantification, the fluorescent readout shortens the assay turnaround time by several days. In addition, the fluorescent readout offers a quantitative measure that is less labor-intensive than the traditional means of viral titer reduction. Furthermore, the mNG-virus-based assay could be automated in a high-throughput format to screen compounds against viral replication. As a proof-of-concept, we demonstrated that, after treatments with type 1 IFN, the reporter virus reliably revealed efficacy in a rapid and efficient manner. In addition, the stability of the mNG reporter virus allows it to be used for longer-term studies and *in vivo* without fear of losing

Exhibit 3 - Page 32

CellPress

Cell Host & Microbe
Resource



**Figure 4. Stability and Application of mNeonGreen Virus**

The stability of mNG virus was analyzed by comparing the fluorescent signals between the cells infected with P1 and P5 reporter viruses. The presence of mNG gene in the P1 and P5 reporter viruses was also verified using RT-PCR. The application of mNG virus was examined by testing the antiviral activity of IFN-α treatment.

(A) Fluorescence microscopy analysis of the P1- and P5-mNG-virus-infected cells. Vero E6 cells were infected with P1 or P5 virus at an MOI of 0.3. The cells were monitored for mNG-positive signals at 24 h after infection. Color representations are as follows: green, mNG; blue, nucleus.

(B) Gel analysis of mNG virus stability. The top graphic depicts the theoretical results of RT-PCR followed by restriction enzyme digestion. The bottom graphic shows the gel analysis of the RT-PCR products before (lanes 1–3) and after BsrGI/StuI digestion (lanes 4–6). About 100 ng DNA samples were analyzed on a 0.6% agarose gel. The DNA sizes are indicated.

(C) Schematic diagram of IFN-α treatment.

(D) Representative fluorescence images of reporter-virus-infected cells after IFN-α treatment. The doses of IFN-α treatment are indicated.

(E) Dose response curve of mNG signal inhibited by IFN-α. The Hillslope and $EC_{50}$ values are indicated. Results from triplicate experiments were presented with bars representing standard deviations.

its fluorescent marker. Thus, this reporter virus offers a huge advantage for the research community and pharmaceutical companies to develop therapeutics for COVID-19.

Our reverse genetic system represents a major reagent in the pursuit of understanding SARS-CoV-2 and COVID-19. Compared with the clinical isolate, the recombinant WT SARS-CoV-2 has no deficit in terms of viral RNA species produced, plaque morphology, or replication kinetics. Therefore, it might be used as an equivalent to the clinical strain, and mutant viruses can be generated to characterize mutational effect on viral infection. This approach has allowed researchers to identify key viral antagonists of innate immunity for SARS-CoV and MERS-CoV (Menachery et al., 2015; Totura and Baric, 2012). Several of these mutant viruses have subsequently been employed as live-attenuated vaccine candidates for SARS-CoV and MERS-CoV (de Wit et al., 2016; Schindewolf and Menachery, 2019). Using our system, this knowledge might now be applied to the current SARS-CoV-2. Characterizing these mutations might provide insight into SARS-CoV-2 pathogenesis.

Our reverse genetic system also allows exploration of research questions fundamental to understanding the SARS-CoV-2 pandemic. As additional genomic sequences become available, evolutionary mutations can be interrogated for their effect on viral transmission and disease outcome. For example, a 382-nucleotide deletion covering almost the entire ORF8 of SARS-CoV-2 was observed in eight hospitalized patients in Singapore; virus isolation of the deletion strains has not been reported in the study (Su et al., 2020). A four-amino-acid insertion (conferring a possible furin cleavage site) was reported in the spike (S) protein of SARS-CoV-2 but is absent in the S protein of SARS-CoV and other group-2B CoVs (Coutard et al., 2020). Using the infectious clone, we can now evaluate the effect of these genetic changes by removing the reported sequences from SARS-CoV-2 and examining their effect on virus replication and S protein processing. In addition, mouse models for SARS-CoV-2 have been limited by the absence of viruses capable of binding to mouse angiotensin-converting enzyme 2 (ACE2) (Zhu et al., 2020). Point mutations in the receptor binding domain

Exhibit 3 - Page 33



# Cell Host & Microbe
Resource

of the SARS-CoV-2 S protein might facilitate mouse adaptation and development of a model that recapitulates human diseases in a standard mouse strain. Altogether, the above questions are a few examples of how our infectious clone can be used to advance SARS-CoV-2 research.

In summary, we have developed a robust reverse genetic system for SARS-CoV-2 that can be used to study viral replication and pathogenesis. We have also established an mNG reporter SARS-CoV-2 that is a reliable surrogate for high-throughput drug discovery. The reverse genetic system represents a major tool for the research community and significantly advances opportunities for countermeasure development for COVID-19.

## STAR★METHODS

Detailed methods are provided in the online version of this paper and include the following:

- KEY RESOURCES TABLE
- LEAD CONTACT AND MATERIALS AVAILABILITY
- EXPERIMENTAL MODEL AND SUBJECT DETAILS
  - Virus and Cell Lines
- METHOD DETAILS
  - Cloning the SARS-CoV-2 cDNAs
  - Assembly of a Full-Length SARS-CoV-2 cDNA
  - RNA Transcription, Electroporation, Virus Production and Quantification
  - Interferon Treatment
  - RNA Extraction, RT-PCR and Sanger Sequencing
  - Northern Blot
- QUANTIFICATION AND STATISTICAL ANALYSIS
- DATA AND CODE AVAILABILITY

## ACKNOWLEDGMENTS

We thank Natalie Thornburg and other colleagues from the Centers for Disease Control and Prevention for providing the clinical virus isolate. We also thank colleagues at University of Texas Medical Branch (UTMB) for support and discussions. Research was supported by grants from NIA and NIAID of the NIH (U19AI100625 and R00AG049092 to V.D.M.; R24AI120942 (WRCEVA) to S.C.W.; AI114657 and AI46081 to S.M.; and 5UC7AI094660 to J.W.L.). Research was also supported by a STARs Award provided by the University of Texas System to V.D.M., trainee funding provided by the McLaughlin Fellowship Fund at UTMB, and an IHII Pilot grant to S.M. P.-Y.S. was supported by NIH grants AI142759, AI145617, AI127744, AI136126, AI134907 and UL1TR001439 and by awards from the Kleberg Foundation, the John S. Dunn Foundation, the Amon G. Carter Foundation, the Gilson Longenbaugh Foundation, and the Summerfield Robert Foundation. A.M. is supported by a Clinical and Translational Science Award NRSA (TL1) Training Core (TL1TR001440) from the NIH.

## AUTHOR CONTRIBUTIONS

Conceptualization, X.X., V.D.M., and P.-Y.S.; Methodology, X.X., A.M., K.G.L., K.N., X.Z., J.Z., J.L., C.S., N.B., P.A., K.S.P., S.W, S.M., J.W.L., V.D.M. and P.-Y.S.; Investigation, X.X., A.M., K.G.L., K.N., X.Z., J.Z., J.L., C.S., N.B., and P.A.; Resources, K.S.P., S.W., and C.-T.K.T.; Data Curation, X.X., A.M., K.G.L., K.N., J.L., and N.B.; Writing-Original Draft, X.X., K.N., V.D.M., and P.-Y.S.; Writing-Review & Editing, X.X., V.D.M., and P.-Y.S.; Visualization, X.X., A.M., K.G.L., N.B., and P.-Y.S.; Supervision, X.X., V.D.M., and P.-Y.S.; Funding Acquisition, P.A., S.W., S.J., J.W.L., V.D.M., and P.-Y.S.

## DECLARATION OF INTERESTS

X.X., V.D.M, and P.-Y.S. have filed a provisional patent on the reverse genetic system of SARS-CoV-2. Other authors have no conflicts of interest to declare.

Received: March 22, 2020
Revised: March 30, 2020
Accepted: April 1, 2020
Published: April 13, 2020

## REFERENCES

Almazán, F., Sola, I., Zuñiga, S., Marquez-Jurado, S., Morales, L., Becares, M., and Enjuanes, L. (2014). Coronavirus reverse genetic systems: infectious clones and replicons. Virus Res. 189, 262–270.

Assiri, A., Al-Tawfiq, J.A., Al-Rabeeah, A.A., Al-Rabiah, F.A., Al-Hajjar, S., Al-Barrak, A., Flemban, H., Al-Nassir, W.N., Balkhy, H.H., Al-Hakeem, R.F., et al. (2013). Epidemiological, demographic, and clinical characteristics of 47 cases of Middle East respiratory syndrome coronavirus disease from Saudi Arabia: a descriptive study. Lancet Infect. Dis. 13, 752–761.

Coutard, B., Valle, C., de Lamballerie, X., Canard, B., Seidah, N.G., and Decroly, E. (2020). The spike glycoprotein of the new coronavirus 2019-nCoV contains a furin-like cleavage site absent in CoV of the same clade. Antiviral Res. 176, 104742.

Curtis, K.M., Yount, B., and Baric, R.S. (2002). Heterologous gene expression from transmissible gastroenteritis virus replicon particles. J. Virol. 76, 1422–1434.

de Wit, E., van Doremalen, N., Falzarano, D., and Munster, V.J. (2016). SARS and MERS: recent insights into emerging coronaviruses. Nat. Rev. Microbiol. 14, 523–534.

Harcourt, J., Tamin, A., Lu, X., Kamili, S., Sakthivel, S.K., Murray, J., Queen, K., Tao, Y., Paden, C.R., Zhang, J., et al. (2020). Severe Acute Respiratory Syndrome Coronavirus 2 from Patient with 2019 Novel Coronavirus Disease, United States. Emerg. Infect. Dis. https://doi.org/10.3201/eid2606.200516.

Holshue, M.L., DeBolt, C., Lindquist, S., Lofy, K.H., Wiesman, J., Bruce, H., Spitters, C., Ericson, K., Wilkerson, S., Tural, A., et al.; Washington State 2019-nCoV Case Investigation Team (2020). First Case of 2019 Novel Coronavirus in the United States. N. Engl. J. Med. 382, 929–936.

Huang, C., Wang, Y., Li, X., Ren, L., Zhao, J., Hu, Y., Zhang, L., Fan, G., Xu, J., Gu, X., et al. (2020). Clinical features of patients infected with 2019 novel coronavirus in Wuhan, China. Lancet 395, 497–506.

Lokugamage, K.G., Hage, A., Schindewolf, C., Rajsbaum, R., and Menachery, V.D. (2020). SARS-CoV-2 sensitive to type I interferon pretreatment. bioRxiv. https://doi.org/10.1101/2020.03.07.982264.

Menachery, V.D., Yount, B.L., Jr., Debbink, K., Agnihothram, S., Gralinski, L.E., Plante, J.A., Graham, R.L., Scobey, T., Ge, X.Y., Donaldson, E.F., et al. (2015). A SARS-like cluster of circulating bat coronaviruses shows potential for human emergence. Nat. Med. 21, 1508–1513.

Menachery, V.D., Yount, B.L., Jr., Sims, A.C., Debbink, K., Agnihothram, S.S., Gralinski, L.E., Graham, R.L., Scobey, T., Plante, J.A., Royal, S.R., et al. (2016). SARS-like WIV1-CoV poised for human emergence. Proc. Natl. Acad. Sci. USA 113, 3048–3053.

Narayanan, K., Huang, C., Lokugamage, K., Kamitani, W., Ikegami, T., Tseng, C.T., and Makino, S. (2008). Severe acute respiratory syndrome coronavirus nsp1 suppresses host gene expression, including that of type I interferon, in infected cells. J. Virol. 82, 4471–4479.

Schindewolf, C., and Menachery, V.D. (2019). Middle East Respiratory Syndrome Vaccine Candidates: Cautious Optimism. Viruses 11, E74.

Scobey, T., Yount, B.L., Sims, A.C., Donaldson, E.F., Agnihothram, S.S., Menachery, V.D., Graham, R.L, Swanstrom, J., Bove, P.F., Kim, J.D., et al. (2013). Reverse genetics with a full-length infectious cDNA of the Middle East respiratory syndrome coronavirus. Proc. Natl. Acad. Sci. USA 110, 16157–16162.

Shan, C., Xie, X., Muruato, A.E., Rossi, S.L., Roundy, C.M., Azar, S.R., Yang, Y., Tesh, R.B., Bourne, N., Barrett, A.D., et al. (2016). An Infectious cDNA

Exhibit 3 - Page 34



**Cell Host & Microbe**
Resource

Clone of Zika Virus to Study Viral Virulence, Mosquito Transmission, and Antiviral Inhibitors. Cell Host Microbe *19*, 891–900.

Shaner, N.C., Lambert, G.G., Chammas, A., Ni, Y., Cranfill, P.J., Baird, M.A., Sell, B.R., Allen, J.R., Day, R.N., Israelsson, M., et al. (2013). A bright monomeric green fluorescent protein derived from Branchiostoma lanceolatum. Nat. Methods *10*, 407–409.

Sims, A.C., Baric, R.S., Yount, B., Burkett, S.E., Collins, P.L., and Pickles, R.J. (2005). Severe acute respiratory syndrome coronavirus infection of human ciliated airway epithelia: role of ciliated cells in viral spread in the conducting airways of the lungs. J. Virol. *79*, 15511–15524.

Su, Y.C.F., Anderson, D.E., Young, B.E., Zhu, F., Linster, M., Kalimuddin, S., Low, J.G.H., Yan, Z., Jayakumar, J., Sun, L., et al. (2020). Discovery of a 382-nt deletion during the early evolution of SARS-CoV-2. bioRxiv. https://doi.org/10.1101/2020.03.11.987222.

Thao, T.T.N., Labroussaa, F., Ebert, N., V'kovski, P., Stalder, H., Portmann, J., Kelly, J., Steiner, S., Holwerda, M., Kratzel, A., et al. (2020). Rapid reconstruction of SARS-CoV-2 using a synthetic genomics platform. bioRxiv. https://doi.org/10.1101/2020.02.21.959817.

Totura, A.L., and Baric, R.S. (2012). SARS coronavirus pathogenesis: host innate immune responses and viral antagonism of interferon. Curr. Opin. Virol. *2*, 264–275.

Wu, Z., and McGoogan, J.M. (2020). Characteristics of and Important Lessons From the Coronavirus Disease 2019 (COVID-19) Outbreak in China: Summary of a Report of 72314 Cases From the Chinese Center for Disease Control and Prevention. JAMA. https://doi.org/10.1001/jama.2020.2648.

Yount, B., Denison, M.R., Weiss, S.R., and Baric, R.S. (2002). Systematic assembly of a full-length infectious cDNA of mouse hepatitis virus strain A59. J. Virol. *76*, 11065–11078.

Yount, B., Curtis, K.M., Fritz, E.A., Hensley, L.E., Jahrling, P.B., Prentice, E., Denison, M.R., Geisbert, T.W., and Baric, R.S. (2003). Reverse genetics with a full-length infectious cDNA of severe acute respiratory syndrome coronavirus. Proc. Natl. Acad. Sci. USA *100*, 12995–13000.

Zhou, P., Yang, X.L., Wang, X.G., Hu, B., Zhang, L., Zhang, W., Si, H.R., Zhu, Y., Li, B., Huang, C.L., et al. (2020). A pneumonia outbreak associated with a new coronavirus of probable bat origin. Nature *579*, 270–273.

Zhu, N., Zhang, D., Wang, W., Li, X., Yang, B., Song, J., Zhao, X., Huang, B., Shi, W., Lu, R., et al.; China Novel Coronavirus Investigating and Research Team (2020). A Novel Coronavirus from Patients with Pneumonia in China, 2019. N. Engl. J. Med. *382*, 727–733.

Exhibit 3 - Page 35

# Cell Host & Microbe
## Resource



## STAR★METHODS

### KEY RESOURCES TABLE

| REAGENT or RESOURCE | SOURCE | IDENTIFIER |
|---|---|---|
| **Bacterial and Virus Strains** | | |
| *E. coli* strain Top10 | ThermoFisher Scientific | Cat#C404006 |
| TransforMax™ EPI300™ Chemically Competent *E. coli* | Lucigen Corporation, Middleton, WI 53562 | Cat#C300C105 |
| SARS-CoV strain 2019-nCoV/USA_WA1/2020 (WA1) | World Reference Center of Emerging Viruses and Arboviruses (WRCEVA) at the University of Texas Medical Branch | N/A |
| **Chemicals, Peptides, and Recombinant Proteins** | | |
| IFN-α A Protein, Recombinant human | Millipore Sigma | Cat#IF007 |
| **Critical Commercial Assays** | | |
| T7 mMessage mMachine kit | Thermo Fisher Scientific | Cat#AM1344 |
| Ingenio® Electroporation solution | Mirus Bio LLC | Cat#MIR 50117 |
| SuperScript™ IV First-Strand Synthesis System | Thermo Fisher Scientific | Cat#18091300 |
| Platinum™ SuperFi II DNA Polymerase | Thermo Fisher Scientific | Cat#12361010 |
| **Experimental Models: Cell Lines** | | |
| Vero E6 cells | ATCC | Cat# CRL-1586; RRID: CVCL_0574 |
| **Oligonucleotides** | | |
| primer Cov-T7-N-F (TACTGTAATACGA CTCAC TATAGGATGTCTGATAATGGACCCCAAAATC) | Integrated DNA Technologies (Skokie, Illinois) | N/A |
| primer polyT-N-R (TTTTTTTTTTTTTTTT TTT TTTT TTTTTTTTTTTTTTTAGGCCT GAGTTGAGTCAGCAC) | Integrated DNA Technologies (Skokie, Illinois) | N/A |
| **Recombinant DNA** | | |
| pUC57-CoV2-F1 | This paper | N/A |
| pCC1-CoV2-F2 | This paper | N/A |
| pCC1-CoV2-F3 | This paper | N/A |
| pUC57-CoV2-F4 | This paper | N/A |
| pUC57-CoV2-F5 | This paper | N/A |
| pUC57-CoV2-F6 | This paper | N/A |
| pCC1-CoV2-F7 | This paper | N/A |
| pCC1-CoV2-F7-mNG | This paper | N/A |
| Synthesized mNeonGreen gene (sequence-optimized) | This paper and Shaner et al., 2013 | N/A |
| **Software and Algorithms** | | |
| ImageJ | NIH | N/A |
| Prism 8.0 software | GraphPad | N/A |
| Illustrator CC | Adobe | N/A |

### LEAD CONTACT AND MATERIALS AVAILABILITY

Further information and requests for resources and reagents should be directed to and will be fulfilled by the Lead Contact, Pei-Yong Shi (peshi@utmb.edu). Plasmids and virus generated in this study will be made available on request, but we might require a payment and/or a completed Materials Transfer Agreement if there is potential for commercial application.

### EXPERIMENTAL MODEL AND SUBJECT DETAILS

#### Virus and Cell Lines
The stock of SARS-CoV-2 strain 2019-nCoV/USA_WA1/2020 was derived from the first patient diagnosed in the US. The virus isolate was originally provided by Dr. Natalie Thornburg from the Centers for Disease Control and Prevention in Atlanta, GA as described

Exhibit 3 - Page 36



Cell Host & Microbe
Resource

previously (Holshue et al., 2020), and amplified on Vero E6 cells at the World Reference Center for Emerging Viruses and Arboviruses (WRCEVA) at the University of Texas Medical Branch at Galveston (UTMB). The P5 passage was used in this study.

African green monkey kidney epithelial cells (Vero E6; CRL-1586) were purchased from the American Type Culture Collection (ATCC, Bethesda, MD) and maintained in a high-glucose Dulbecco's modified Eagle's medium (DMEM) supplemented with 10% fetal bovine serum (FBS; HyClone Laboratories, South Logan, UT) and 1% penicillin/streptomycin (P/S). Cells were grown at 37°C with 5% $CO_2$. All culture media and antibiotics were purchased from ThermoFisher Scientific (Waltham, MA). All cell lines were tested negative for mycoplasma.

## METHOD DETAILS

### Cloning the SARS-CoV-2 cDNAs

Two approaches were taken to rapidly obtain stable cDNAs of SARS-CoV-2. First, the cDNAs of fragments F1, F4, F5, and F6 were successfully synthesized from the GenScript company (Piscataway, NJ) and cloned into a high-copy plasmid pUC57. The F1 contains a T7 promoter sequence at the upstream of the 5′ end of the SARS-CoV-2 sequence. Other cDNA fragments were also synthesized but found unstable after cloning into plasmid pUC57. For overcoming this hurdle, the cDNAs of fragments F2, F3, and F7 were obtained by reverse transcription and PCR (RT-PCR). RT was performed by using the SuperScript IV First-Strand Synthesis System (ThermoFisher Scientific) with random hexamer primers and extracellular viral RNA (extracted from the supernatants of SARS-CoV-2-infected Vero E6 cells). The cDNA was used as a template to amplify the fragments F2, F3, and F7 by high fidelity PCR with the Platinum SuperFi II DNA Polymerase (ThermoFisher Scientific) according to the manufacturer's instructions. A poly(T)$_{29}$ sequence was introduced by PCR to the 3′ end of the untranslated region of viral genome. The amplicons were cloned into a single-copy vector pCC1BAC (Epicenter) to increase the stability of the cDNA plasmids when propagated in *E. coli*. To ensure a seamless assembly of the full-length cDNA, we introduced two cleavage sites of class IIS restriction enzymes (BsaI and Esp3I) at both ends of each sibling cDNA during PCR or gene synthesis. To differentiate the infectious clone-derived virus from the parental clinical isolate 2019-nCoV/USA_WA1/2020, we engineered three silent mutations at nucleotide positions 7,486 (A-to-T change), 7,489 (T-to-A change), and 18,058 (T-to-C change). For constructing the pCC1-F7-mNG, the gene of mNeonGreen (sequence-optimized) was synthesized and inserted at the downstream of the regulatory sequence of ORF7a to replace the entire ORF7a, according to the study as described previously (Sims et al., 2005). All subclones were finally validated by Sanger sequencing.

### Assembly of a Full-Length SARS-CoV-2 cDNA

To assemble the full-length cDNA, we digested individual cDNA plasmids and purified each cDNA fragment. Specifically, F1, F2, F3 and F4 cDNA fragments were obtained by digesting the corresponding plasmids with enzyme BsaI. F5 and F6 fragments were obtained by digesting the plasmids with enzymes Esp3I and PvuI. F7 and F7-mNG cDNA fragments were obtained by digesting the corresponding plasmids with Esp3I and SnaBI. PvuI and SnaBI were included in the digestion to eliminate undesired DNA bands that co-migrated with the targeted fragments on agarose gels. All fragments after restriction enzyme digestion were separated on 0.6% agarose gels, visualized under a darkreader lightbox (Clare Chemical Research, Dolores, CO), excised, and purified using the QIAquick Gel Extraction Kit (QIAGEN, Germantown, MD). To assemble the full-length cDNA, we ligated the seven cDNA fragments in a three-step manner. First, equimolar amounts of F1 (0.61 μg), F2 (0.65 μg), F3 (0.75 μg), and F4 (0.94 μg) were ligated in a PCR tube using T4 DNA ligase in a 40 μl-reaction at 4°C for 18 h, resulting in F1-4 DNA. Second, equimolar amounts of fragments F5 (0.75 μg), F6 (0.72 μg), and F7 (0.60 μg) were ligated in a separate PCR tube to produce F5-7 DNA using the same ligation conditions. Third, without any DNA purification, the two reactions (containing F1-4 and F5-7) were combined (total 80 μl) and topped with additional T4 ligase (2 μl), buffer (2 μl) and nuclease-free water (16 μl) to a 100 μL reaction. The final reaction was incubated at 4°C for 18 h to produce the full-length F1-7 DNA. Afterward, the full-length cDNA was phenol/chloroform extracted, isopropanol precipitated, and resuspended in 10 μL nuclease-free water.

### RNA Transcription, Electroporation, Virus Production and Quantification

RNA transcript was *in vitro* synthesized by the mMESSAGE mMACHINE T7 Transcription Kit (ThermoFisher Scientific) according to the manufacturer's instruction with some modifications. A 50 μL reaction was set up by adding 1 μg DNA template and 7.5 μL GTP (cap analog-to-GTP ratio of 1:1). The reaction was incubated at 32°C for 5 h. After removing the template DNA by nuclease per manufacturer's protocol, the RNA was phenol/chloroform extracted and isopropanol precipitated. A SARS-CoV-2 N gene transcript was *in vitro* transcribed from a DNA template using the mMESSAGE mMACHINE T7 Transcription Kit with a 2:1 ratio of cap analog to GTP. The N gene DNA template was prepared by PCR using primer Cov-T7-N-F (tactgTAATACGACTCACTATAGGatgtctgataatggaccccaaaatc; the uppercase sequence represents T7 promoter; the underlined sequence represents the 5′ end of N gene) and primer polyT-N-R [(t)$_{37}$aggcctgagttgagtcagcagcac].

RNA transcripts were electroporated into Vero E6 cells using a protocol as previously described (Shan et al., 2016) with some modifications. Twenty micrograms of total RNA transcripts (containing both full-length RNA and short RNAs) and 20 μg N gene transcript were mixed and added to a 4-mm cuvette containing 0.8 mL of Vero E6 cells (8 × 10⁶) in Ingenio® Electroporation Solution (Mirus). Single electrical pulse was given with a GenePulser apparatus (Bio-Rad) with setting of 270V at 950 μF. After 5 min recovery at room temperature, the electroporated cells were seeded into a T-75 flask and incubated at 37°C with 5% $CO_2$. On the next day, the culture fluid was replaced with 2% FBS DMEM medium. The cells were monitored daily for virus-mediated cytopathic effect (CPE). One

Exhibit 3 - Page 37

# Cell Host & Microbe
## Resource



milliliter of the P0 virus was inoculated to a T-175 flask containing 80% confluence Vero E6 cells. The infected cells were incubated at 37°C with 5% $CO_2$ for 2-3 days. Culture supernatants (P1) were harvested when CPE occurred. The amount of infectious virus was determined by a standard plaque assay on Vero E6 cells. All virus cultures were performed in a biosafety level 3 (BSL-3) laboratory with redundant fans in the biosafety cabinets. All personnel wore powered air purifying respirators (Breathe Easy, 3M) with Tyvek suits, aprons, booties, and double gloves.

### Interferon Treatment
Vero E6 cells were plated as $1.5 \times 10^4$ cells/well in a black 96-well plate (Greiner). For interferon treatment, at 6 h post-seeding, cells were treated with various doses of IFN-α (Millipore Sigma). After 14 h of treatment, the culture fluids were replaced with 2% FBS medium, and P1 IC mNG viruses were added to the cells at MOI 0.3 with additional IFN-α at corresponding concentrations. At 24 h post-infection, Hoechst 33342 (ThermoFisher Scientific) was added to a final concentration of 0.1% to counterstain the nucleus. The green fluorescence signals were detected by Cytation 5 (BioTek) and the infection rate was calculated according to the manufacturer's instructions.

### RNA Extraction, RT-PCR and Sanger Sequencing
250 μL of culture fluids were mixed with three volumes of TRIzol LS Reagent (Thermo Fisher Scientific). Viral RNAs were extracted per manufacturer's instructions. The final RNAs were dissolved in 30 μL nuclease-free water. 11 μL of RNA sample was used for reverse transcription by using the SuperScript IV First-Strand Synthesis System (ThermoFisher Scientific) with random hexamer primers. Nine DNA fragments covering the entire viral genome were amplified by PCR with specific primers. The resulting DNAs were cleaned up by the QIAquick PCR Purification Kit and Sanger sequencing was performed by GENEWIZ (South Plainfield, NJ).

### Northern Blot
Vero E6 cells were infected with clinical isolate WA1 or the infectious clone-derived SARS-CoV-2 (IC WT) at MOI 0.01. At 48 h post-infection, total intracellular RNAs were isolated using TRIzol reagent (Invitrogen). Northern blot analysis was performed using total intracellular RNAs as described previously (Narayanan et al., 2008). A digoxigenin (DIG)-labeled random-primed probe, corresponding to nucleotides 28,999 to 29,573 of the SARS-CoV-2 genome, was used to detect SARS-CoV-2 mRNAs and visualized by DIG luminescent detection kit (Roche, Indianapolis, IN) according to the manufacturer's protocol.

## QUANTIFICATION AND STATISTICAL ANALYSIS

All numerical data are presented as the mean ± SD (standard deviations). Group comparisons of viral growth kinetics in Figures 2 and 3 were performed using multiple t test with Bonferroni-Dunn correction in software Prism 8.0 (GraphPad). *$p < 0.05$, significant; **$p < 0.01$, significant; $p > 0.05$, ns (not significant). The 50% effective concentration ($EC_{50}$) in Figure 4 was estimated by using a four-parameter logistic regression model from the GraphPad Prism 8 software (GraphPad Software Inc., San Diego CA). Minimal adjustment was made in the software ImageJ to enhance the contrast for bright-field images in Figures 1, 2, and 3. Blue- and green-fluorescence images were merged in ImageJ. Figures were finally assembled using the software Adobe illustrator CC.

## DATA AND CODE AVAILABILITY

All data are present in this study.

Exhibit 3 - Page 38

bioRxiv preprint doi: https://doi.org/10.1101/2020.05.21.109546. this version posted May 22, 2020. The copyright holder for this preprint (which was not certified by peer review) is the author/funder. It is made available under a CC-BY-NC-ND 4.0 International license.

# A high-throughput neutralizing antibody assay for COVID-19 diagnosis and

# vaccine evaluation

Antonio E. Muruato[1,2#], Camila R. Fontes-Garfias[1#], Ping Ren[3#], Mariano A. Garcia-Blanco[1,4,5],

Vineet D. Menachery[2,3,6], Xuping Xie[1*], Pei-Yong Shi[1,6,7,8*]


[1]Department of Biochemistry and Molecular Biology, University of Texas Medical Branch, Galveston TX, USA

[2]Department of Microbiology and Immunology, University of Texas Medical Branch, Galveston TX, USA

[3]Department of Pathology, University of Texas Medical Branch, Galveston TX, USA

[4]Programme in Emerging Infectious Diseases, Duke-NUS Medical School, Singapore, Singapore

[5]Department of Internal Medicine, University of Texas Medical Branch, Galveston, TX, USA

[6]Institute for Human Infections and Immunity, University of Texas Medical Branch, Galveston, TX, USA

[7]Sealy Institute for Vaccine Sciences, University of Texas Medical Branch, Galveston, TX, USA

[8]Sealy Center for Structural Biology & Molecular Biophysics, University of Texas Medical Branch, Galveston, TX, USA


*C.F.-G., A.E.M., and P.R. contributed equally to this study


*Correspondence: X.X. (xuxie@UTMB.edu) or P.-Y.S. (peshi@UTMB.edu)

**Running title:** A high-throughput SARS-CoV-2 neutralizing assay


**Keywords:** SARS-CoV-2, COVID-19, SARS-CoV, diagnosis, vaccine, coronavirus

1

Exhibit 4 - Page 39

bioRxiv preprint doi: https://doi.org/10.1101/2020.05.21.109546. this version posted May 22, 2020. The copyright holder for this preprint (which was not certified by peer review) is the author/funder. All rights reserved. No reuse allowed without permission.

**Abstract**

Virus neutralization remains the gold standard for determining antibody efficacy. Therefore, a high-throughput assay to measure SARS-CoV-2 neutralizing antibodies is urgently needed for COVID-19 serodiagnosis, convalescent plasma therapy, and vaccine development. Here we report on a fluorescence-based SARS-CoV-2 neutralization assay that detects SARS-CoV-2 neutralizing antibodies in COVID-19 patient specimens and yields comparable results to plaque reduction neutralizing assay, the gold standard of serological testing. Our approach offers a rapid platform that can be scaled to screen people for antibody protection from COVID-19, a key parameter necessary to safely reopen local communities.

**Text**

The ongoing coronavirus disease 2019 (COVID-19) pandemic is caused by severe acute respiratory syndrome coronavirus 2 (SARS-CoV-2), first reported in Wuhan, China in late 2019[1,2]. As of May 18, 2020, COVID-19 has caused 4.8 million confirmed infections and over 318,028 deaths worldwide (https://www.worldometers.info/coronavirus/). Many areas of the world have been in lockdown mode to curb the viral transmission, but the reality is that COVID-19 is here to stay until a safe and efficacious vaccine becomes available. The pandemic's catastrophic economic impact is pushing governments to reopen their economies, and this creates a public health quandary. At this time, our only option is to minimize viral transmission through social distancing and contact tracing, which relies on the diagnosis of viral RNA through RT-PCR (https://www.fda.gov/media/134922/download). Proper public health policy would be greatly enhanced if we had a reliable and facile assay to measure the immune protection among COVID-19 recovered patients.

Coronavirus infections typically induce neutralizing antibody responses[3]. The seroconversion rates in COVID-19 patients are 50% and 100% on day 7 and 14 post symptom

Exhibit 4 - Page 40

bioRxiv preprint doi: https://doi.org/10.1101/2020.05.21.109546. this version posted May 22, 2020. The copyright holder for this preprint (which was not certified by peer review) is the author/funder. It is made available under a CC-BY-NC-ND 4.0 International license.

26  onset, respectively[4]. Given the unknown scale of asymptomatic infections, there is a pressing

27  need for serological diagnosis to determine the real number of infections. Such information is

28  essential for defining the case-fatality rate and for making the policy on the scale and duration of

29  social lockdowns. The serological assays are also required to identify donors with high-titers for

30  convalescent plasma for therapy, and to define correlates of protection from SARS-CoV-2.

31  While viral RNA-based testing for active infection is the current standard, surveying antibody

32  protection is a necessary part of any return to social normality.

33      For serodiagnosis, several COVID-19 assay platforms have achieved FDA emergency

34  use authorizations (EUA), including ELISA[5] (https://www.fda.gov/media/137029/download),

35  lateral flow immunoassay (https://www.fda.gov/media/136625/download), and Microsphere

36  Immunoassay (https://www.fda.gov/media/137541/download). These assays measure antibody

37  binding to SARS-CoV-2 spike protein. Since not all spike-binding antibodies can block viral

38  infection, these assay platforms do not functionally measure antibody inhibition of SARS-CoV-2

39  infection. An ideal serological assay should measure neutralizing antibody levels, which should

40  predict protection from reinfection. Conventionally, neutralizing antibodies are measured by

41  plaque reduction neutralization test (PRNT). Although PRNT and ELISA results generally

42  corelate with each other, the lack of complete fidelity of ELISA continues to make PRNT the

43  gold-standard for determining immune protection[6,7]. However, due to its low throughput, PRNT

44  is not practical for large scale serodiagnosis and vaccine evaluation. This is a major gap for

45  COVID-19 surveillance and vaccine development.

46      To address the above gap, we developed a fluorescence-based assay that rapidly and

47  reliably measures neutralization of a reporter SARS-CoV-2 by antibodies from patient

48  specimens. The assay was built on a stable mNeonGreen SARS-CoV-2 where the

49  mNeonGreen gene was engineered at the OFR7 of the viral genome[8]. Fig. 1a depicts the

50  flowchart of the reporter neutralization assay in a 96-well format. Briefly, patient sera were

3

Exhibit 4 - Page 41

bioRxiv preprint doi: https://doi.org/10.1101/2020.05.21.109546. this version posted May 22, 2020. The copyright holder for this preprint (which was not certified by peer review) is the author/funder. It is made available under a CC-BY-NC-ND 4.0 International license.

51    serially diluted and incubated with the reporter virus. After incubation at 37°C for 1 h, Vero E6

52    cells (pre-seeded in a 96-well plate) were infected with the virus/serum mixtures at a multiplicity

53    of infection (MOI) of 0.5. At 16 h post-infection, the mNeonGreen-positive cells were quantitated

54    using a high-content imaging reader (Fig. 1a). Forty COVID-19 serum specimens from RT-PCR-

55    confirmed patients and ten non-COVID-19 serum samples (archived before COVID-19

56    emergence) were analyzed using the reporter virus. After reporter viral infection, the cells turned

57    green in the absence of serum (Fig. 1b, bottom panel); in contrast, incubation of the reporter

58    virus with COVID-19 patient serum decreased the number of fluorescent cells (top panel). A

59    dose response curve was obtained between the number of fluorescent cells and the fold of

60    serum dilution (Fig. 1c), which allowed for determination of the dilution fold that neutralized 50%

61    of fluorescent cells ($NT_{50}$). The reporter assay rapidly diagnosed fifty specimens in less than 20

62    h: all forty COVID-19 sera (specimens 1-40) showed positive $NT_{50}$ of 80 to 5152, and all ten

63    non-COVID-19 sera (specimens 41-50) showed negative $NT_{50}$ of <20 for (Fig. 1d).

64        To validate the reporter virus neutralization results, we performed the conventional

65    PRNT on the same set of patient specimens. In agreement with the reporter virus results, the

66    forty positive sera showed $PRNT_{50}$ of 40 to 3200, and the ten negative sera exhibited $PRNT_{50}$ of

67    <20 (Fig. 1d). A strong correlation was observed between the reporter virus and PRNT results,

68    with a correlation efficiency $R^2$ of 0.9 (Fig. 1e). The results demonstrate that when diagnosing

69    patient specimens, the reporter virus assay delivers neutralization results comparable to the

70    PRNT assay, the gold standard of serological testing.

71        Next, we evaluated the specificity of reporter neutralization assay using potentially cross-

72    reactive sera and interfering substances (Table 1). Two groups of specimens were tested for

73    cross reactivity. Group I included 138 clinical sera from patients with antigens or antibodies

74    against different viruses, bacteria, and parasites. Group II consisted of 19 samples with albumin,

75    elevated bilirubin, cholesterol, rheumatoid factor, and autoimmune nuclear antibodies. None of

4

Exhibit 4 - Page 42

bioRxiv preprint doi: https://doi.org/10.1101/2020.05.21.109546. this version posted May 22, 2020. The copyright holder for this preprint (which was not certified by peer review) is the author/funder. It is made available under a CC-BY-NC-ND 4.0 International license.

76    the specimens cross neutralized mNeonGreen SARS-CoV-2 (Table 1), including the four

77    common cold coronaviruses (NL63, 229E, OC43, and HUK1). The latter result is consistent with

78    the recent reports that sera from common cold coronavirus patients did not cross react with

79    SARS-CoV-2[5,9]. However, more specimens are required to further validate the cross reactivity,

80    particularly between SARS-CoV-2 and other human coronaviruses, including SARS-CoV-1 and

81    MERS-CoV.

82          In this study, we developed a rapid fluorescence-based high-throughput assay for

83    COVID-19 serodiagnosis. The reporter virus assay is superior to antigen/antibody binding

84    assays because it measures functional SARS-CoV-2 neutralizing activity in the specimens.

85    When diagnosing patient sera, the reporter virus assay generated $NT_{50}$ values comparable to

86    the conventional PRNT assay. Compared with the PRNT assay, our reporter neutralization test

87    has shortened the assay turnaround time by several days and increased the testing capacity to

88    high throughput. Previously, lentiviruses or vesicular stomatitis virus (VSV) pseudotyped with

89    SARS-CoV-2 spike protein have been reported for neutralization assays[10]. One weakness of the

90    spike pseudotyped assay is that it lacks the same composition of an actual virion, including the

91    SARS-CoV-2 M or E proteins. In addition, the spike protein conformation, either the trimer or

92    monomer, may be different in the pseudotypted virus as compared with the authentic SARS-

93    CoV-2 virion.

94          Since mNeonGreen SARS-CoV-2 is stable and replicates like wild-type virus, our

95    reporter neutralization assay provides an ideal model for high-throughput serological testing. As

96    the mNeonGreen SARS-CoV-2 grows to >$10^7$ PFU/ml in cell culture[8], the reporter virus can be

97    easily scaled up for testing large sample volumes. Besides mNeonGreen, we have begun to

98    develop other reporter SARS-CoV-2 (*e.g.*, luciferase or mCherry) that can also be used for such

99    serological testing. Although the current study performed the assay in a 96-well format, the

100    assay can be readily adapted to 384- and 1536-well formats. Despite the strengths of high

Exhibit 4 - Page 43

bioRxiv preprint doi: https://doi.org/10.1101/2020.05.21.109546. this version posted May 22, 2020. The copyright holder for this preprint (which was not certified by peer review) is the author/funder. It is made available under a CC-BY-NC-ND 4.0 International license.

101  throughput and reliability, the current reporter neutralization assay must be performed in

102  biosafety level 3 (BSL3) containment. Efforts are ongoing to engineer an attenuated version of

103  SARS-CoV-2 so that the assay could be performed at a BSL2 facility. Nevertheless, the

104  mNeonGreen reporter assay offers a rapid, high-throughput platform to test COVID-19 patient

105  sera not previously available.

106  Because neutralizing titer is a key parameter to predict immunity, the reporter

107  neutralization assay should be useful for high-throughput evaluation of COVID-19 vaccines and

108  for identification of high neutralizing convalescent plasma for therapy. Indeed, treatment of

109  severe COVID-19 patients with convalescent plasma shows clinical benefits[11]. For vaccine

110  development, a standardized neutralizing assay will facilitate down selection of various

111  candidates for clinical development. Furthermore, the reporter assay could be used over time to

112  monitor the waning of protective neutralizing titers in COVID-19 patients and to study the

113  correlates of protection from SARS-CoV-2. Thus, the ability to rapidly measure neutralizing

114  antibody levels in populations is essential for guiding policymakers to reopen the economy and

115  society, deploy healthcare workers, and prepare for SARS-CoV-2 reemergence.

116

117  **References**
118
119  1    Zhou, P. *et al.* A pneumonia outbreak associated with a new coronavirus of probable bat
120        origin. *Nature* **579**, 270-273, doi:10.1038/s41586-020-2012-7 (2020).
121  2    Zhu, N. *et al.* A Novel Coronavirus from Patients with Pneumonia in China, 2019. *N Engl
122        J Med* **382**, 727-733, doi:10.1056/NEJMoa2001017 (2020).
123  3    Huang, A. T. *et al.* A systematic review of antibody mediated immunity to coronaviruses:
124        antibody kinetics, correlates of protection, and association of antibody responses with
125        severity of disease. *medRiv* (2020).
126  4    Wolfel, R. *et al.* Virological assessment of hospitalized patients with COVID-2019.
127        *Nature*, doi:10.1038/s41586-020-2196-x (2020).
128  5    Amanat, F. *et al.* A serological assay to detect SARS-CoV-2 seroconversion in humans.
129        *Nat Med*, doi:10.1038/s41591-020-0913-5 (2020).
130  6    Perera, R. A. *et al.* Serological assays for severe acute respiratory syndrome
131        coronavirus 2 (SARS-CoV-2), March 2020. *Euro Surveill* **25**, doi:10.2807/1560-
132        7917.ES.2020.25.16.2000421 (2020).

Exhibit 4 - Page 44

bioRxiv preprint doi: https://doi.org/10.1101/2020.05.21.109546. this version posted May 22, 2020. The copyright holder for this preprint (which was not certified by peer review) is the author/funder. It is made available under a CC-BY-NC-ND 4.0 International license.

133    7      Okba, N. M. A. *et al.* Severe Acute Respiratory Syndrome Coronavirus 2-Specific
134            Antibody Responses in Coronavirus Disease 2019 Patients. *Emerg Infect Dis* **26**,
135            doi:10.3201/eid2607.200841 (2020).
136    8      Xie, X. *et al.* An infectious cDNA clone of SARS-CoV-2. *Cell Host Microbe*,
137            doi:10.1016/j.chom.2020.04.004 (2020).
138    9      Khan, S. *et al.* Analysis of Serologic Cross-Reactivity Between Common Human
139            Coronaviruses and SARS-CoV-2 Using Coronavirus Antigen Microarray. *bioRxiv* (2020).
140    10     Nie, J. *et al.* Establishment and validation of a pseudovirus neutralization assay for
141            SARS-CoV-2. *Emerg Microbes Infect* **9**, 680-686, doi:10.1080/22221751.2020.1743767
142            (2020).
143    11     Shen, C. *et al.* Treatment of 5 Critically Ill Patients With COVID-19 With Convalescent
144            Plasma. *JAMA*, doi:10.1001/jama.2020.4783 (2020).
145    12     Shan, C. *et al.* Evaluation of a Novel Reporter Virus Neutralization Test for Serological
146            Diagnosis of Zika and Dengue Virus Infection. *J Clin Microbiol* **55**, 3028-3036,
147            doi:10.1128/JCM.00975-17 (2017).
148    13     Shan, C. *et al.* A Rapid Zika Diagnostic Assay to Measure Neutralizing Antibodies in
149            Patients. *EBioMedicine* **17**, 157-162, doi:10.1016/j.ebiom.2017.03.006 (2017).
150

Exhibit 4 - Page 45

bioRxiv preprint doi: https://doi.org/10.1101/2020.05.21.109546. this version posted May 22, 2020. The copyright holder for this preprint (which was not certified by peer review) is the author/funder. All rights reserved. No reuse allowed without permission.



**Figure 1. A high-throughput neutralizing antibody assay for COVID-19 diagnosis.** (a) Assay flowchart. mNeonGreen SARS-CoV-2 was neutralized with COVID-19 patient sera. Vero E6 cells were infected with the reporter virus/serum mixture with an MOI of 0.5. The fluorescence of infected cells was quantified to estimate the $NT_{50}$ value for each serum. (b) Representative images of reporter virus-infected Vero E6 cells. Images for a positive neutralizing serum (top panel) and no serum control (bottom panel) are presented. (c) Neutralization curves. Representative neutralization curves are presented for three positive sera and one negative sera. (d) Summary of $NT_{50}$ values of fifty patient sera. The $NT_{50}$ values from both reporter virus and conventional PRNT assays are presented. (e) Correlation analysis of

Exhibit 4 - Page 46

bioRxiv preprint doi: https://doi.org/10.1101/2020.05.21.109546. this version posted May 22, 2020. The copyright holder for this preprint (which was not certified by peer review) is the author/funder. It is made available under a CC-BY-NC-ND 4.0 International license.

161   NT$_{50}$ values between the reporter virus and PRNT assays. The correlation efficiency $R^2$ is

162   indicated.

9

Exhibit 4 - Page 47

bioRxiv preprint doi: https://doi.org/10.1101/2020.05.21.109546. this version posted May 22, 2020. The copyright holder for this preprint (which was not certified by peer review) is the author/funder. It is made available under a CC-BY-NC-ND 4.0 International license.

163 **Table 1. Cross reactivity of mNeonGreen SARS-CoV-2 neutralization assay**
164

| *Immune sera and #interfering substances | Sample number | Cross reactivity |
|---|---|---|
| Anti-Chikungunya virus | 4 | 0 |
| *Cryptococcus neoformans* antigen | 2 | 0 |
| Anti-Cytomegalovirus | 8 | 0 |
| Anti-Dengue virus | 5 | 0 |
| Anti-Epstein Barr Virus: capsid or nuclear antigen | 8 | 0 |
| Anti-Hepatitis A virus | 5 | 0 |
| Anti-Hepatitis B virus: surface antigen | 14 | 0 |
| Anti-Hepatitis C virus | 3 | 0 |
| Anti-Herpes simplex virus 1 | 7 | 0 |
| Anti-Herpes simplex virus 2 | 5 | 0 |
| Human coronavirus 229E | 1 | 0 |
| Human coronavirus HKU1 | 3 | 0 |
| Human coronavirus NL63 | 1 | 0 |
| Human coronavirus OC43 | 4 | 0 |
| Anti-Human immunodeficiency virus 1 | 7 | 0 |
| Human rhinovirus | 3 | 0 |
| Influenza B virus | 2 | 0 |
| Anti-Measles virus | 7 | 0 |
| Anti-Mumps virus | 5 | 0 |
| Parainfluenza virus 2 | 1 | 0 |
| Parainfluenza virus 4 | 1 | 0 |
| Anti-Parvovirus B19 | 4 | 0 |
| Anti-Rubella virus | 9 | 0 |
| Anti-Syphilis | 4 | 0 |
| Anti-Toxoplasma | 2 | 0 |
| Anti-Typhus Fever | 1 | 0 |
| Varicella zoster virus | 13 | 0 |
| West Nile Virus | 3 | 0 |
| Anti-Yellow fever virus: vaccination | 2 | 0 |
| Anti-Zika virus | 4 | 0 |
| #Albumin (4.5 g/dL) | 3 | 0 |
| #Elevated bilirubin conjugated (>0.4 mg/dL) | 3 | 0 |
| #Elevated bilirubin unconjugated (>0.8 mg/dL) | 3 | 0 |
| #Elevated cholesterol (>200 mg/dL) | 3 | 0 |
| #Elevated rheumatoid factor (>100 IU/mL) | 3 | 0 |
| #Nuclear antibodies | 4 | 0 |

165
166 *A total of 138 sera with antigens or antibodies against different infections (or immunizations)
167 were tested against mNeonGreen SARS-CoV-2 neutralization assay. The immune sera are
168 listed in alphabetical order.
169 #Tested interfering substances and autoimmune disease nuclear antibodies.

Exhibit 4 - Page 48

bioRxiv preprint doi: https://doi.org/10.1101/2020.05.21.109546. this version posted May 22, 2020. The copyright holder for this preprint (which was not certified by peer review) is the author/funder. It is made available under a CC-BY-NC-ND 4.0 International license.

## Methods

170

171    **mNeonGreen SARS-CoV-2.** The virus stock of mNeonGreen SARS-CoV-2 was

172    produced using an infectious cDNA clone of SARS-CoV-2 in which the ORF7 of the viral

173    genome was replaced with reporter mNeonGreen gene[8]. After rescued from the genome-length

174    viral RNA-electroporated cells, the viral stock was prepared by amplifying the mNeonGreen

175    SARS-CoV-2 on Vero E6 cells for one or two rounds. The titer of the virus stock was determined

176    by a standard plaque assay.

177    **Human sera and interfering substances.** All suman serum specimens were obtained

178    at the University of Texas Medical Branch (UTMB). All specimens were de-identified from

179    patient information. A total of forty de-identified convalescent sera from COVID-19 patients

180    (confirmed with viral RT-PCR positive) were tested in this study. Ten non-COVID-19 sera,

181    collected before COVID-19 emergence[12,13], were also tested in the reporter virus and PRNT

182    assays. For testing cross reactivity, a total of 138 de-identified specimens from patients with

183    antigens or antibodies against different viruses, bacteria, and parasites were tested in the

184    mNeonGreen SARS-COV-2 neutralization assay (Table 1). For testing interfering substances,

185    nineteen de-identified serum specimens with albumin, elevated bilirubin, cholesterol, rheumatoid

186    factor, and autoimmune nuclear antibodies were tested in the reporter neutralization assay. All

187    human sera were heat-inactivated at 56°C for 30 min before testing.

188    **mNeonGreen SARS-CoV-2 reporter neutralization assay.** Vero E6 cells ($1.2 \times 10^4$) in

189    50 µl of DMEM (Gibco) containing 2% FBS (Hyclone) and 100 U/ml Penicillium-Streptomycin

190    (P/S; Gibco) were seeded in each well of black µCLEAR flat-bottom 96-well plate (Greiner Bio-

191    one™). The cells were incubated overnight at 37°C with 5% $CO_2$. On the following day, each

192    serum was 2-fold serially diluted in 2% FBS and 100 U/ml P/S DMEM, and incubated with

193    mNeonGreen SARS-CoV-2 at 37°C for 1 h. The virus-serum mixture was transferred to the

194    Vero E6 cell plate with the final multiplicity of infection (MOI) of 0.5. For each serum, the starting

195    dilution was 1/20 with nine 2-fold dilutions to the final dilution of 1/5120. After incubating the

11

Exhibit 4 - Page 49

bioRxiv preprint doi: https://doi.org/10.1101/2020.05.21.109546. this version posted May 22, 2020. The copyright holder for this preprint (which was not certified by peer review) is the author/funder. All rights reserved. No reuse allowed without permission.

196    infected cells at 37℃ for 16 h, 25 µl of Hoechst 33342 Solution (400-fold diluted in Hank's

197    Balanced Salt Solution; Gibco) were added to each well to stain cell nucleus. The plate was

198    sealed with Breath-Easy sealing membrane (Diversified Biotech), incubated at 37℃ for 20 min,

199    and quantified for mNeonGreen fluorescence on Cytation$^{TM}$ 7 (BioTek). The raw images (2×2

200    montage) were acquired using 4× objective, processed, and stitched using the default setting.

201    The total cells (indicated by nucleus staining) and mNeonGreen-positive cells were quantified

202    for each well. Infection rates were determined by dividing the mNeonGreen-positive cell number

203    to total cell number. Relative infection rates were obtained by normalizing the infection rates of

204    serum-treated groups to those of non-serum-treated controls. The curves of the relative

205    infection rates versus the serum dilutions (log10 values) were plotted using Prism 8 (GraphPad).

206    A nonlinear regression method was used to determine the dilution fold that neutralized 50% of

207    mNeonGreen fluorescence ($NT_{50}$). Each serum was tested in duplicates. All mNeonGreen

208    SARS-CoV-2 reporter neutralization assay was performed at the BSL-3 facility at UTMB.

209    **Plaque reduction neutralization test (PRNT)**. Vero E6 cells ($1.2×10^6$ per well) were

210    seeded to 6-well plates. On the following day, 100 PFU of infectious clone-derived wild-type

211    SARS-CoV-2 was incubated with serially diluted serum (total volume of 200 µl) at 37℃ for 1 h.

212    The virus-serum mixture was added to the pre-seeded Vero E6 cells. After 1 h 37℃ incubation,

213    2 ml of 2% high gel temperature agar (SeaKem) in DMEM containing 5% FBS and 1% P/S was

214    added to the infected cells. After 2 days of incubation, 2 ml neutral red (1 g/l in PBS; Sigma)

215    was added to the agar-covered cells. After another 5-h incubation, neutral red was removed.

216    Plaques were counted for $NT_{50}$ calculation. Each serum was tested in duplicates. The PRNT

217    assay was performed at the BSL-3 facility at UTMB.

218    **Statistical analysis.** The correlation of the $NT_{50}$ values from mNeonGreen reporter

219    SARS-CoV-2 assay and the $PRNT_{50}$ values from plaque neutralization assay was analyzed

220    using a linear regression model in the software Prism 8 (GraphPad).

Exhibit 4 - Page 50

bioRxiv preprint doi: https://doi.org/10.1101/2020.05.21.109546. this version posted May 22, 2020. The copyright holder for this preprint (which was not certified by peer review) is the author/funder. All rights reserved. No reuse allowed without permission.

221

**Data availability**

223     The results presented in the study are available upon request from the corresponding
224     authors. The mNeonGreen reporter SARS-CoV-2 has been deposited to the World Reference
225     Center for Emerging Viruses and Arboviruses (https://www.utmb.edu/wrceva) at UTMB for
226     distribution.

227

**Acknowledgements**

229     We thank colleagues at UTMB for helpful discussion during the course of this project.
230     P.-Y.S. was supported by NIH grants AI142759, AI134907, AI145617, and UL1TR001439, and
231     awards from the Sealy & Smith Foundation, Kleberg Foundation, John S. Dunn Foundation,
232     Amon G. Carter Foundation, Gilson Longenbaugh Foundation, and Summerfield Robert
233     Foundation. M.A.G.-B. was supported by NIH grant CA204806 and the Vacek Distinguished
234     Chair. V.D.M. was supported by NIH grants U19AI100625, R00AG049092, R24AI120942, and
235     STARs Award from the University of Texas System. A.E.M. is supported by a Clinical and
236     Translational Science Award NRSA (TL1) Training Core (TL1TR001440) from NIH. C.R.F.-G. is
237     supported by the predoctoral fellowship from the McLaughlin Fellowship Endowment at
238     UTMB.

239

**Author contributions**

241     P.R., M.A.G.-B., V.D.M., X.X., and P.-Y.S conceived the study. A.E.M. and C.R.F.-G.
242     performed the experiments and analyzed the results. P.R. prepared the serum specimens.
243     M.A.G.-B., V.D.M., X.X., and P.-Y.S wrote the manuscript.

244

13

Exhibit 4 - Page 51

bioRxiv preprint doi: https://doi.org/10.1101/2020.05.21.109546. this version posted May 22, 2020. The copyright holder for this preprint (which was not certified by peer review) is the author/funder. It is made available under a CC-BY-NC-ND 4.0 International license.

245    **Competing interests**

246        UTMB has filed a patent on the reverse genetic system and reporter SARS-CoV-2.

Exhibit 4 - Page 52

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
**Washington, D.C. 20549**

# FORM 6-K

**REPORT OF FOREIGN PRIVATE ISSUER PURSUANT TO RULE 13a-16 OR 15d-16 UNDER THE SECURITIES EXCHANGE ACT OF 1934**

**FOR THE MONTH OF JULY 2020**
**COMMISSION FILE NUMBER 001-39081**

# BioNTech SE

(Translation of registrant's name into English)

**An der Goldgrube 12 D-**
**55131 Mainz Germany**
**+49 6131-9084-0**
(Address of principal executive offices)

Indicate by check mark whether the registrant files or will file annual reports under cover Form 20-F or Form 40-F: Form 20-F ☒ Form 40-F ☐

Indicate by check mark if the registrant is submitting the Form 6-K in paper as permitted by Regulation S-T Rule 101(b)(1): ☐

Indicate by check mark if the registrant is submitting the Form 6-K in paper as permitted by Regulation S-T Rule 101(b)(7): ☐

---

Exhibit 5 - Page 53

DOCUMENTS INCLUDED AS PART OF THIS FORM 6-K

On July 1, 2020, BioNTech SE (the "Company") issued a press release, announcing data from an ongoing Phase 1/2 study of mRNA-based vaccine candidate against SARS-CoV-2. The manuscript describing the preliminary data is now available on a preprint server. The press release is attached hereto as Exhibit 99.1, and the manuscript is attached hereto as Exhibit 99.2.

Exhibit 5 - Page 54

**SIGNATURE**

Pursuant to the requirements of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned, thereunto duly authorized.

**BioNTech SE**

By:  <u>/s/ Dr. Sierk Poetting</u>
Name: Dr. Sierk Poetting
Title: Chief Financial Officer

Date: July 1, 2020

Exhibit 5 - Page 55

**EXHIBIT INDEX**

| Exhibit | Description of Exhibit |
|---------|----------------------|
| 99.1 | Press Release dated July 1, 2020 - Pfizer and BioNTech Announce Early Positive Data from an Ongoing Phase 1/2 Study of mRNA-based Vaccine Candidate Against SARS-CoV-2. |
| 99.2 | Phase 1/2 Study to Describe the Safety and Immunogenicity of a COVID-19 RNA Vaccine Candidate (BNT162b1) in Adults 18 to 55 Years of Age: Interim Report. |

Exhibit 5 - Page 56

**Exhibit 99.1**

 

# Pfizer and BioNTech Announce Early Positive Data from an Ongoing Phase 1/2 Study of mRNA-based Vaccine Candidate Against SARS-CoV-2

- *In an ongoing U.S. Phase 1/2 placebo-controlled, observer-blinded clinical trial, nucleoside-modified messenger RNA vaccine candidate (BNT162b1) expressing the SARS-CoV-2 receptor binding domain (RBD) is being evaluated in 45 subjects*

- *At day 28 (7 days after dose 2), all subjects who received 10 μg or 30 μg of BNT162b1 had significantly elevated RBD-binding IgG antibodies with geometric mean concentrations (GMCs) of 4,813 units/ml and 27,872 units/ml which are 8- and 46.3-times, respectively, the GMC of 602 units/ml in a panel of 38 sera of convalescent patients who had contracted SARS-CoV-2*

- *At day 28 (7 days after dose 2), all subjects who received 10 μg or 30 μg of BNT162b1 had SARS-CoV-2 neutralizing antibodies with geometric mean titers (GMTs) of 168 and 267, which are 1.8- and 2.8-times, respectively, the GMT of the convalescent serum panel*

- *Local reactions and systemic events after immunization with 10 μg and 30 μg of BNT162b1 were dose-dependent, generally mild to moderate, and transient. No serious adverse events were reported*

- *Further data from the ongoing Phase 1/2 clinical trial of four vaccine candidates will enable selection of a lead candidate and dose level for a large, global Phase 2b/3 safety and efficacy study that may begin as early as July 2020*

- *Efforts to manufacture the leading candidates, at risk, are gearing up. In case the safety and efficacy study is successful, and the vaccine receives regulatory approval, the companies are expecting to manufacture up to 100 million doses by the end of 2020 and potentially more than 1.2 billion doses by the end of 2021*

**NEW YORK, USA, and Mainz, GERMANY, July 1, 2020** — Pfizer Inc. (NYSE: PFE) and BioNTech SE (Nasdaq: BNTX, "BioNTech" or "the Company") today announced preliminary U.S. data from the most advanced of four investigational vaccine candidates from their BNT162 mRNA-based vaccine program, Project Lightspeed, against SARS-CoV-2, the virus causing the current global pandemic. The BNT162 program is evaluating at least four experimental vaccines, each of which represents a unique combination of mRNA format and target antigen. The manuscript describing the preliminary clinical data for the nucleoside-modified messenger RNA (modRNA) candidate, BNT162b1, which encodes an optimized SARS-CoV-2 receptor binding domain (RBD) antigen, is available on an online preprint server at www.medrxiv.org and is concurrently undergoing scientific peer-review for potential publication. Overall, the preliminary data demonstrated that BNT162b1 could be administered in a dose that was well tolerated and generated dose dependent immunogenicity, as measured by RBD-binding IgG concentrations and SARS-CoV-2 neutralizing antibody titers.

"We are encouraged by the clinical data of BNT162b1, one of four mRNA constructs we are evaluating clinically, and for which we have positive, preliminary, topline findings," said **Kathrin U. Jansen, Ph.D., Senior Vice President and Head of Vaccine Research & Development, Pfizer.** "We are dedicated to develop potentially groundbreaking vaccines and medicines, and in the face of this global health crisis, we approach this goal with the utmost urgency. We look forward to publishing our clinical data in a peer-reviewed journal as quickly as possible."

Exhibit 5 - Page 57

"These preliminary data are encouraging, showing that BNT162b1 which exploits RBD SARS-CoV-2 as a target antigen is able to produce neutralizing antibody responses in humans at or above the levels observed in convalescent serum and that it does so at relatively low dose levels. We look forward to providing further data updates on BNT162b1," said **Ugur Sahin, M.D., CEO and Co-founder of BioNTech.**

The ongoing U.S. Phase 1/2 randomized, placebo-controlled, observer-blinded study is evaluating the safety, tolerability, and immunogenicity of BNT162b1. The initial part of the study included 45 healthy adults 18 to 55 years of age. Preliminary data for BNT162b1 was evaluated for 24 subjects who received two injections of 10 µg and 30 µg, 12 subjects who received a single injection of 100 µg, and 9 subjects who received 2 doses of placebo control.

The participants received two doses, 21 days apart, of placebo, 10 µg or 30 µg of BNT162b1, or received a single dose of 100 µg of the vaccine candidate. Because of a strong vaccine booster effect, the highest neutralizing titers were observed seven days after the second dose of 10 µg or 30 µg on day 28 after vaccination. The neutralizing GMTs were 168 and 267 for the 10 µg and 30 µg dose levels, respectively, corresponding to 1.8- and 2.8-times the neutralizing GMT of 94 observed in a panel of 38 sera from subjects who had contracted SARS-CoV-2.

In all 24 subjects who received 2 vaccinations at 10 µg and 30 µg dose levels of BNT162b1, elevation of RBD-binding IgG concentrations was observed after the second injection with respective GMCs of 4,813 units/ml and 27,872 units/ml at day 28, seven days after immunization. These concentrations are 8- and 46.3-times the GMC of 602 units/ml in a panel of 38 sera from subjects who had contracted SARS-CoV-2.

At day 21 after a single injection, the 12 subjects who received 100 µg of BNT162b1 had an RBD-binding IgG GMC of 1,778 units/ml and a SARS-CoV neutralizing GMT of 33, which are 3-times and 0.35-times, respectively, the GMC and GMT of the convalescent serum panel.

At the 10 µg or 30 µg dose levels, adverse reactions, including low grade fever, were more common after the second dose than the first dose. Following dose 2, 8.3% of participants who received 10 µg and 75.0% of participants who received 30 µg BNT162b1 reported fever ≥ 38.0 °C. Local reactions and systemic events after injection with 10 µg and 30 µg of BNT162b1 were dose-dependent, generally mild to moderate, and transient. The most commonly reported local reaction was injection site pain, which was mild to moderate, except in one of 12 subjects who received a 100 µg dose, which was severe. No serious adverse events were reported. Given higher numbers of subjects experiencing local reactions and systemic events after a single 100 µg dose with no significant increases in immunogenicity compared to the 30 µg dose level, the 12 participants in the 100 µg group were not administered a second dose.

These preliminary data, together with additional preclinical and clinical data being generated, will be used by the two companies to determine a dose level and select among multiple vaccine candidates to seek to progress to a large, global Phase 2b/3 safety and efficacy trial. That trial may involve up to 30,000 healthy participants and is anticipated to begin in late July 2020, if regulatory approval to proceed is received. The preliminary clinical data from this ongoing study has been submitted for potential publication in a peer-reviewed journal and is available on an online preprint manuscript server.

The BNT162b1 candidate remains under clinical study and is not currently approved for distribution anywhere in the world. If the ongoing studies are successful and the vaccine candidate receives regulatory approval, the companies expect to manufacture up to 100 million doses by the end of 2020 and potentially more than 1.2 billion doses by the end of 2021. In that event, BioNTech and Pfizer would work jointly to distribute the potential COVID-19 vaccine worldwide (excluding China, where BioNTech has a collaboration with Fosun Pharma for BNT162 for both clinical development and commercialization). The development of the vaccine is also supported by partners like Acuitas Therapeutics. The Canadian company provides lipid nanoparticles (LNP) for the formulation of various mRNA vaccines.

2

Exhibit 5 - Page 58

**Pfizer Conference Call and Webcast Information**
To view and listen to the webcast, visit our web site at www.pfizer.com/investors. Participants are advised to preregister in advance of the conference call.

You can also listen to the conference call by dialing either (866) 669-8582 in the United States and Canada or (702) 495-1304 outside of the United States and Canada. The password is "PFIZER 2020".

**BioNTech Conference Call and Webcast Information**
BioNTech SE will host a conference call to review the Phase 1/2 clinical results for BNT162. Details for the call will be available shortly. Please check on https://investors.biontech.de/investors-media for exact timing of the call.

To participate in the conference call, please dial the following numbers 10-15 minutes prior to the start of the call and provide the Conference ID: 7176269.

| | |
|---|---|
| United States international: | +1 646 741 3167 |
| United States domestic (toll-free): | +1 877 870 9135 |
| Germany: | +49 692 2222 625 |

Participants may also access the slides and the webcast of the conference call via the "Events & Presentations" page of the Investor Relations section of the Company's website at https://biontech.de/. A replay of the webcast will be available shortly after the conclusion of the call and archived on the Company's website for 30 days following the call.

**About Pfizer: Breakthroughs That Change Patients' Lives**
At Pfizer, we apply science and our global resources to bring therapies to people that extend and significantly improve their lives. We strive to set the standard for quality, safety and value in the discovery, development and manufacture of health care products, including innovative medicines and vaccines. Every day, Pfizer colleagues work across developed and emerging markets to advance wellness, prevention, treatments and cures that challenge the most feared diseases of our time. Consistent with our responsibility as one of the world's premier innovative biopharmaceutical companies, we collaborate with health care providers, governments and local communities to support and expand access to reliable, affordable health care around the world. For more than 150 years, we have worked to make a difference for all who rely on us. We routinely post information that may be important to investors on our website at www.Pfizer.com. In addition, to learn more, please visit us on www.Pfizer.com and follow us on Twitter at @Pfizer and @Pfizer News, LinkedIn, YouTube and like us on Facebook at Facebook.com/Pfizer.

**Pfizer Disclosure Notice**
The information contained in this release is as of July 1, 2020. Pfizer assumes no obligation to update information or forward-looking statements contained in this release as the result of new information or future events or developments.

3

Exhibit 5 - Page 59

This release contains forward-looking information about Pfizer's efforts to combat COVID-19, the BNT162 mRNA vaccine program, and a collaboration between BioNTech and Pfizer to develop a potential COVID-19 vaccine, including their potential benefits, and anticipated publication of data and the expected timing of clinical trials, that involves substantial risks and uncertainties that could cause actual results to differ materially from those expressed or implied by such statements. Risks and uncertainties include, among other things, the uncertainties inherent in research and development, including the ability to meet anticipated clinical endpoints, commencement and/or completion dates for clinical trials, regulatory submission dates, regulatory approval dates and/or launch dates, as well as the possibility of unfavorable new preclinical or clinical trial data and further analyses of existing preclinical or clinical trial data; risks associated with preliminary data; the risk that clinical trial data are subject to differing interpretations and assessments, including during the peer review/publication process, in the scientific community generally, and by regulatory authorities; whether the scientific journal publications referenced above will occur and, if so, when and with what modifications; whether regulatory authorities will be satisfied with the design of and results from these and future preclinical and clinical studies; whether and when any biologics license applications may be filed in any jurisdictions for any potential vaccine candidates under the collaboration; whether and when any such applications may be approved by regulatory authorities, which will depend on myriad factors, including making a determination as to whether the product's benefits outweigh its known risks and determination of the product's efficacy and, if approved, whether any such vaccine candidates will be commercially successful; decisions by regulatory authorities impacting labeling, manufacturing processes, safety and/or other matters that could affect the availability or commercial potential of any such vaccine candidates, including development of products or therapies by other companies; manufacturing capabilities or capacity; including whether the estimated numbers of doses can be manufactured within the projected time periods indicated; uncertainties regarding the ability to obtain recommendations from vaccine technical committees and other public health authorities regarding any such vaccine candidates and uncertainties regarding the commercial impact of any such recommendations; and competitive developments.

A further description of risks and uncertainties can be found in Pfizer's Annual Report on Form 10-K for the fiscal year ended December 31, 2019 and in its subsequent reports on Form 10-Q, including in the sections thereof captioned "Risk Factors" and "Forward-Looking Information and Factors That May Affect Future Results," as well as in its subsequent reports on Form 8-K, all of which are filed with the U.S. Securities and Exchange Commission and available at www.sec.gov and www.pfizer.com.

**About BioNTech**
Biopharmaceutical New Technologies is a next generation immunotherapy company pioneering novel therapies for cancer and other serious diseases. The Company exploits a wide array of computational discovery and therapeutic drug platforms for the rapid development of novel biopharmaceuticals. Its broad portfolio of oncology product candidates includes individualized and off-the-shelf mRNA-based therapies, innovative chimeric antigen receptor T cells, bi-specific checkpoint immuno-modulators, targeted cancer antibodies and small molecules. Based on its deep expertise in mRNA vaccine development and in-house manufacturing capabilities, BioNTech and its collaborators are developing multiple mRNA vaccine candidates for a range of infectious diseases alongside its diverse oncology pipeline. BioNTech has established a broad set of relationships with multiple global pharmaceutical collaborators, including Genmab, Sanofi, Bayer Animal Health, Genentech, a member of the Roche Group, Genevant, Fosun Pharma, and Pfizer. For more information, please visit www.BioNTech.de.

4

Exhibit 5 - Page 60

**BioNTech Forward-looking statements**

This press release contains "forward-looking statements" of BioNTech within the meaning of the Private Securities Litigation Reform Act of 1995. These forward-looking statements may include, but may not be limited to, statements concerning: BioNTech's efforts to combat COVID-19; the timing to initiate clinical trials of BNT162 and anticipated publication of data from these clinical trials; collaborations between BioNTech and Pfizer, and BioNTech and Fosun Pharma, to develop a potential COVID-19 vaccine; the nature of the clinical data, which is subject to ongoing peer review, regulatory review and market interpretation; and the ability of BioNTech to supply the quantities of BNT162 to support clinical development and, if approved, market demand. Any forward-looking statements in this press release are based on BioNTech current expectations and beliefs of future events, and are subject to a number of risks and uncertainties that could cause actual results to differ materially and adversely from those set forth in or implied by such forward-looking statements. These risks and uncertainties include, but are not limited to: competition to create a vaccine for Covid-19 and potential difficulties. For a discussion of these and other risks and uncertainties, see BioNTech's Annual Report on Form 20-F filed with the SEC on March 31, 2020, which is available on the SEC's website at www.sec.gov. All information in this press release is as of the date of the release, and BioNTech undertakes no duty to update this information unless required by law.

**Pfizer Media Relations**
Amy Rose
+1 (212) 733-7410
Amy.Rose@pfizer.com

**Pfizer Investor Relations**
Chuck Triano
+1 (212) 733-3901
Charles.E.Triano@Pfizer.com

**BioNTech Media Relations**
Jasmina Alatovic
+49 (0)6131 9084 1513 or +49 (0)151 1978 1385
Media@biontech.de

**BioNTech Investor Relations**
Sylke Maas, Ph.D.
+49 (0)6131 9084 1074
Investors@biontech.de

5

Exhibit 5 - Page 61

**Phase 1/2 Study to Describe the Safety and Immunogenicity of a COVID-19 RNA Vaccine Candidate (BNT162b1) in Adults 18 to 55 Years of Age: Interim Report**

Mark J. Mulligan[1]*, Kirsten E. Lyke[2]*, Nicholas Kitchin*[3,a], Judith Absalon[3,b], Alejandra Gurtman[3,b], Stephen Lockhart[3,a], Kathleen Neuzil[2], Vanessa Raabe[1], Ruth Bailey[3,a], Kena A. Swanson[3,b], Ping Li[3,c], Kenneth Koury[3,b], Warren Kalina[3,b], David Cooper[3,b], Camila Fontes-Garfias[6], Pei-Yong Shi[6], Özlem Türeci[7], Kristin R. Tompkins[3,b], Edward E. Walsh[4], Robert Frenck[5], Ann R. Falsey[4], Philip R. Dormitzer[3,b], William C. Gruber[3,b], Uğur Şahin[7], and Kathrin U. Jansen[3,b]

*contributed equally

[1]New York University Langone Vaccine Center and New York University Grossman School of Medicine, New York, NY. [2]University of Maryland School of Medicine, Center for Vaccine Development and Global Health, Baltimore, MD. [3]Vaccine Research and Development, Pfizer, [a]Hurley, UK, [b]Pearl River, NY, [c]Collegeville, P.A, [4]University of Rochester and Rochester General Hospital, Rochester, NY. [5]Cincinnati Children's Hospital, Cincinnati, OH. [6]University of Texas Medical Branch, Galveston, TX. [7]BioNTech, Mainz, Germany.

**Abstract**

In March 2020, the WHO declared a pandemic of coronavirus disease 2019 (COVID-19), due to severe acute respiratory syndrome coronavirus 2 (SARS-CoV-2).[1] With >8.8 million cases and >450,000 deaths reported globally, a vaccine is urgently needed. We report the available safety, tolerability, and immunogenicity data from an ongoing placebo-controlled, observer-blinded dose escalation study among healthy adults, 18-55 years of age, randomized to receive 2 doses, separated by 21 days, of 10 µg, 30 µg, or 100 µg of BNT162b1, a lipid nanoparticle-formulated, nucleoside-modified, mRNA vaccine that encodes trimerized SARS-CoV-2 spike glycoprotein RBD. Local reactions and systemic events were dose-dependent, generally mild to moderate, and transient. RBD-binding IgG concentrations and SARS-CoV-2 neutralizing titers in sera increased with dose level and after a second dose. Geometric mean neutralizing titers reached 1.8- to 2.8-fold that of a panel of COVID-19 convalescent human sera. These results support further evaluation of this mRNA vaccine candidate.

**Main**

In December 2019, a pneumonia outbreak of unknown cause occurred in Wuhan, China. By January 2020, a novel coronavirus was identified as the etiologic agent. Within a month, the genetic sequence of the virus became available (MN908947.3). SARS-CoV-2 infections and the resulting disease, COVID-19, has spread globally. On 11 March 2020, the World Health Organization (WHO) declared the COVID-19 outbreak a pandemic. To date, the United States has reported the most cases globally.[2] No vaccines are available to prevent SARS-CoV-2 infection or COVID-19 disease.

Exhibit 5 - Page 62

The RNA vaccine platform has enabled rapid vaccine development in response to this pandemic. RNA vaccines provide flexibility in the design and expression of vaccine antigens that can mimic antigen structure and expression during natural infection. RNA is required for protein synthesis, does not integrate into the genome, is transiently expressed, and is metabolized and eliminated by the body's natural mechanisms and, therefore, is considered safe.[3,4,5,6] RNA-based prophylactic infectious disease vaccines and RNA therapeutics have been shown to be safe and well-tolerated in clinical trials. In general, vaccination with RNA elicits a robust innate immune response. RNA directs expression of the vaccine antigen in host cells and has intrinsic adjuvant effects.[7] A strength of the RNA vaccine manufacturing platform, irrespective of the encoded pathogen antigen, is the ability to rapidly produce large quantities of vaccine doses against a new pathogen.[8,9]

Vaccine RNA can be modified by incorporating 1-methyl-pseudouridine which dampens innate immune sensing and increases mRNA translation *in vivo*.[10, 10] The BNT162b1 vaccine candidate now being studied clinically incorporates such nucleoside modified RNA (modRNA) and encodes the receptor binding domain (RBD) of the SARS-CoV-2 spike protein, a key target of virus neutralizing antibodies.[11] The RBD antigen expressed by BNT162b1 is modified by the addition of a T4 fibritin-derived "foldon" trimerization domain to increase its immunogenicity[12] by multivalent display.[13] The vaccine RNA is formulated in lipid nanoparticles (LNPs) for more efficient delivery into cells after intramuscular injection.[14] BNT162b1 is one of several RNA- based SARS-CoV-2 vaccine candidates being studied in parallel to select the candidate to advance to a safety and efficacy trial. Here, we present available data, through 14 days after a second dose in adults 18-55 years of age, from an ongoing Phase 1/2 vaccine study with BNT162b1, which is also being assessed in adults 65 to 85 years of age (ClinicalTrials.gov identifier: NCT04368728).

### Available Results

### Study Design and Demographics

Between 04 May 2020 and 19 June 2020, 76 subjects were screened, and 45 participants were randomized and vaccinated. Twelve participants per dose level (10 µg and 30 µg), were vaccinated with BNT162b1 on Days 1 and 21 and 12 participants received a 100 µg dose on Day 1. Nine participants received placebo (Figure 1). The study population consisted of healthy male and nonpregnant female participants with a mean age of 35.4 years (range 19 to 54 years); 51.1% were male and 48.9% were female. Most participants were white (82.2%) and non-Hispanic/non-Latino (93.3%) (Extended Data Table 1).

### Safety and Tolerability

In the 7 days following either Dose 1 or 2, pain at the injection site was the most frequent prompted local reaction, reported after Dose 1 by 58.3% (7/12) in the 10 µg, 100.0% (12/12 each) in the 30 µg and 100 µg BNT162b1 groups, and by 22.2% (2/9) of placebo recipients. After Dose 2, pain was reported by 83.3% and 100.0% of BNT162b1 recipients at the 10 µg and 30 µg dose levels, respectively, and by 16.7 % of placebo recipients. All local reactions

Exhibit 5 - Page 63

were mild or moderate in severity except for one report of severe pain following Dose 1 of 100 µg BNT162b1 (Figure 2).

The most common systemic events reported in the 7 days after each vaccination in both BNT162b1 and placebo recipients were mild to moderate fatigue and headache. Reports of fatigue and headache were more common in the BNT162b1 groups compared to placebo. Additionally, chills, muscle pain, and joint pain were reported among BNT162b1 recipients and not in placebo recipients. Systemic events increased with dose level and were reported in a greater number of subjects after the second dose (10 µg and 30 µg groups). Following Dose 1, fever (defined as ≥38.0 °C) was reported by 8.3% (1/12) of participants each in the 10 µg and 30 µg groups and in 50.0% (6/12) of BNT162b1 recipients in the 100 µg group.  Based on the reactogenicity reported after the first dose of 100 µg, and the second dose of 30 µg, participants who received an initial 100 µg dose did not receive a second 100 µg dose. Following Dose 2, 8.3% (1/12) of participants in the 10 µg group and 75.0% (9/12) of participants in the 30 µg group reported fever ≥38.0 °C. Fevers generally resolved within 1 day of onset. No Grade 4 systemic events or fever were reported. (Figures 3a & 3b). Most local reactions and systemic events peaked by Day 2 after vaccination and resolved by Day 7.

Adverse events (Extended Data Table 1) were reported by 50.0% (6/12) of participants who received either 10 µg or 30 µg of BNT162b1, by 58.3% (7/12) of those who received 100 µg of BNT162b1, and by 11.1% (1/9) of placebo recipients. Two participants reported a severe adverse event:  Grade 3 pyrexia 2 days after vaccination in the 30 µg group, and sleep disturbance 1 day after vaccination in the 100 µg group. Related AEs were reported by 25% (3/12 in the 10 µg groups) to 50% (6/12 each in 30 µg and 100 µg groups) of BNT162b1 recipients and by 11.1% (1/9) of placebo recipients.  No serious adverse events were reported.

No Grade 1 or greater change in routine clinical laboratory values or laboratory abnormalities were observed for most subjects after either of the BNT162b1 vaccinations.  Of those with laboratory changes, the most changes were decreases in lymphocyte count after Dose 1 in 8.3% (1/12), 45.5% (5/11), and 50.0% (6/12) of 10 µg, 30 µg, or 100 µg, recipients respectively, of BNT162b1. One participant each in the 10 µg group (8.3% [1/12]) and 30 µg group (9.1% [1/11]) dose levels and 4 participants at the 100 µg group (33.3% [4/12]) had Grade 3 decreases in lymphocytes.  These post Dose 1 decreases in lymphocyte count, were transient and returned to normal 6-8 days after vaccination (Extended Data Figure 1). In addition, Grade 2 neutropenia was noted 6-8 days after the second dose of 10 µg or 30 µg BNT162b1, in 1 participant each. These two subjects continue to be followed in the study and no adverse events or clinical manifestation of neutropenia have been reported to date. None of the postvaccination abnormalities observed were associated with clinical findings.

### Immunogenicity

RBD-binding IgG concentrations and SARS-CoV-2 neutralizing titers were assessed at baseline and at 7 and 21 days after the first dose and 7 (Day 28) and 14 days (Day 35) after the second dose of BNT162b1 (Figure 4a). By 21 days after the first dose (for all three dose levels), geometric mean concentrations (GMCs) of RBD-binding IgG were 534-1,778 U/mL. In comparison, a panel of 38 SARS-CoV-2 infection/COVID-19 convalescent sera drawn at least 14 days after PCR-confirmed diagnosis from patients 18-83 years of age had an RBD-

Exhibit 5 - Page 64

binding IgG GMC of 602 U/mL. By 7 days after the second dose (for the 10 µg and 30 µg dose levels) RBD-binding IgG GMCs had increased to 4,813-27,872 U/mL. RBD binding antibody concentrations among participants who received one dose of 100 µg BNT162b1 did not increase beyond 21 days after the first vaccination.  In the participants who received the 10 µg and 30 µg doses of BNT162b1, highly elevated RBD-binding antibody concentrations persisted to the last time point evaluated (Day 35, 14 days after the second dose).  These RBD-binding antibody concentrations were 5,880-16,166 U/mL compared to 602 U/mL in the human convalescent serum panel.

For all doses, modest increases in SARS-CoV-2 neutralizing geometric mean titers (GMTs) were observed 21 days after Dose 1 (Figure 4b).  Substantially greater serum neutralizing GMTs were achieved 7 days after the second 10 µg or 30 µg dose, reaching 168-267, compared to 94 for the convalescent serum panel.  The kinetics and durability of neutralizing titers are being monitored.

## Discussion

The RNA-based SARS-CoV-2 vaccine candidate BNT162b1 administered at 10 µg, 30 µg, and 100 µg to healthy adults 18-55 years of age exhibited a tolerability and safety profile consistent with those previously observed for mRNA-based vaccines.[5] A clear dose-level response was observed after Doses 1 and 2 in adults 18-55 years of age. Based on the tolerability profile of the first dose at the 100 µg dose level and the second dose of 30 µg, participants randomized to the 100 µg group did not receive a second vaccination.  Reactogenicity was generally higher after the second dose in the other two dosing levels, however symptoms were transient and resolved within a few days.  Transient decreases in lymphocytes (Grades 1-3) were observed within a few days after vaccination, with lymphocyte counts returning to baseline within 6-8 days in all participants. These laboratory abnormalities were not associated with clinical findings. RNA vaccines are known to induce type I interferon which has been associated with transient migration of lymphocytes into tissues.[15, 16, 17,18]

Robust immunogenicity was observed after vaccination with BNT162b1. RBD-binding IgG concentrations were detected at 21 days after the first dose and substantially increased 7 days after the second dose given at Day 21. After the first dose, the RBD-binding IgG GMCs (10 µg dose recipients) were similar to those observed in a panel of 38 convalescent, human serology samples obtained at least 14 days after PCR-confirmed following SARS-CoV-2 infection/COVID-19 asymptomatic donors. Post-dose 1 GMCs were similar to those of the 30 µg and 100 µg groups but substantially higher than those in the convalescent serum panel. After Dose 2 with 10 µg or 30 µg BNT162b1, the RBD-binding IgG GMCs were ~8.0-fold to ~50-fold that of the convalescent serum panel GMC.

Neutralization titers were measurable after a single vaccination at Day 21 for all dose levels. At Day 28 (7 days after Dose 2), substantial SARS-CoV-2 neutralization titers were observed. The virus neutralizing GMTs after the 10 µg and 30 µg Dose 2 were, respectively, 1.8-fold and 2.8- fold the GMT of the convalescent serum panel.  Assuming that neutralization titers induced by natural infection provide protection from COVID-19 disease, comparing vaccine-induced SARS-CoV-2 neutralization titers to those from sera of convalescent humans quantifies the

Exhibit 5 - Page 65

magnitude of the vaccine-elicited response and the vaccine's potential to provide protection.  Since the 100 μg dose level cohort was not boosted, no corresponding data for immunogenicity after a second vaccination are available however there were no substantial differences in immunogenicity between the 30 μg and 100 μg dose levels after Dose 1. This observation suggests that a well-tolerated and immunogenic dose level may be between 10 μg and 30 μg for this vaccine candidate.

Our study had several limitations.  While we used convalescent sera as a comparator, the kind of immunity (T cells versus B cells or both) and level of immunity needed to protect from COVID-19 are unknown. Further, this analysis of available data did not assess immune responses or safety beyond 2 weeks after the second dose of vaccine. Both are important to inform the public health use of this vaccine.  Follow-up will continue for all participants and will include collection of serious adverse events for 6 months, and COVID-19 infection and multiple additional immunogenicity measurements through up to two years. While our population of healthy adults 55 years of age and younger is appropriate for a Phase 1/2 study, it does not accurately reflect the population at highest risk for COVID-19.  Adults 65 years of age and over have already been enrolled in this study and results will be reported as they become available.  Later phases of this study will prioritize enrollment of more diverse populations, including those with chronic underlying health conditions and from racial/ethnic groups adversely affected by COVID-19.[19]

These clinical findings for the BNT162b1 RNA-based vaccine candidate are encouraging and strongly support accelerated clinical development and at-risk manufacturing to maximize the opportunity for the rapid production of a SARS-CoV-2 vaccine to prevent COVID-19 disease.

**Role of the funding source:** BioNTech is the Sponsor of the study. Pfizer was responsible for the design, data collection, data analysis, data interpretation, and writing of the report. The corresponding authors had full access to all the data in the study and had final responsibility for the decision to submit the data for publication. All study data were available to all authors.

**Data Sharing Statement:** Upon request, and subject to review, Pfizer will provide the data that support the findings of this study. Subject to certain criteria, conditions and exceptions, Pfizer may also provide access to the related individual anonymized participant data.
See https://www.pfizer.com/science/clinical-trials/trial-data-and-results for more information.

Exhibit 5 - Page 66



**Figure 1 | Disposition of participants.** Participants not assigned (n-20) = participants who were screened but not randomized because enrollment had closed.

Exhibit 5 - Page 67



**Figure 2 | Local reactions reported within 7 days of vaccination, all dose levels.** Solicited injection-site (local) reactions were: pain at injection site (mild: does not interfere with activity; moderate: interferes with activity; severe: prevents daily activity; Grade 4: emergency room visit or hospitalization) and redness and swelling (mild: 2.0 to 5.0 cm in diameter; moderate: >5.0 to 10.0 cm in diameter; severe: >10.0 cm in diameter; Grade 4: necrosis or exfoliative dermatitis for redness, and necrosis for swelling). Data were collected with the use of electronic diaries for 7 days after each vaccination.

Final – submission v2.0                              P a g e | 7

Exhibit 5 - Page 68

**a**



**b**



**Figure 3 | a. Systemic events and medication use reported within 7 days after vaccination 1, all dose levels and b. after vaccination 2, 10 µg and 30 µg dose levels.** Solicited systemic events were: fatigue, headache, chills, new or worsened muscle pain, new or worsened joint pain (mild: does not interfere with activity; moderate: some interference with activity; severe: prevents daily activity), vomiting (mild: 1 to 2 times in 24 hours; moderate: >2 times in 24 hours; severe: requires intravenous hydration), diarrhea (mild: 2 to 3 loose stools in 24 hours; moderate: 4 to 5 loose stools in 24 hours; severe: 6 or more loose stools in 24 hours); Grade 4 for all events: emergency room visit or hospitalization; and fever (mild: 38.0°C to 38.4°C; moderate: 38.5°C to 38.9°C; severe: 39.0°C to 40.0°C; Grade 4: >40.0°C). Medication: proportion of participants reporting use of antipyretic or pain medication. Data were collected with the use of electronic diaries for 7 days after each vaccination.

Final – submission v2.0                    P a g e | 8

Exhibit 5 - Page 69

**a**



**b**



Exhibit 5 - Page 70

**Figure 4** | **Immunogenicity of BNT162b1.** Subjects in groups of 15 were immunized with the indicated dose levels of BNT162b1 (n=12) or with placebo (n=3) on days 1 (all dose levels and placebo) and 21 (10 µg and 30 µg dose levels and placebo).  Reponses in placebo recipients are combined. The 28 day bleed is 7 days after the second immunization. Sera were obtained before immunization (Day 1) and 7, 21, and 28 days after the first immunization.  Human COVID-19 convalescent sera (HCS, n=38) were obtained at least 14 days after PCR-confirmed diagnosis and at a time when the donors were asymptomatic.  **a**. GMCs of recombinant RBD-binding IgG. Lower limit of quantitation (LLOQ) 1.15. **b**. 50% SARS-CoV-2 neutralizing GMTs. Each data point represents a serum sample, and each vertical bar represents a geometric mean with 95% confidence interval.  The number above the bars are either the GMC or GMT for the group. Arrows indicate timing of vaccination (blood draws conducted prior to vaccination).

Final – submission v2.0                          P a g e | 10

Exhibit 5 - Page 71

**Methods**

**Study design:** This study was conducted in healthy men and nonpregnant women 18 to 55 years of age to assess the safety, tolerability, and immunogenicity of ascending dose levels of various BNT162 mRNA vaccine candidates. In the part of the study reported here, assessment of three dose levels (10 µg, 30 µg, or 100 µg) of the BNT162b1 candidate was conducted at two sites in the United States. This study utilized a sentinel cohort design with progression and dose escalation taking place after review of data from the sentinel cohort at each dose level.

**Eligibility:** Key exclusion criteria included individuals with known infection with human immunodeficiency virus, hepatitis C virus, or hepatitis B virus; immunocompromised individuals and those with a history of autoimmune disease; those with increased risk for severe COVID-19; previous clinical or microbiological diagnosis of COVID-19; receipt of medications intended to prevent COVID-19; previous vaccination with any coronavirus vaccine; a positive serological test for SARS-CoV-2 IgM and/or IgG at the screening visit; and a SARS-CoV-2 NAAT-positive nasal swab within 24 hours before study vaccination.

The final protocol and informed consent document were approved by institutional review boards for each of the participating investigational centers This study was conducted in compliance with all International Council for Harmonisation (ICH) Good Clinical Practice (GCP) guidelines and the ethical principles of the Declaration of Helsinki. A signed and dated informed consent form was required before any study-specific activity was performed.

**Endpoints:** In this report, results from the following study primary endpoints are presented: the proportion of participants reporting prompted local reactions, systemic events, and use of antipyretic and/or pain medication within 7 days after vaccination, AEs and serious adverse events (SAEs) (available through up to ~45 days after Dose 1), and the proportion of participants with clinical laboratory abnormalities 1 and 7 days after vaccination and grading shifts in laboratory assessments between baseline and 1 and 7 days after Dose 1 and between Dose 2 and 7 days after Dose 2. Secondary endpoints included: SARS-CoV-2 neutralizing geometric mean titers (GMTs); SARS-CoV-2 RBD-binding IgG geometric mean concentrations (GMCs) 7 and 21 days after Dose 1 and 7 and 14 days after Dose 2.

**Procedures:** Study participants were randomly assigned to a vaccine group using an interactive web-based response technology system with each group comprising 15 participants (12 active vaccine recipients and 3 placebo recipients). Participants were to receive two 0.5-mL doses of either BNT162b1 or placebo, administered by intramuscular injection into the deltoid muscle.

BNT162b1 incorporates a Good Manufacturing Practice (GMP)-grade mRNA drug substance that encodes the trimerized SARS-CoV-2 spike glycoprotein RBD antigen. The mRNA is formulated with lipids as the mRNA-LNP drug product. The vaccine was supplied as a buffered- liquid solution for IM injection and was stored at -80 °C. The placebo was a sterile saline solution for injection (0.9% sodium chloride injection, in a 0.5-mL dose).

**Safety assessments:** Safety assessments included a 4-hour observation after vaccination (for the first 5 participants vaccinated in each group), or a 30-minute observation (for the remainder of participants) for immediate AEs. The safety assessments also included self-reporting of

Exhibit 5 - Page 72

prompted local reactions (redness, swelling, and pain at the injection site), systemic events (fever, fatigue, headache, chills, vomiting, diarrhea, muscle pain, and joint pain), and the use of antipyretic and/or pain medication in an electronic diary (e-diary) for 7 days after vaccination, and the reporting of unprompted AEs and SAEs after vaccination. Hematology and chemistry assessments were conducted at screening, 1 and 7 days after Dose 1, and 7 days after Dose 2.

There were protocol-specified safety stopping rules for all sentinel-cohort participants. Both an internal review committee (IRC) and an external data monitoring committee (EDMC) reviewed all safety data. No stopping rules were met prior to the publication of this report.

**Human convalescent serum panel:** The 38 human SARS-CoV-2 infection/COVID-19 convalescent sera were drawn from subjects aged 18-83 years of age, at least 14 days after PCR- confirmed diagnosis, and at a time when subjects were asymptomatic. The serum donors predominantly had symptomatic infections (35/38), and one had been hospitalized. The sera were obtained from Sanguine Biosciences (Sherman Oaks, CA), the MT Group (Van Nuys, CA), and Pfizer Occupational Health and Wellness (Pearl River, NY).

**Immunogenicity assessments:** 50 mL of blood was collected for immunogenicity assessments before each study vaccination, at 7 and 21 days after Dose 1 and at 7 and 14 days after Dose 2. In the RBD-binding IgG assay, a recombinant SARS-CoV-2 RBD containing a C-terminal Avitag™ (Acro Biosystems) was bound to streptavidin-coated Luminex microspheres. Bound human anti-RBD antibodies were detected with a R-Phycoerythrin-conjugated goat anti-human polyclonal secondary antibody (Jackson Labs). Data were captured as median fluorescent intensities (MFIs) using a Luminex reader and converted to U/mL antibody concentrations using a reference standard curve with arbitrary assigned concentrations of 100 U/mL and accounting for the serum dilution factor. Assay results were reported in U/mL of IgG.

The SARS-CoV-2 neutralization assay used a previously described strain of SARS-CoV-2 (USA_WA1/2020) that had been rescued by reverse genetics and engineered by the insertion of an mNeonGreen (mNG) gene into open reading frame 7 of the viral genome.[20] This reporter virus generates similar plaque morphologies and indistinguishable growth curves from wild-type virus. Viral master stocks used for the neutralization assay were grown in Vero E6 cells as previously described.[20] Serial dilutions of heat inactivated sera were incubated with the reporter virus for 1 hour at 37°C before inoculating Vero CCL81 cell monolayers in 96 well plates to allow accurate quantification of infected cells. Total cell counts per well were enumerated by nuclear stain (Hoechst 33342) and fluorescent virally infected foci were detected 16-24 hours after inoculation with a Cytation 7 Cell Imaging Multi-Mode Reader (Biotek) with Gen5 Image Prime version 3.09. Titers were calculated in GraphPad Prism version 8.4.2 by generating a 4-parameter (4PL) logistical fit of the percent neutralization at each serial serum dilution. The 50% neutralization titer was reported as the interpolated reciprocal of the dilution yielding a 50% reduction in fluorescent viral foci.

**Statistical analysis:** The sample size for the reported part of the study was not based on statistical hypothesis testing. The primary safety objective was evaluated by descriptive summary statistics for local reactions, systemic events, abnormal hematology and chemistry laboratory parameters, AEs, and SAEs after each vaccine dose for each vaccine group. The

Exhibit 5 - Page 73

secondary immunogenicity objectives were descriptively summarized at the various time points. All participants with data available were included in the safety and immunogenicity analyses.

Exhibit 5 - Page 74

**References**

1 World Health Organization. WHO Director-General's opening remarks at the media briefing on COVID-19. Available from: https://www.who.int/dg/speeches/detail/who-director-general- s-opening-remarks-at-the-media-briefing-on-covid-19---11-march-2020. Published: 11 Mar 2020. Accessed: 01 Apr 2020

2 World Health Organization. Coronavirus disease 2019 (COVID-19) situation report - 154. https://www.who.int/docs/default-source/coronaviruse/situation-reports/20200622-covid-19-sitrep-154.pdf?sfvrsn=d0249d8d_2 (2020).

3 Alberer, M. *et al*. Safety and immunogenicity of a mRNA rabies vaccine in healthy adults: an open-label, non-randomised, prospective, first-in-human phase 1 clinical trial. *Lancet* **390**, 1511-1520 (2017).

4 Feldman, R.A. *et al*. mRNA vaccines against H10N8 and H7N9 influenza viruses of pandemic potential are immunogenic and well tolerated in healthy adults in phase 1 randomized clinical trials. *Vaccine* **37**, 3326-3334 (2019).

5 Kranz, L.M. *et al*. Systemic RNA delivery to dendritic cells exploits antiviral defence for cancer immunotherapy. *Nature* **534**, 396-401 (2016).

6 Sahin, U. *et al*. Personalized RNA mutanome vaccines mobilize poly-specific therapeutic immunity against cancer. *Nature* **547**, 222-226 (2017).

7 Petsch, M. *et al*. Protective efficacy of in vitro synthesized, specific mRNA vaccines against influenza A virus infection. *Nat. Biotechnol*. **30**, 1210-1216 (2012).

8 Rauch, S., Jasny, E., Schmidt, K.E., & Petsch, B. New vaccine technologies to combat outbreak situations. *Front. Immunol*. **9**, 1963 (2018).

9 Sahin, U., Karikó, K., & Türeci, Ö. mRNA-based therapeutics—developing a new class of drugs. *Nat. Rev. Drug. Discov*. **13**, 759-780 (2014).

10 Kariko, K. *et al*. Incorporation of pseudouridine into mRNA yields superior nonimmunogenic vector with increased translational capacity and biological stability. *Mol. Ther*. **16**, 1833-1840 (2008).

11 He, Y. *et al*. Receptor-binding domain of SARS-CoV spike protein induces highly potent neutralizing antibodies: implication for developing subunit vaccine. *Biochem. Biophys. Res. Commun*. **324**, 773-781 (2004).

12 Guthe, S. *et al*. Very fast folding and association of a trimerization domain from bacteriophage T4 fibritin. *J. Mol. Biol*. **337**, 905-915 (2004).

Exhibit 5 - Page 75

13 Bachmann, M.F. & Zinkernagel, R.M. Neutralizing antiviral B cell responses. *Annu. Rev. Immunol*. **15**, 235-70 (1997).

14 Pardi, N. *et al*. Expression kinetics of nucleoside-modified mRNA delivered in lipid nanoparticles to mice by various routes. *J. Controlled Release* **217**, 345-351 (2015).

15 Foster, G.R. *et al*. IFN-alpha subtypes differentially affect human T cell motility. *J. Immunol*. **173**, 1663-1670 (2004).

16 Hopkins, R.J. *et al*. Randomized, double-blind, placebo-controlled, safety and immunogenicity study of 4 formulations of anthrax vaccine adsorbed plus CPG 7909 (AV7909) in healthy adult volunteers. *Vaccine* **31**, 3051-3058 (2013).

17 Regules, J.A. *et al*. A recombinant vesicular stomatitis virus ebola vaccine. *N. Engl. J. Med*. **376**, 330-334 (2017).

18 Lai, L. *et al*. Emergency postexposure vaccination with vesicular stomatitis virus-vectored Ebola vaccine after needlestick. *JAMA*. **313**, 1249-1255 (2015).

19 Stokes, E.K. *et al*. Coronavirus disease 2019 case surveillance — United States, January 22– May 30, 2020. *MMWR Morb. Mortal. Wkly. Rep*. **69**, 759-765 (2020).

20 Xie X. *et al*. An infectious cDNA clone of SARS-CoV-2. *Cell Host Microbe*. **27**, 841-848 (2020).

Exhibit 5 - Page 76

**Acknowledgements:**

The authors would like to thank Carol Monahan and Deb Gantt (Pfizer, Inc.) for writing and editorial support and Hua Ma, James Trammel, and Kiran Challagali (Pfizer Inc.) for statistical analysis support in the generation of this manuscript.

We would like to thank all the participants who volunteered for this study. We also acknowledge the following individuals for their contributions to this work:

NYU Langone Vaccine Center: Angelica Kottkamp, MD, Ramin Herati, MD, Rebecca Pellet Madan, MD, Mary Olson, DNP, ANP-BC, Marie Samanovic-Golden, PhD, Elisabeth Cohen, MD, Amber Cornelius, MS, Laura Frye, MPH,  Heekoung Youn, RN, CCRC, MA, Baby Jane Fran, RN, Kanika Ballani, PharmD, MBA, Natalie Veling, RN, Juanita Erb, RN, BSN, MPA, Mahnoor Ali, BA, Lisa Zhao, MS, Stephanie Rettig, MPH,  Hibah Khan, MPA, Harry Lambert, BA, Kelly Hu, BA, Jonathan Hyde, BS.

Center for Vaccine Development and Global Health, University of Maryland School of Medicine:  Monica McArthur MD PhD, Justin Ortiz MD MS FACP FCCP, Rekha Rapaka MD, Linda Wadsworth RN, Ginny Cummings RN, Toni Robinson RN, Lisa Chrisley RN, Wanda Somrajit RN, Staci Eddington, Panagiota Komninou, Mardi Reymann, Kathy Strauss, Biraj Shrestha, Sudhaunshu Joshi, Robin Barnes RN, Roohali Sukhavasi, Alyson Kwon, Terry Sharp

University of Rochester and Rochester General Hospital: Emily Pierce, RN and Mary Criddle, RN

Cincinnati Children's Hospital: Amy Cline RN, Susan Parker RN, Michelle Dickey APRN, Kristen Buschle APRN

Pfizer, Inc: Andrea Cawein, John L. Perez MD, MSc, Harpreet Seehra, Dina Tresnan DVM, PhD, Robert Maroko MD, Helen Smith, Sarah Tweedy, Amy Jones, Greg Adams, Rabia Malick, Emily Worobetz, Erica Weaver Liping Zhang, Carmel Devlin, Donna Boyce, Elisa Harkins Tull, Mark Boaz, Michael Cruz. Pfizer's Clinical Assay Team.

BioNTech: Corinna Rosenbaum, Christian Miculka, Andreas Kuhn, Ferdia Bates, Paul Strecker, Alexandra Kemmer-Brück

**Author information:**

These authors contributed equally: Mark J. Mulligan[1] Kirsten Lyke[2], and Nicholas Kitchin[3] and provided significant comments and revisions to the first draft of the manuscript.

Affiliations: [1]New York University Langone Vaccine Center and New York University Grossman School of Medicine, New York, NY. [2]University of Maryland School of Medicine, Center for Vaccine Development and Global Health, Baltimore, MD. [3]Vaccine Research and Development, Pfizer, Hurley, UK

Exhibit 5 - Page 77

Contributions

KUJ, PRD, WG, NK, SL, AG, RB, and US were involved in the design of the overall study and strategy. KN, MM, EW, RF, and AF provided feedback on the study design. WK, DC, KS, KT, CFG and PYS performed the immunological analyses. MJM, KN, EW, RF, AF, KL, and VR collected data as study investigators.  PL and KK developed the statistical design and oversaw the data analysis. JA, KUJ, PRD, and WG drafted the initial version of the manuscript.  All authors reviewed and edited the manuscript and approved the final version.

Corresponding author

Correspondence to Judith Absalon, MD, MPH, FIDSA judith.absalon@pfizer.com

**Ethics declarations**

Competing interests

NK, JA, AG, SL, RB, KS, PL, KK, WK, DC, KT, PRD, WG, and KUJ are employees of Pfizer and may hold stock options. US and ÖT are stock owners, management board members, and employees at BioNTech SE (Mainz, Germany) and are inventors on patents and patent applications related to RNA technology.  MJM, KL, KN, EW, AF, RF, and VR received compensation from Pfizer for their role as study investigators.  CFG and PYS received compensation from Pfizer to perform the neutralization assay.

**Disclosures:** These data are interim data from an ongoing study, database not locked. Data have not yet been source verified or subjected to standard quality check procedures that would occur at the time of database lock and may therefore be subject to change.

Exhibit 5 - Page 78



**Extended Data Figure 1 | Post Vaccination Changes in Lymphocyte Count Over Time.** Figure represents box-and-whisker plots for observed values at the following timepoints: Dose 1/Day 1-3: ~1 day after Dose 1; Dose 2/Day 6-8:  ~7 days after Dose 1; Pre-Dose 2: before Dose 2; Dose 2/Day 6-8: ~ 7 days after Dose 2.  Symbols denote group means – O: placebo; **+:** 10 µg; X: 30 µg; Δ: 100 µg. Center line of box denotes median; lower and upper edges denote first and third quartiles; lower and upper whiskers denote minimum and maximum.

Exhibit 5 - Page 79

| | 10 µg (N=12) n (%) | 30 µg (N=12) n (%) | 100 µg (N=12) n (%) | Placebo (N=9) n (%) | Total (N=45) n (%) |
|---|---|---|---|---|---|
| **Sex** | | | | | |
| **Male** | 7 (58.3) | 6 (50.0) | 5 (41.7) | 5 (55.6) | 23 (51.1) |
| **Female** | 5 (41.7) | 6 (50.0) | 7 (58.3) | 4 (44.4) | 22 (48.9) |
| | | | | | |
| **Race** | | | | | |
| **White** | 8 (66.7) | 10 (83.3) | 11 (91.7) | 8 (88.9) | 37 (82.2) |
| **Black or African American** | 1 (8.3) | 0 | 0 | 0 | 1 (2.2) |
| **Asian** | 3 (25.0) | 2 (16.7) | 1 (8.3) | 1 (11.1) | 7 (15.6) |
| | | | | | |
| **Ethnicity** | | | | | |
| **Hispanic/Latino** | 1 (8.3) | 1 (8.3) | 0 | 0 | 2 (4.4) |
| **Non-Hispanic/non-Latino** | 11 (91.7) | 10 (83.3) | 12 (100.0) | 9 (100.0) | 42 (93.3) |
| **Not reported** | 0 | 1 (8.3) | 0 | 0 | 1 (2.2) |
| | | | | | |
| **Age at vaccination (years)** | | | | | |
| **Mean (SD)** | 29.4 (6.39) | 35.8 (9.96) | 38.3 (9.34) | 39.0 (11.16) | 35.4 (9.71) |
| **Median** | 26.5 | 33.5 | 38.0 | 41.0 | 33.0 |
| **Min, max** | (24, 42) | (23, 52) | (25, 53) | (19, 54) | (19, 54) |

**Extended Data Table 1 | Demographic Characteristics.** N = number of subjects in the specified group, or the total sample. This value is the denominator for the percentage calculations. n = Number of subjects with the specified characteristic.

Exhibit 5 - Page 80

| Adverse Event | 10 μg (N=12) n (%) | 30 μg (N=12) n (%) | 100 μg (N=12) n (%) | Placebo (N=9) n (%) |
|---|---|---|---|---|
| **Any event** | 6 (50.0) | 6 (50.0) | 7 (58.3) | 1 (11.1) |
| **Related** | 3 (25.0) | 6 (50.0) | 6 (50.0) | 1 (11.1) |
| **Severe** | 0 | 1 (8.3) | 1 (8.3) | 0 |
| **Life-threatening** | 0 | 0 | 0 | 0 |
| **Any serious adverse event** | 0 | 0 | 0 | 0 |
| **Related** | 0 | 0 | 0 | 0 |
| **Severe** | 0 | 0 | 0 | 0 |
| **Life-threatening** | 0 | 0 | 0 | 0 |
| **Any adverse event leading to withdrawal** | 0 | 0 | 0 | 0 |
| **Related** | 0 | 0 | 0 | 0 |
| **Severe** | 0 | 0 | 0 | 0 |
| **Life-threatening** | 0 | 0 | 0 | 0 |
| **Death** | 0 | 0 | 0 | 0 |

**Extended Data Table 2 | Adverse Events.**  N: number of subjects in the specified group or the total sample. This value is the denominator for the percentage calculations. n: number of subjects reporting at least 1 occurrence of the specified adverse event category. For "any event", n: the number of subjects reporting at least 1 occurrence of any adverse event; Related: Assessed by the investigator as related to investigational product.

Exhibit 5 - Page 81



**Pfizer, BioNTech Publish "Encouraging" Interim Phase I/II Data for COVID-19 Vaccine Construct**

July 1, 2020

(https://www.genengnews.com/wp-content/uploads/2020/07/BioNTech_2414_21926_DF_retouched-scaled.jpg)

*Pfizer and BioNTech said the most advanced of four constructs of their messenger RNA (mRNA) vaccine candidate for COVID-19 showed encouraging immunogenicity and a favorable safety profile in preliminary Phase I/II data published in a preprint study. [BioNTech]*

Pfizer and BioNTech said today the most advanced of four constructs of their messenger RNA (mRNA) vaccine candidate for COVID-19 showed encouraging immunogenicity and a favorable safety profile in preliminary Phase I/II data published in a preprint study.

The companies said the preliminary data, plus additional preclinical and clinical data now being generated, will help them determine a dose level and select among multiple vaccine candidates for a global Phase IIb/III safety and efficacy trial in, potentially, up to 30,000 healthy participants—a study set to start later this month.

Also expected later this month are preliminary Phase I/II results from a German trial for BNT162b1 (EU Clinical Trials Registry EudraCT number 2020-001038-36 (https://www.clinicaltrialsregister.eu/ctr-search/trial/2020-001038-36/DE)).

BioNTech and Pfizer are evaluating four vaccine constructs of BNT162 in an mRNA-based clinical program the companies have dubbed "Project Lightspeed."

BNT162b1 is the most advanced of the four vaccine constructs of BNT162 (https://www.genengnews.com/covid-19-candidates/biontech-pfizer-and-fosun-pharma-bnt162/), one of 19 "Front Runner (https://www.genengnews.com/category/covid-19-candidates/covid-19-

Exhibit 6 - Page 82

front-runner/)" programs among more than 250 COVID-19 therapeutics included in *GEN*'s updated "COVID-19 DRUG & VACCINE CANDIDATE TRACKER (https://www.genengnews.com/covid-19-candidates/covid-19-drug-and-vaccine-tracker/)."

BNT162b1 is a lipid nanoparticle-formulated, nucleoside-modified mRNA (modRNA) vaccine candidate that encodes trimerized SARS-CoV-2 spike glycoprotein receptor binding domain (RBD) antigen.

"These clinical findings for the BNT162b1 RNA-based vaccine candidate are encouraging and strongly support accelerated clinical development and at-risk manufacturing to maximize the opportunity for the rapid production of a SARS-CoV-2 vaccine to prevent COVID-19 disease," researchers concluded in "Phase 1/2 Study to Describe the Safety and Immunogenicity of a COVID-19 RNA Vaccine Candidate (BNT162b1) in Adults 18 to 55 Years of Age: Interim Report (https://www.medrxiv.org/content/10.1101/2020.06.30.20142570v1)," published today by *medRxiv*.

Data in the preprint came from the ongoing U.S. Phase I/II trial (NCT04368728 (https://clinicaltrials.gov/ct2/show/NCT04368728)), a randomized, placebo-controlled, observer-blinded study designed to assess the safety, tolerability, and immunogenicity of escalating dose levels of BNT162b1.

### 45 healthy adults studied

The initial part of the trial studied 45 healthy adults ages 18–55. Preliminary data for BNT162b1 was evaluated for 24 participants who received two injections, 21 days apart, of 10 $\mu$g or 30 $\mu$g; 12 participants who received a single injection of 100 $\mu$g on day 1; and nine participants who received two placebo control doses.

Participants in the 100 $\mu$g group were not given a second dose since higher numbers of subjects experienced local reactions and systemic events after the single 100 $\mu$g dose, with no significant increases in immunogenicity compared to the 30 $\mu$g dose level, BioNTech and Pfizer said.

Because of a strong vaccine booster effect, the highest neutralizing titers were seen seven days after the second dose of 10 $\mu$g or 30 $\mu$g on day 28 after vaccination, the companies added. Neutralizing geometric mean titers (GMTs) of 168 and 267 were reported for the 10 $\mu$g and 30 $\mu$g dose levels, respectively, corresponding to 1.8- and 2.8-times the neutralizing GMT of 94 observed in a panel of 38 sera from subjects who had contracted SARS-CoV-2.

In all 24 subjects who received two vaccinations at 10 $\mu$g and 30 $\mu$g dose levels, researchers saw elevation of RBD-binding IgG concentrations after the second injection with respective geometric mean concentrations (GMCs) of 4,813 and 27,872 units/ml at day 28, seven days after immunization. These concentrations are 8- and 46.3-times the GMC of 602 units/ml in a panel of 38 sera from subjects who had contracted SARS-CoV-2, BioNTech and Pfizer said.

At day 21 after a single injection, the 12 subjects who received 100 $\mu$g of BNT162b1 had an RBD-binding IgG GMC of 1,778 units/ml and a SARS-CoV neutralizing GMT of 33, which are 3-times and 0.35-times, respectively, the GMC and GMT of the convalescent serum panel.

### "An initial signal"

Exhibit 6 - Page 83

"These preliminary data are encouraging in that they provide an initial signal that BNT162b1 targeting the RBD SARS-CoV-2 is able to produce neutralizing antibody responses in humans at or above the levels observed in convalescent sera—and that it does so at relatively low dose levels," Ugur Sahin, MD, CEO and co-founder of BioNTech, said in a statement.

On June 3, *The New York Times* reported (https://www.nytimes.com/2020/06/03/us/politics/coronavirus-vaccine-trump-moderna.html) that Pfizer was among developers of five COVID-19 vaccines identified by President Donald Trump's administration as most likely to produce a vaccine for the virus, citing unnamed "government officials." According to the report, the five will receive additional government funding, assistance with clinical trials, and financial and logistical support for manufacturing.

However, Pfizer and BioNTech have declined to tap into U.S. government funding: "We believe we can move faster if we don't have to involve a third party," Pfizer CEO Albert Bourla said May 28 at during a virtual briefing (https://www.ifpma.org/resource-centre/global-biopharma-ceo-top-executives-covid-19-media-briefing-28-may-2020/) organized by International Federation of Pharmaceutical Manufacturers and Associations (IFPMA).

Bourla also said: "If things go well, and the stars are aligned, we will have enough evidence of safety and efficacy so that we can… have a vaccine around the end of October."

Should BNT162b1 or another BNT162 construct receive regulatory approval, the companies said, they expect to manufacture up to 100 million doses by the end of 2020 and potentially more than 1.2 billion doses by the end of 2021.

BioNTech and Pfizer said they have committed to working jointly to distribute the potential COVID-19 vaccine worldwide except China, where BioNTech has a collaboration with Fosun Pharma for BNT162 for both clinical development and commercialization.

Development of the vaccine is also supported by partners that include Acuitas Therapeutics, which provides the lipid nanoparticles used in the formulation of the BNT162 constructs and various other mRNA vaccines.

We use cookies to give you a better experience on genengnews.com. By continuing to use our site, you are agreeing to the use of cookies as set in our privacy policy. (https://privacy.liebertpub.com)

Got it!

Exhibit 6 - Page 84





## Pfizer and BioNTech Granted FDA Fast Track Designation for Two Investigational mRNA-based Vaccine Candidates Against SARS-CoV-2

***Anticipated large, global Phase 2b/3 safety and efficacy study may begin as early as July 2020***

Exhibit 7 - Page 85



July 13, 2020 06:45 AM Eastern Daylight Time

NEW YORK & MAINZ, Germany--(BUSINESS WIRE)--Pfizer Inc. (NYSE: PFE) and BioNTech SE (Nasdaq: BNTX, "BioNTech") today announced that two of the companies' four investigational vaccine candidates from their BNT162 mRNA-based vaccine program (BNT162b1 and BNT162b2) being developed to help protect against SARS-CoV-2 (the virus that causes COVID-19), received Fast Track designation from the U.S. Food and Drug Administration (FDA). BNT162b1 and BNT162b2 are the two most advanced vaccine candidates in the BNT162 program currently being evaluated in ongoing Phase 1/2 clinical studies in the United States and Germany.

Fast Track is a process designed to facilitate the development, and expedite the review, of new drugs and vaccines that are intended to treat or prevent serious conditions that have the potential to address an unmet medical need.[i] This designation was granted based on preliminary data from Phase 1/2 studies that are currently ongoing in the United States and Germany as well as animal immunogenicity studies. The companies released early data from the ongoing U.S. Phase 1/2 study for the product candidate BNT162b1 on July 1, 2020. The manuscript is available on the online preprint server medRxiv and is concurrently undergoing scientific peer-review for potential publication. Early data from the German trial of BNT162b1 are expected to be released in July.

The BNT162 program is evaluating at least four experimental vaccines, each of which represent a unique combination of messenger RNA (mRNA) format and target antigen. BNT162b1 and BNT162b2 are both nucleoside modified RNAs, formulated in lipid nanoparticles. BNT162b1 encodes an optimized SARS-CoV-2 receptor-binding domain (RBD) antigen, while BNT162b2 encodes an optimized SARS-CoV-2 full-length spike protein antigen.

"The FDA's decision to grant these two COVID-19 vaccine candidates Fast Track designation signifies an important milestone in the efforts to develop a safe and effective vaccine against SARS-CoV-2," said **Peter Honig, Senior Vice President, Global Regulatory Affairs, Pfizer**. "We look forward to continue working closely with the FDA throughout the clinical development of this

Exhibit 7 - Page 86

program, Project Lightspeed, to evaluate the safety and efficacy of these vaccine candidates."

"We are pleased to have received Fast Track designation from the FDA for two of our vaccine candidates and look forward to working closely with the FDA, along with our partner Pfizer, to expedite the clinical development path forward," said **Özlem Türeci, Chief Medical Officer at BioNTech**.

The Project Lightspeed vaccine development program is based on BioNTech's proprietary mRNA-based technology platforms and supported by Pfizer's global vaccine development capabilities. The BNT162 vaccine candidates are undergoing clinical studies and are not currently approved for distribution anywhere in the world. Pfizer and BioNTech are committed to developing these novel vaccines with pre-clinical and clinical data at the forefront of all decision-making of both companies. Subject to regulatory approval, the companies are expecting to start a Phase 2b/3 trial as soon as later this month and are anticipating enrolling up to 30,000 subjects. If the ongoing studies are successful, and the vaccine candidate receives regulatory approval, the companies currently expect to manufacture up to 100 million doses by the end of 2020 and potentially more than 1.2 billion doses by the end of 2021.

**About Pfizer: Breakthroughs That Change Patients' Lives**

At Pfizer, we apply science and our global resources to bring therapies to people that extend and significantly improve their lives. We strive to set the standard for quality, safety and value in the discovery, development and manufacture of health care products, including innovative medicines and vaccines. Every day, Pfizer colleagues work across developed and emerging markets to advance wellness, prevention, treatments and cures that challenge the most feared diseases of our time. Consistent with our responsibility as one of the world's premier innovative biopharmaceutical companies, we collaborate with health care providers, governments and local communities to support and expand access to reliable, affordable health care around the world. For more than 150 years, we have worked to make a difference for all who rely on us. We routinely post information that may be important to investors on our website at www.pfizer.com. In addition, to learn more, please visit us on www.pfizer.com and follow us on Twitter at @Pfizer and @Pfizer_News, LinkedIn, YouTube, and like us on Facebook at Facebook.com/Pfizer.

**Pfizer Disclosure Notice**

The information contained in this release is as of July 13, 2020. Pfizer assumes no obligation to update forward-looking statements contained in this release as the result of new information or future events or developments.

This release contains forward-looking information about Pfizer's efforts to combat COVID-19, the BNT162 mRNA vaccine program, and a collaboration between BioNTech and Pfizer to develop a potential COVID-19 vaccine, including their potential benefits, and anticipated publication of data, manufacturing and distribution and the expected timing of clinical trials, that involves substantial risks and uncertainties that could cause actual results to differ materially from those expressed or implied by such statements. Risks and uncertainties include, among other things, the uncertainties inherent in research and development, including the ability to meet anticipated clinical endpoints, commencement and/or completion dates for clinical trials, regulatory submission dates, regulatory approval dates and/or launch dates, as well as the possibility of unfavorable new preclinical or clinical trial data and further analyses of existing preclinical or clinical trial data; risks associated with preliminary data; the risk that clinical trial data are subject to differing interpretations and assessments, including during the peer review/publication process, in the scientific community generally, and by regulatory authorities; whether the scientific journal publications referenced above will occur and, if so, when and with what modifications; whether regulatory authorities will be satisfied with the design of and results from these and future preclinical and clinical studies; whether and when any biologics license applications may be filed in any jurisdictions for any potential vaccine candidates under the collaboration; whether and when any such applications may be approved by regulatory authorities, which will depend on myriad factors, including making a determination as to whether the product's benefits outweigh its known risks and determination of the product's efficacy and, if approved, whether any such vaccine candidates will be commercially successful; decisions by regulatory authorities impacting labeling, manufacturing processes, safety and/or other matters that could affect the availability or commercial potential of any such vaccine candidates, including development of products or therapies by other companies; manufacturing capabilities or capacity, including whether the estimated numbers of doses can be manufactured within the projected time periods indicated; uncertainties regarding the ability to obtain recommendations from vaccine technical committees and other public health authorities regarding any such vaccine candidates and uncertainties regarding the commercial impact of any such recommendations; and competitive developments.

A further description of risks and uncertainties can be found in Pfizer's Annual Report on Form 10-K for the fiscal year ended December 31, 2019 and in its subsequent reports on Form 10-Q, including in the sections thereof captioned "Risk Factors" and "Forward-Looking Information and Factors That May Affect Future Results", as well as in its subsequent reports on Form 8-K, all of

Exhibit 7 - Page 87

which are filed with the U.S. Securities and Exchange Commission and available at www.sec.gov and www.pfizer.com.

**About BioNTech**

Biopharmaceutical New Technologies is a next generation immunotherapy company pioneering novel therapies for cancer and other serious diseases. The Company exploits a wide array of computational discovery and therapeutic drug platforms for the rapid development of novel biopharmaceuticals. Its broad portfolio of oncology product candidates includes individualized and off-the-shelf mRNA-based therapies, innovative chimeric antigen receptor T cells, bi-specific checkpoint immuno-modulators, targeted cancer antibodies and small molecules. Based on its deep expertise in mRNA vaccine development and in-house manufacturing capabilities, BioNTech and its collaborators are developing multiple mRNA vaccine candidates for a range of infectious diseases alongside its diverse oncology pipeline. BioNTech has established a broad set of relationships with multiple global pharmaceutical collaborators, including Genmab, Sanofi, Bayer Animal Health, Genentech, a member of the Roche Group, Genevant, Fosun Pharma, and Pfizer.

For more information, please visit www.BioNTech.de.

**BioNTech Forward-looking Statements**

This press release contains "forward-looking statements" of BioNTech within the meaning of the Private Securities Litigation Reform Act of 1995. These forward-looking statements may include, but may not be limited to, statements concerning: BioNTech's efforts to combat COVID-19; the timing to initiate clinical trials of BNT162 and any expedited review resulting from Fast Track designation; collaborations between BioNTech and Pfizer, and BioNTech and Fosun Pharma, to develop a potential COVID-19 vaccine; and the ability of BioNTech to supply the quantities of BNT162 to support clinical development and, if approved, market demand. Any forward-looking statements in this press release are based on BioNTech current expectations and beliefs of future events, and are subject to a number of risks and uncertainties that could cause actual results to differ materially and adversely from those set forth in or implied by such forward-looking statements. These risks and uncertainties include, but are not limited to: competition to create a vaccine for COVID-19 and potential difficulties. For a discussion of these and other risks and uncertainties, see BioNTech's Annual Report on Form 20-F filed with the SEC on March 31, 2020, which has been filed with the SEC and is available on the SEC's website at www.sec.gov. All information in this press release is as of the date of the release, and BioNTech undertakes no duty to update this information unless required by law.

[i] U.S. Food and Drug Administration Fast Track https://www.fda.gov/ForPatients/Approvals/Fast/ucm405399.htm

# Contacts
**Pfizer Media Relations**
Amy Rose
+1 (212) 733-7410
Amy.Rose@pfizer.com

**Pfizer Investor Relations**
Chuck Triano
+1 (212) 733-3901
Charles.E.Triano@pfizer.com

**BioNTech Media Relations**
Jasmina Alatovic
+49 (0)6131 9084 1513 or +49 (0)151 1978 1385
Media@biontech.de

Exhibit 7 - Page 88

**BioNTech Investor Relations**

Sylke Maas, Ph.D.

+49 (0)6131 9084 1074

Investors@biontech.de

Exhibit 7 - Page 89

medRxiv preprint doi: https://doi.org/10.1101/2020.08.17.20176651.this version posted August 20, 2020. The copyright holder for this preprint (which was not certified by peer review) is the author/funder, who has granted medRxiv a license to display the preprint in perpetuity. All rights reserved. No reuse allowed without permission.

# RNA-Based COVID-19 Vaccine BNT162b2 Selected for a Pivotal Efficacy Study

Edward E. Walsh, MD[1]*, Robert Frenck, MD[2]*, Ann R. Falsey, MD[1], Nicholas Kitchin, MD[3a], Judith Absalon, MD[3b], Alejandra Gurtman, MD[3b], Stephen Lockhart, DM[3a], Kathleen Neuzil, MD[4], Mark J. Mulligan, MD[5], Ruth Bailey, BSc[3a], Kena A. Swanson, PhD[3b], Ping Li, PhD[3c], Kenneth Koury, PhD[3b], Warren Kalina, PhD[3b], David Cooper, PhD[3b], Camila Fontes-Garfias, BSc[6], Pei-Yong Shi, PhD[6], □zlem Türeci, MD[7], Kristin R. Tompkins, BSc[3b], Kirsten E. Lyke, MD[4], Vanessa Raabe, MD[5], Philip R. Dormitzer, MD[3b], Kathrin U. Jansen, PhD[3b], Uğur Şahin, MD[7] and William C. Gruber, MD[3b]

*Drs. Walsh and Frenck contributed equally to this article.

[1]University of Rochester and Rochester General Hospital, Rochester, NY; [2]Cincinnati Children's Hospital, Cincinnati, OH; [3]Vaccine Research and Development, Pfizer Inc, [a]Hurley, UK, [b]Pearl River, NY, [c]Collegeville, PA; [4]University of Maryland School of Medicine, Center for Vaccine Development and Global Health, Baltimore, MD; [5]New York University Langone Vaccine Center and New York University Grossman School of Medicine, New York, NY; [6]University of Texas Medical Branch, Galveston, TX; [7]BioNTech, Mainz, Germany.

Corresponding Author:
Judith Absalon, MD, MPH, FIDSA
Pfizer Inc
1401 North Middletown Road
Pearl River, NY 10965
Judith.absalon@pfizer.com

1

Exhibit 8 - Page 90

medRxiv preprint doi: https://doi.org/10.1101/2020.08.17.20176651.this version posted August 20, 2020. The copyright holder for this preprint (which was not certified by peer review) is the author/funder, who has granted medRxiv a license to display the preprint in perpetuity. All rights reserved. No reuse allowed without permission.

## ABSTRACT

**Background:** Severe acute respiratory syndrome coronavirus 2 (SARS-CoV-2) infections and the resulting disease, coronavirus disease 2019 (COVID-19), have spread to millions of people globally. Multiple vaccine candidates are under development, but no vaccine is currently available.

**Methods:** Healthy adults 18–55 and 65–85 years of age were randomized in an ongoing, placebo-controlled, observer-blinded dose-escalation study to receive 2 doses at 21-day intervals of placebo or either of 2 lipid nanoparticle–formulated, nucleoside-modified RNA vaccine candidates: BNT162b1, which encodes a secreted trimerized SARS-CoV-2 receptor-binding domain, or BNT162b2, which encodes a prefusion stabilized membrane-anchored SARS-CoV-2 full-length spike. In each of 13 groups of 15 participants, 12 received vaccine and 3 received placebo. Groups were distinguished by vaccine candidate, age of participant, and vaccine dose level. Interim safety and immunogenicity data of BNT162b1 in younger adults have been reported previously from US and German trials. We now present additional safety and immunogenicity data from the US Phase 1 trial that supported selection of the vaccine candidate advanced to a pivotal Phase 2/3 safety and efficacy evaluation.

**Results:** In both younger and older adults, the 2 vaccine candidates elicited similar dose-dependent SARS-CoV-2–neutralizing geometric mean titers (GMTs), comparable to or higher than the GMT of a panel of SARS-CoV-2 convalescent sera. BNT162b2 was associated with less systemic reactogenicity, particularly in older adults.

**Conclusion:** These results support selection of the BNT162b2 vaccine candidate for Phase 2/3 large-scale safety and efficacy evaluation, currently underway.

**Key words:** COVID-19, SARS-CoV-2, vaccine, mRNA, adults

2

Exhibit 8 - Page 91

medRxiv preprint doi: https://doi.org/10.1101/2020.08.17.20176651; this version posted August 20, 2020. The copyright holder for this preprint (which was not certified by peer review) is the author/funder, who has granted medRxiv a license to display the preprint in perpetuity. All rights reserved. No reuse allowed without permission.

## INTRODUCTION

Since the first coronavirus disease 2019 (COVID-19) cases in Wuhan, China, in December 2019, pandemic illness has spread to millions of people globally. No COVID-19 vaccines are currently available, and they are urgently needed to combat escalating cases and deaths worldwide.[1]

In response, BioNTech and Pfizer launched an unprecedented and coordinated program to compare 4 RNA-based COVID-19 pandemic vaccine candidates in umbrella-type clinical studies conducted in Germany (BNT162-01) and the US (C4591001). The program was designed to support the selection of a single vaccine candidate and dose level for a pivotal global safety and efficacy trial. Based on initial clinical trial results in Germany,[2] 2 lipid nanoparticle–formulated,[3] nucleoside-modified RNA (modRNA)[4] vaccine candidates were evaluated in the US Phase 1 portion of the trial.[5] One of these, BNT162b1, encodes the SARS-CoV-2 receptor-binding domain (RBD), trimerized by the addition of a T4 fibritin foldon domain to increase its immunogenicity through multivalent display.[6,7,8] The other, BNT162b2, encodes the SARS-CoV-2 full-length spike, modified by 2 proline mutations (P2 S) to lock it in the prefusion conformation[9] to increase its potential to elicit virus-neutralizing antibodies.[10]

Previous publications have described assessment of BNT162b1 in 18–55 year old healthy adults at multiple dose levels.[2,5] Those studies indicated that well-tolerated dose levels of BNT162b1 efficiently elicited high titer, broad serum neutralizing responses, $T_H1$ phenotype $CD4^+$ T helper cell responses, and strong interferon γ (IFN-γ) and interleukin-2 (IL-2) producing $CD8^+$ cytotoxic T-cell responses. This ability to elicit both humoral and cell-mediated antiviral mechanisms makes BNT162b1 a promising vaccine candidate.

Here we report the full set of safety and immunogenicity data from the Phase 1 portion of an ongoing randomized, placebo-controlled, observer-blinded dose-escalation US trial that was used to select the final vaccine candidate, BNT162b2, as well as comparison of the safety and immunogenicity of both vaccine candidates (ClinicalTrials.gov identifier: NCT04368728). These data include evaluation of 10-μg, 20-μg, and 30-μg dose levels of BNT162b1 in 65–85 year old adults and of an additional 20-μg dose level in 18–55 year old adults. In addition, the safety, tolerability, and immunogenicity of BNT162b2 in both younger and older adults are compared to those of BNT162b1 at 10-μg, 20-μg, and 30-μg dose levels.

## METHODS

**Trial Objectives:** Safety and immunogenicity of varying dose levels of BNT162b1 and BNT162b2.

**Trial Participants:** Healthy adults 18–55 or 65–85 years of age were eligible for inclusion. Key exclusion criteria included: known infection with HIV, HCV, or HBV; immunocompromised; history of autoimmune disease; previous clinical or microbiological diagnosis of COVID-19; receipt of medications intended to prevent COVID-19; prior coronavirus vaccination; a positive test for SARS-CoV-2 IgM and/or IgG at the screening visit; and a SARS-CoV-2 nucleic acid amplification test (NAAT)-positive nasal swab within 24 hours before study vaccination.

3

Exhibit 8 - Page 92

medRxiv preprint doi: https://doi.org/10.1101/2020.08.17.20176651; this version posted August 20, 2020. The copyright holder for this preprint (which was not certified by peer review) is the author/funder, who has granted medRxiv a license to display the preprint in perpetuity. All rights reserved. No reuse allowed without permission.

**Trial Procedures:** Using an interactive web-based response technology system, study participants were randomly assigned to vaccine groups defined by vaccine candidate, dose level, and age range. Participants received two 0.5-mL injections into the deltoid of either BNT162b1, BNT162b2, or placebo, 21 days apart. The first 5 participants in each new dose level or age group were observed for 4 hours after vaccination to identify immediate adverse events (AEs). All other participants were observed for 30 minutes. Blood was collected for safety and/or immunogenicity assessments.

**Safety:** Primary endpoints presented include: the proportions of participants with solicited local reactions, systemic events, and use of antipyretic and/or pain medication within 7 days after vaccination recorded in an electronic diary; unsolicited AEs and serious adverse events (SAEs) from Dose 1 through 1 month after Dose 2; clinical laboratory abnormalities 1 and 7 days after vaccination; and grading shifts in laboratory assessments between baseline and 1 and 7 days after Dose 1 and between 2 and 7 days after Dose 2. There were protocol-specified safety stopping rules for all sentinel-cohort participants. An internal review committee and an external data monitoring committee reviewed all safety data.

**Immunogenicity:** Immunogenicity assessments (SARS-CoV-2 serum neutralization assay and RBD-binding or S1-binding IgG direct Luminex immunoassays) were assessed before vaccination, at 7 and 21 days after Dose 1, and 7 days (Day 21) and 14 days (Day 35) after Dose 2. The neutralization assay used a previously described strain of SARS-CoV-2 (USA_WA1/2020) that had been rescued by reverse genetics and engineered by the insertion of an mNeonGreen gene into open reading frame 7 of the viral genome.[11,12] The 50% neutralization titer ($NT_{50}$) was reported as the interpolated reciprocal of the dilution yielding a 50% reduction in fluorescent viral foci. One serum sample from the 30 µg BNT162b2 18-55 year old group, drawn 3 days after Dose 2 rather than 6 to 8 days after Dose 2 (as specified in the protocol), was excluded from the reported immunogenicity analysis. No other samples were reported to be drawn outside of the protocol-specified window.

Immunogenicity data from a human convalescent serum panel are included as a benchmark. Thirty-eight human SARS-CoV-2 infection/COVID-19 convalescent sera were drawn from donors 18 to 83 years of age, at least 14 days after a PCR-confirmed diagnosis and after symptom resolution. Neutralizing GMTs in subgroups of the donors were as follows: symptomatic infections – 90 (n=35); asymptomatic infections – 156 (n=3); hospitalized – 618 (n=1). The sera were obtained from Sanguine Biosciences (Sherman Oaks, CA), the MT Group (Van Nuys, CA), and Pfizer Occupational Health and Wellness (Pearl River, NY).

**Statistical Analysis:** In this report, safety and immunogenicity analyses are descriptive, and the sample size was not based on statistical hypothesis testing. Safety analyses are presented as counts, percentages, and associated Clopper-Pearson 95% confidence intervals (CIs) for local reactions, systemic events, and any AEs after vaccination according to MedDRA terms for each vaccine group. Summary statistics are provided for abnormal laboratory values and grading shifts.

Immunogenicity analyses of SARS-CoV-2 serum neutralizing titers, S1- and RBD-IgG binding concentrations, GMTs, and geometric mean concentrations (GMCs) were computed along with associated 95% CIs. The GMTs/GMCs were calculated as the mean of the assay results after making the logarithm transformation and then exponentiating the mean to express results on the

4

Exhibit 8 - Page 93

medRxiv preprint doi: https://doi.org/10.1101/2020.08.17.20176651; this version posted August 20, 2020. The copyright holder for this preprint (which was not certified by peer review) is the author/funder, who has granted medRxiv a license to display the preprint in perpetuity. All rights reserved. No reuse allowed without permission.

original scale. Two-sided 95% CIs were obtained by taking log transforms of titers or concentrations, calculating the 95% CI with reference to Student's t-distribution, and then exponentiating the confidence limits.

## RESULTS

### Disposition and Demographics

Between 04 May 2020 and 22 June 2020, 332 healthy males and nonpregnant females at 4 US sites (2 sites per vaccine candidate) were screened: 195 were randomized to 13 groups of 15 participants (12 received vaccine and 3 placebo per group) (Figure 1). Groups of 18–55 year old and 65–85 year old participants received 10-µg, 20-µg, or 30-µg dose levels of BNT162b1 or BNT162b2 on a 2-dose schedule, 21 days apart. One group of 18–55 year old participants received 1 dose of 100 µg BNT162b1 or placebo. Overall, participants were predominantly white (67%–100%) and non-Hispanic/non-Latinx (92%–100%) (Table 1). More older women than older men participated. The median age of younger participants was 35–37 years and of older participants was 68–69 years, depending on vaccine candidate.

### Safety

#### Reactogenicity

##### Local reactions

Participants 18–55 years old who received 10 or 30 µg BNT162b1 reported mild to moderate local reactions, primarily pain at the injection site, within 7 days after an injection, which were more frequent after Dose 2.[2,5] In 65–85 year olds, BNT162b1 elicited similar but milder local reactions, with mild to moderate injection site pain reported by 92% after Dose 1 and 75% after Dose 2 (Figure 2). A similar pattern was observed after vaccination with BNT162b2. No older adult who received BNT162b2 reported redness or swelling. No participant who received either BNT162 vaccine reported a Grade 4 local reaction.

##### Systemic events

Participants 18–55 years old who received 10 or 30 µg BNT162b1 frequently experienced mild to moderate fever and chills, with 75% reporting fever ≥38.0°C after Dose 2 of 30 µg (Figure 3 and Figure S1).[5] In 65–85 year old participants who received BNT162b1, systemic events were milder than in the younger participants, though many older participants reported fatigue and headache after Dose 1 or Dose 2, and 33% of older participants reported fever ≥38°C after Dose 2, including 1 older participant who reported fever (38.9–40.0°C; Figure 3 and Figure S2). Like local reactions, systemic events were dose-dependent, greater after Dose 2 than Dose 1, and transient. Symptoms generally peaked by Day 2 after vaccination and resolved by Day 7.

Systemic events in response to BNT162b2 were milder than those to BNT162b1 (Figures 3, S1, and S2). For example, only 17% of 18–55 year olds and 8% of 65–85 year olds reported fever (≥38.0–38.9°C) after Dose 2 of 30 µg BNT162b2. Severe systemic events (fatigue, headache,

5

Exhibit 8 - Page 94

medRxiv preprint doi: https://doi.org/10.1101/2020.08.17.20176651; this version posted August 20, 2020. The copyright holder for this preprint (which was not certified by peer review) is the author/funder, who has granted medRxiv a license to display the preprint in perpetuity. All rights reserved. No reuse allowed without permission.

chills, muscle pain, and joint pain) were reported in small numbers of younger BNT162b2 recipients, but no severe systemic events were reported by older BNT162b2 recipients. There were no reports of Grade 4 systemic events by any BNT162 recipient. Overall, systemic events reported by 65–85 year olds who received BNT162b2 were similar to those reported by those who received placebo after Dose 1.

**Adverse Events and Shifts in Laboratory Values**

Through 1 month after Dose 2, 50% of 18–55 year old participants who received 30 μg BNT162b1 reported related AEs compared to 11.1% of placebo recipients.[5] Among 65–85 year olds who received 30 μg BNT162b1 and 18–55 year olds who received 30 μg BNT162b2, 16.7% reported related AEs (Table S1). No 65–85 year old who received 30 μg BNT162b2 reported a related AE. No SAEs were reported, and no stopping rules were met as of the time of this report. The largest changes from baseline in laboratory values were transient decreases in lymphocyte counts, which resolved within a week after vaccination (Figure S3) and were not associated with clinical manifestations.

**Immunogenicity**

The serological responses elicited by BNT162b1 and BNT162b2 were similar. Antigen-binding IgG and neutralizing responses to vaccination with 10 μg to 30 μg of BNT162b1 or BNT162b2 were boosted by Dose 2 in both younger[2,5] and older adults, showing clear benefit of a second dose (Figure 4a). Both vaccines elicited lower antigen-binding IgG and neutralizing responses in 65–85 year olds compared to 18–55 year olds (Figure 4). For example, neutralizing GMTs at Day 28 (7 days post Dose 2) of older adults who received 30 μg of BNT162b1 or BNT162b2 were 0.38 and 0.41 times, respectively, the GMTs of the corresponding younger adult cohorts (Figure 4b). Although there was a clear dose-level response between 10 μg and 20 μg of either vaccine candidate, a dose-level response between 20 μg and 30 μg was not consistent by vaccine candidate or by age group (Figure 4). Neutralizing GMTs measured 7 days after Dose 2 of 30 μg BNT162b1 or BNT162b2 ranged from 1.1 to 1.6 times the convalescent serum panel GMT in 65–85 year olds and from 2.8 to 3.8 times the convalescent serum panel GMT in 18–55 year olds.

**DISCUSSION**

Previously reported data from vaccination of 18–55 year old adults with 10 μg or 30 μg of BNT162b1 suggested that it could be a promising COVID-19 vaccine candidate.[2,5] Consistent with our strategy to evaluate several RNA vaccine candidates and make a data-driven decision to advance the candidate with the best safety and immunogenicity profile, we compared clinical data obtained after vaccination with BNT162b1,[2,5] which encodes the RBD, or with BNT162b2, which expresses the full-length spike. The data set presented here guided our decision to advance BNT162b2 at the 30-μg dose level into the Phase 2/3, global safety and efficacy evaluation in participants 18–85 years of age.

The primary consideration driving this decision was the milder systemic reactogenicity profile of BNT162b2, particularly in older adults, in the context of comparable antibody responses elicited

6

Exhibit 8 - Page 95

medRxiv preprint doi: https://doi.org/10.1101/2020.08.17.20176651. this version posted August 20, 2020. The copyright holder for this preprint (which was not certified by peer review) is the author/funder, who has granted medRxiv a license to display the preprint in perpetuity. All rights reserved. No reuse allowed without permission.

by both candidate vaccines. Short-lived declines in postvaccination lymphocyte counts were without evidence of associated clinical impact, were observed across age groups, and likely reflect temporary redistribution of lymphocytes from the bloodstream to lymphoid tissues as a functional response to the immune stimulation of immunization.[13,14,15,16] The observation of a modRNA vaccine candidate at the selected, relatively low dose level of 30 µg that is both very immunogenic and well tolerated is unexpected for a modRNA vaccine candidate targeting an infectious disease.[17,18] Lipid composition of the LNPs, formulation components or sequence selection for the RNA backbone and/or antigen target could influence the tolerability profile. The reason for the lower reactogenicity of BNT162b2 compared to BNT162b1 is not certain, given that BNT162b1 and BNT162b2 share the same modRNA platform, RNA production and purification processes, and LNP formulation. They differ in the nucleotide sequences encoding the vaccine antigens and in the overall size of the RNA constructs, resulting in approximately five times the number of RNA molecules in 30 µg of BNT162b1 compared to 30 µg of BNT162b2. The nucleotide composition of RNA appears to affect its immune stimulatory activity and reactogenicity profile.[19]

The immune responses elicited by BNT162b1 and BNT162b2 were similar. As observed with other vaccines and likely associated with immunosenescence,[20,21] the immunogenicity of both vaccine candidates decreased with age, eliciting lower humoral responses in 65–85 year olds than in 18–55 year olds. Nevertheless, at 7 days after Dose 2, the neutralizing GMT elicited by 30 µg BNT162b2 in older adults, despite being only 0.41 times the GMT of younger adults, still exceeded the GMT of the convalescent serum panel. Based on the responses to 30 µg of BNT162b1 (Figure 4b), neutralizing GMTs elicited by BNT162b2 are expected to further increase from 7 to 14 days after Dose 2 (Day 35). At this time point, the GMT elicited by BNT162b1 was 4.6 times the GMT of the convalescent serum panel.[5]

A subtle difference in the humoral response to BNT162b1 and BNT162b2 is an apparent dose-response plateau for both vaccines in younger adults, but only for BNT162b1 in older adults. The more reactogenic regimens are associated with an apparent dose-response plateau. RNA vaccines require vaccine RNA translation in the host to express antigen, thus higher reactogenicity may be associated with an innate immune shutdown of host cell translation that can result in suboptimal antigen presentation and lower immunogenicity.

This study and interim report have several limitations. First, at the time of publication, data on immune responses or safety beyond 7 days after Dose 2 were not available. Second, we do not yet know the relative importance of humoral and cellular immunity in protection from COVID-19. Although strong cell-mediated immune responses ($T_H1$-biased $CD4^+$ and $CD8^+$) elicited by BNT162b1 have been observed and reported from the German trial,[2] cellular immune responses elicited by BNT162b2 are still being studied and will be reported separately. We anticipate that the full-length spike encoded by BNT162b2 will present a greater diversity of T-cell epitopes than does the much smaller RBD encoded by BNT162b1. This may lead to stronger and more consistent cellular responses to BNT162b2. Third, although the serum neutralizing responses elicited by the vaccine candidates relative to those elicited by natural infection are highly encouraging, the degree of protection against COVID-19 provided by this or any other benchmark is unknown. Finally, participants in this early-stage clinical study were healthy and in groups too small to reflect the diversity of those in need of a COVID-19 vaccine.

7

Exhibit 8 - Page 96

medRxiv preprint doi: https://doi.org/10.1101/2020.08.17.20176651. this version posted August 20, 2020. The copyright holder for this preprint (which was not certified by peer review) is the author/funder, who has granted medRxiv a license to display the preprint in perpetuity. All rights reserved. No reuse allowed without permission.

Many of the limitations to this study are now being addressed in the global Phase 2/3 portion of this study, while we expand our RNA vaccine manufacturing and distribution capacity. In this pivotal study, we are assessing the safety and efficacy of 2 doses of 30 µg BNT162b2 in up to 30,000 participants (randomized 1:1 with placebo) from diverse backgrounds, including individuals with stable chronic underlying health conditions, individuals at increased risk due to occupational exposure, and individuals from racial and ethnic backgrounds at higher risk for severe COVID-19.[22]

### Role of the funding source

BioNTech is the sponsor of the study. Pfizer was responsible for the design, data collection, data analysis, data interpretation, and writing of the report. The corresponding authors had full access to all the data in the study and had final responsibility for the decision to submit the data for publication. All study data were available to all authors.

### Disclosure

These data are interim data from an ongoing study, with the database not locked. Data have not yet been source verified or subjected to standard quality check procedures that would occur at the time of database lock and may therefore be subject to change.

### Data sharing statement

Upon request, and subject to review, Pfizer will provide the data that support the findings of this study. Subject to certain criteria, conditions, and exceptions, Pfizer may also provide access to the related individual anonymized participant data. See https://www.pfizer.com/science/clinical-trials/trial-data-and-results for more information.

### Acknowledgements

The authors would like to thank Carol Monahan and Deb Gantt (Pfizer Inc) for writing and editorial support, James Trammel (Pfizer Inc) for statistical analysis support in the generation of this manuscript, and Tricia Newell (ICON plc, North Wales, PA) for editorial support.

We would like to thank all the participants who volunteered for this study. We also acknowledge the following individuals for their contributions to this work:

NYU Langone Vaccine Center: Angelica Kottkamp, MD, Ramin Herati, MD, Rebecca Pellet Madan, MD, Mary Olson, DNP, ANP-BC, Marie Samanovic-Golden, PhD, Elisabeth Cohen, MD, Amber Cornelius, MS, Laura Frye, MPH, Heekoung Youn, RN, CCRC, MA, Baby Jane Fran, RN, Kanika Ballani, PharmD, MBA, Natalie Veling, RN, Juanita Erb, RN, BSN, MPA, Mahnoor Ali, BA, Lisa Zhao, BA, Stephanie Rettig, MPH, Hibah Khan, MPA, Harry Lambert, BA, Kelly Hu, BA, and Jonathan Hyde, BS. Staffing services were supported in part by an NYU CTSA grant (UL1 TR001445) from the National Center for Advancing Translational Sciences, National Institutes of Health.

Exhibit 8 - Page 97

medRxiv preprint doi: https://doi.org/10.1101/2020.08.17.20176651.this version posted August 20, 2020. The copyright holder for this preprint (which was not certified by peer review) is the author/funder, who has granted medRxiv a license to display the preprint in perpetuity. All rights reserved. No reuse allowed without permission.

Center for Vaccine Development and Global Health, University of Maryland School of Medicine: Monica McArthur, MD, PhD, Justin Ortiz, MD, MS, FACP, FCCP, Rekha Rapaka, MD, Linda Wadsworth, RN, Ginny Cummings, RN, Toni Robinson, RN, Nancy Greenberg, RN, Lisa Chrisley, RN, Wanda Somrajit, RN, Jennifer Marron, RN, BSN, MS, Constance Thomas, RN, Kelly Brooks, RN, Lisa Turek, RN, Patricia Farley, RN, Staci Eddington, Panagiota Komninou, Mardi Reymann, Kathy Strauss, Biraj Shrestha, Sudhaunshu Joshi, Robin Barnes, RN, Roohali Sukhavasi, Myounghee Lee, PharmD, Alyson Kwon, and Terry Sharp.

University of Rochester and Rochester General Hospital: Emily Pierce, RN, Mary Criddle, RN, Maryrose Laguio-Vila, MD, Megan Helf, MS, Madison Murphy BS, Maria Formica, MS, and Sarah Korones, MD.

Cincinnati Children's Hospital: Amy Cline, RN, Susan Parker, RN, and Michelle Dickey, APRN, Kristen Buschle, APRN.

Pfizer Inc: Andrea Cawein, John L. Perez, MD, MSc, Harpreet Seehra, Dina Tresnan, DVM, PhD, Robert Maroko, MD, Helen Smith, Sarah Tweedy, Amy Jones, Greg Adams, Rabia Malick, Emily Worobetz, Erica Weaver, Liping Zhang, Carmel Devlin, Donna Boyce, Elisa Harkins Tull, Mark Boaz, Michael Cruz, Vaccines Clinical Assay Team, and Vaccines Assay Development Team.

BioNTech: Corinna Rosenbaum, Christian Miculka, Andreas Kuhn, Ferdia Bates, Paul Strecker, and Alexandra Kemmer-Brück.

9

Exhibit 8 - Page 98

medRxiv preprint doi: https://doi.org/10.1101/2020.08.17.20176651 this version posted August 20, 2020. The copyright holder for this preprint (which was not certified by peer review) is the author/funder, who has granted medRxiv a license to display the preprint in perpetuity. All rights reserved. No reuse allowed without permission.

## References

1. Johns Hopkins University Coronavirus Resource Center. COVID-19 dashboard by the Center for Systems Science and Engineering (CSSE) at Johns Hopkins University (JHU). https://coronavirus.jhu.edu/map.html (2020).

2. Sahin U, Muik A, Derhovanessian E, et al. Concurrent human antibody and $T_H1$ type T-cell responses elicited by a COVID-19 RNA vaccine. July 20, 2020 (https://www.medrxiv.org/content/10.1101/2020.07.17.20140533v1). preprint.

3. Pardi N, Tuyishime S, Muramatsu H, et al. Expression kinetics of nucleoside-modified mRNA delivered in lipid nanoparticles to mice by various routes. J Control Release 2015;217:345-351.

4. Kariko K, Muramatsu H, Welsh FA, et al. Incorporation of pseudouridine into mRNA yields superior nonimmunogenic vector with increased translational capacity and biological stability. Mol Ther 2008;16(11):1833-1840.

5. Mulligan MJ, Lyke KE, Kitchin N, et al. Phase 1/2 study to describe the safety and immunogenicity of a COVID-19 RNA vaccine candidate (BNT162b1) in adults 18 to 55 years of age: interim report. [published online ahead of print August 12, 2020] Nature 2020.

6. He Y, Zhou Y, Liu S, et al. Receptor-binding domain of SARS-CoV spike protein induces highly potent neutralizing antibodies: implication for developing subunit vaccine. Biochem Biophys Res Commun 2004;324(2):773-781.

7. Güthe S, Kapinos L, Möglich A, Meier S, Grzesiek S, Kiefhaber T. Very fast folding and association of a trimerization domain from bacteriophage T4 fibritin. J Mol Biol 2004;337(4):905-915.

8. Bachmann MF, Zinkernagel RM. Neutralizing antiviral B cell responses. Annu Rev Immunol 1997;15:235-270.

9. Wrapp D, Wang N, Corbett KS, et al. Cryo-EM structure of the 2019-nCoV spike in the prefusion conformation. Science 2020;367(6483):1260-1263.

10. Pallesen J, Wang N, Corbett KS, et al. Immunogenicity and structures of a rationally designed prefusion MERS-CoV spike antigen. Proc Natl Acad Sci USA 2017;114(35):E7348-7357.

11. Xie X, Muruato A, Lokugamage KG, et al. An infectious cDNA clone of SARS-CoV-2. Cell Host Microbe 2020;27(5):841-848.

12. Muruato AE, Fontes-Garfias CR, Ren P, et al. A high throughput neutralizing antibody assay. May 22, 2020 (https://www.biorxiv.org/content/10.1101/2020.05.21.109546v1). preprint.

13. Foster GR, Masri SH, David R, et al. IFN-□ subtypes differentially affect human T cell motility. J Immunol 2004;173(3):1663-1670.

14. Hopkins RJ, Daczkowski NF, Kaptur PE, et al. Randomized, double-blind, placebo-controlled, safety and immunogenicity study of 4 formulations of anthrax vaccine adsorbed plus CPG 7909 (AV7909) in healthy adult volunteers. Vaccine 2013;31(30):3051-3058.

15. Regules JA, Beigel JH, Paolino KM, et al. A recombinant vesicular stomatitis virus Ebola vaccine. N Engl J Med 2017;376(4):330-341.

16. Lai L, Davey R, Beck A, et al. Emergency postexposure vaccination with vesicular stomatitis virus-vectored Ebola vaccine after needlestick. JAMA 2015;313(12):1249-1255.

10

Exhibit 8 - Page 99

medRxiv preprint doi: https://doi.org/10.1101/2020.08.17.20176651; this version posted August 20, 2020. The copyright holder for this preprint (which was not certified by peer review) is the author/funder, who has granted medRxiv a license to display the preprint in perpetuity. All rights reserved. No reuse allowed without permission.

17. Feldman RA, Fuhr R, Smolenov I, et al. mRNA vaccines against H10N8 and H7N9 influenza viruses of pandemic potential are immunogenic and well tolerated in healthy adults in phase 1 randomized clinical trials.  Vaccine 2019;37:3326-3334.

18. Jackson LA, Anderson EJ, Rouphael NG, et al.  An mRNA vaccine against SARS-CoV-2 – preliminary report.  [published online ahead of print, July 14, 2020] N Engl J Med 2020.

19. Kondili M, Roux M, Vabret N, Bailly-Bechet M. Innate immune system activation by viral RNA: how to predict it? Virology 2016;488:169-178.

20. Munoz N, Manalastas R, Pitisuttihum P, et al.  Safety, immunogenicity, and efficacy of quadrivalent human papillomavirus (types 6, 11, 16, 18) recombinant vaccine in women aged 24-45 years: a randomised, double-blind trial. Lancet 2009;373:1949-1957.

21. Boraschi D, Del Giudice G, Dutel C, Ivanoff B, Rappuoli R, Grubeck-Loebenstein B. Ageing and immunity: addressing immune senescence to ensure healthy ageing. Vaccine 2010;28(21):3627-3631.

22. Stokes EK, Zambrano LD, Anderson, KN, et al. Coronavirus disease 2019 case surveillance — United States, January 22–May 30, 2020. MMWR Morb Mortal Wkly Rep 2020;69(24):759-765.

Exhibit 8 - Page 100

medRxiv preprint doi: https://doi.org/10.1101/2020.08.17.20176651.this version posted August 20, 2020. The copyright holder for this preprint (which was not certified by peer review) is the author/funder, who has granted medRxiv a license to display the preprint in perpetuity.
All rights reserved. No reuse allowed without permission.

## Tables

| Vaccine Group | 18–55 Years of Age | | | | | | 65–85 Years of Age | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **BNT162b1** | 10 µg (n=12) | 20 µg (n=12) | 30 µg (n=12) | 100 µg (n=12) | Placebo (n=12) | Total (n=60) | 10 µg (n=12) | 20 µg (n=12) | 30 µg (n=12) | Placebo (n=9) | Total (n=45) |
| Sex, n (%) | | | | | | | | | | | |
| Male | 7 (58.3) | 9 (75.0) | 6 (50.0) | 5 (41.7) | 7 (58.3) | 34 (56.7) | 4 (33.3) | 4 (33.3) | 4 (33.3) | 1 (11.1) | 13 (28.9) |
| Female | 5 (41.7) | 3 (25.0) | 6 (50.0) | 7 (58.3) | 5 (41.7) | 26 (43.3) | 8 (66.7) | 8 (66.7) | 8 (66.7) | 8 (88.9) | 32 (71.1) |
| Race, n (%) | | | | | | | | | | | |
| White | 8 (66.7) | 11 (91.7) | 10 (83.3) | 11 (91.7) | 11 (91.7) | 51 (85.0) | 12 (100.0) | 11 (91.7) | 10 (83.3) | 9 (100.0) | 42 (93.3) |
| Black or African American | 1 (8.3) | 1 (8.3) | 0 | 0 | 0 | 2 (3.3) | 0 | 1 (8.3) | 0 | 0 | 1 (2.2) |
| Asian | 3 (25.0) | 0 | 2 (16.7) | 1 (8.3) | 1 (8.3) | 7 (11.7) | 0 | 0 | 2 (16.7) | 0 | 2 (4.4) |
| Ethnicity, n (%) | 1 (8.3) | 0 | 1 (8.3) | 0 | 0 | 2 (3.3) | 0 | 0 | 0 | 1 (11.1) | 1 (2.2) |
| Hispanic/Latinx | 1 (8.3) | 0 | 1 (8.3) | 0 | 0 | 2 (3.3) | 0 | 0 | 0 | 1 (11.1) | 1 (2.2) |
| Age at Vaccination, y | | | | | | | | | | | |
| Mean ± SD | 29.4 ± 6.39 | 44.8 ± 8.33 | 35.8 ± 9.96 | 38.3 ± 9.34 | 36.3 ± 11.26 | 36.9 ± 10.19 | 69.7 ± 5.40 | 70.6 ± 4.94 | 69.9 ± 3.55 | 68.2 ± 2.95 | 69.7 ± 4.34 |
| Median (range) | 26.5 (24–42) | 49.0 (30–54) | 33.5 (23–52) | 38.0 (25–53) | 35.0 (19–54) | 35.0 (19–54) | 68.5 (65–82) | 69.0 (65–82) | 69.0 (65–77) | 68.0 (65–73) | 69.0 (65–82) |
| **BNT162b2** | 10 µg (n=12) | 20 µg (n=12) | 30 µg (n=12) | 100 µg (n=0) | Placebo (n=9) | Total (n=45) | 10 µg (n=12) | 20 µg (n=12) | 30 µg (n=12) | Placebo (n=9) | Total (n=45) |
| Sex, n (%) | | | | | | | | | | | |
| Male | 5 (41.7) | 6 (50.0) | 3 (25.0) | – | 5 (55.6) | 19 (42.2) | 2 (16.7) | 5 (41.7) | 6 (50.0) | 4 (44.4) | 17 (37.8) |
| Female | 7 (58.3) | 6 (50.0) | 9 (75.0) | – | 4 (44.4) | 26 (57.8) | 10 (83.3) | 7 (58.3) | 6 (50.0) | 5 (55.6) | 28 (62.2) |
| Race, n (%) | | | | | | | | | | | |
| White | 11 (91.7) | 10 (83.3) | 9 (75.0) | – | 9 (100.0) | 39 (86.7) | 12 (100.0) | 12 (100.0) | 12 (100.0) | 9 (100.0) | 45 (100.0) |
| Black or African American | 0 | 2 (16.7) | 1 (8.3) | – | 0 | 3 (6.7) | 0 | 0 | 0 | 0 | 0 |
| Asian | 1 (8.3) | 0 | 2 (16.7) | – | 0 | 3 (6.7) | 0 | 0 | 0 | 0 | 0 |
| Ethnicity, n (%) | | | | | | | | | | | |
| Non-Hispanic/Latinx | 11 (91.7) | 11 (91.7) | 12 (100.0) | | 9 (100.0) | 43 (95.6) | 12 (100.0) | 12 (100.0) | 12 (100.0) | 9 (100.0) | 45 (100.0) |
| Age at Vaccination, y | | | | | | | | | | | |
| Mean ± SD | 36.8 ± 12.20 | 37.6 ± 10.07 | 37.3 ± 9.85 | – | 34.4 ± 13.22 | 36.7 ± 10.95 | 68.0 ± 2.89 | 71.0 ± 5.82 | 68.5 ± 2.81 | 70.0 ± 3.84 | 69.3 ± 4.09 |
| Median (range) | 37.0 (21–53) | 38.0 (23–53) | 36.5 (23–54) | – | 30.0 (19–53) | 37.0 (19–54) | 67.0 (65–73) | 68.5 (65–81) | 68.0 (65–74) | 69.0 (65–77) | 68.0 (65–81) |

**Table 1 |** Participant demographics for BNT162b1 and BNT162b2

12

Exhibit 8 - Page 101

medRxiv preprint doi: https://doi.org/10.1101/2020.08.17.20176651; this version posted August 20, 2020. The copyright holder for this preprint (which was not certified by peer review) is the author/funder, who has granted medRxiv a license to display the preprint in perpetuity. All rights reserved. No reuse allowed without permission.

# Figures



**Figure 1 | Disposition of participants.** Participants not assigned were screened but not randomized because enrollment had closed.

13

Exhibit 8 - Page 102

medRxiv preprint doi: https://doi.org/10.1101/2020.08.17.20176651.this version posted August 20, 2020. The copyright holder for this preprint (which was not certified by peer review) is the author/funder, who has granted medRxiv a license to display the preprint in perpetuity. All rights reserved. No reuse allowed without permission.



**Figure 2 | Local reactions reported within 7 days after vaccination by age group (a. 18–55 years of age; b. 65–85 years of age).** Solicited injection-site (local) reactions were collected with electronic diaries for 7 days after each vaccination. Pain at injection site scale - mild: does not interfere with activity; moderate: interferes with activity; severe: prevents daily activity; Grade 4: emergency room visit or hospitalization. Redness and swelling scale - mild: 2.0 to 5.0 cm in diameter; moderate: >5.0 to 10.0 cm in diameter; severe: >10.0 cm in diameter; Grade 4: necrosis or exfoliative dermatitis for redness, and necrosis for swelling. 10 = 10 µg; 20 = 20 µg; 30 = 30 µg; P = placebo; B1 – BNT162b1; B2 – BNT162b2.

14

Exhibit 8 - Page 103

medRxiv preprint doi: https://doi.org/10.1101/2020.08.17.20176651. this version posted August 20, 2020. The copyright holder for this preprint (which was not certified by peer review) is the author/funder, who has granted medRxiv a license to display the preprint in perpetuity.
All rights reserved. No reuse allowed without permission.



**Figure 3 | Select systemic events reported within 7 days after vaccination (a. 18–55 years of age; b. 65–85 years of age).** Fever, chills, and fatigue reported here. Headache, vomiting, diarrhea, muscle pain, and joint pain reported in Figure S1. Systemic events were collected with electronic diaries for 7 days after each vaccination. Fever scale as indicated in the key. Chills and fatigue scale - mild: does not interfere with activity; moderate: some interference with activity; severe: prevents daily activity; Grade 4: emergency room visit or hospitalization. 10 = 10 µg; 20 = 20 µg; 30 = 30 µg; P = placebo; B1 – BNT162b1; B2 – BNT162b2.

15

Exhibit 8 - Page 104

medRxiv preprint doi: https://doi.org/10.1101/2020.08.17.20176651.this version posted August 20, 2020. The copyright holder for this preprint (which was not certified by peer review) is the author/funder, who has granted medRxiv a license to display the preprint in perpetuity. All rights reserved. No reuse allowed without permission.



**Figure 4 | Immunogenicity of BNT162b1 and BNT162b2.** Participants in groups of 15 were vaccinated with the indicated dose levels of either BNT162b vaccine candidate (n=12) or with placebo (n=3) on Days 1 and 21. Reponses in placebo recipients for each of the dosing groups are combined (P). The 28-day blood collection is 7 days after the second vaccination. Sera were obtained before vaccination (Day 1) and 21, and 28 days after the first vaccination. Day 35 is shown only for the 10 µg and 30 µg BNT162b1 (18–55 years) groups. Human COVID-19 convalescent sera (HCS, n=38) were obtained at least 14 days after polymerase chain reaction-confirmed diagnosis and at a time when the donors were asymptomatic. a. Geometric mean concentrations (GMCs) of recombinant S1-binding IgG. Lower limit of quantitation (LLOQ) is 1.267. b. 50% SARS-CoV-2–neutralizing geometric mean titers (GMTs). LLOQ is 20. Each data point represents a serum sample, and each vertical bar represents a geometric mean with 95% CI. The numbers above the bars are the GMCs or GMTs for the group. Arrows indicate timing of vaccination (blood draws were conducted prior to vaccination on vaccination days).

16

Exhibit 8 - Page 105

Case 3:20-cv-01958-H-AHG   Document 103-3   Filed 03/30/21   PageID.123   Page 106 of 109

## SUPPLEMENTARY APPENDIX



**Figure S1 | Systemic events reported within 7 days after vaccination, 18–55 years of age.** Systemic events were collected with electronic diaries for 7 days after each vaccination. Fever scale as indicated in the key. Fatigue, headache, chills, new or worsened muscle pain, new or worsened joint pain (mild: does not interfere with activity; moderate: some interference with activity; severe: prevents daily activity), vomiting (mild: 1 to 2 times in 24 hours; moderate: >2 times in 24 hours; severe: requires intravenous hydration) and diarrhea (mild: 2 to 3 loose stools in 24 hours; moderate: 4 to 5 loose stools in 24 hours; severe: 6 or more loose stools in 24 hours); Grade 4 for all events: emergency room visit or hospitalization;  10 = 10 µg; 20 = 20 µg; 30 = 30 µg; P = placebo; B1 – BNT162b1; B2 – BNT162b2. A second dose of BNT162b1 100 µg was not given to participants in the 18–55 year old group because of unsatisfactory tolerability after the first dose.

17

Exhibit 8 - Page 106

medRxiv preprint doi: https://doi.org/10.1101/2020.08.17.20176651.this version posted August 20, 2020. The copyright holder for this preprint (which was not certified by peer review) is the author/funder, who has granted medRxiv a license to display the preprint in perpetuity. All rights reserved. No reuse allowed without permission.



**Figure S2 | Systemic events reported within 7 days after vaccination, 65–85 years of age.** Systemic events were collected with electronic diaries for 7 days after each vaccination. Fever scale as indicated in the key. Fatigue, headache, chills, new or worsened muscle pain, new or worsened joint pain (mild: does not interfere with activity; moderate: some interference with activity; severe: prevents daily activity), vomiting (mild: 1 to 2 times in 24 hours; moderate: >2 times in 24 hours; severe: requires intravenous hydration) and diarrhea (mild: 2 to 3 loose stools in 24 hours; moderate: 4 to 5 loose stools in 24 hours; severe: 6 or more loose stools in 24 hours); Grade 4 for all events: emergency room visit or hospitalization; 10 = 10 µg; 20 = 20 µg; 30 = 30 µg; P = placebo; B1 – BNT162b1; B2 – BNT162b2. A second dose of BNT162b1 100 µg was not given to participants in the 18–55 year old group because of unsatisfactory tolerability after the first dose.

18

Exhibit 8 - Page 107

medRxiv preprint doi: https://doi.org/10.1101/2020.08.17.20176651.this version posted August 20, 2020. The copyright holder for this preprint (which was not certified by peer review) is the author/funder, who has granted medRxiv a license to display the preprint in perpetuity.
All rights reserved. No reuse allowed without permission.



**Figure S3 | Postvaccination changes in lymphocyte count over time.** Figure represents box-and-whisker plots for observed values at the following time points: Dose 1/Day 1-3: ~1 day after Dose 1; Dose 2/Day 6-8: ~7 days after Dose 1; Pre-Dose 2: before Dose 2; Dose 2/Day 6-8: ~ 7 days after Dose 2. Symbols denote group means – O: placebo; +: 10 μg; X: 20 μg; △: 30 μg;   : 100 μg. Center line of box denotes median; lower and upper edges denote first and third quartiles; lower and upper whiskers denote minimum and maximum. **a.** BNT162b12 18–55 years of age; **b.** BNT162b1 65–85 years of age; **c.** BNT162b2 18–55 years of age; **d.** BNT162b2 65–85 years of age.

19

Exhibit 8 - Page 108

medRxiv preprint doi: https://doi.org/10.1101/2020.08.17.20176651 this version posted August 20, 2020. The copyright holder for this preprint (which was not certified by peer review) is the author/funder, who has granted medRxiv a license to display the preprint in perpetuity. All rights reserved. No reuse allowed without permission.

| BNT162b1 | 18–55 Years of Age | | | | | 65–85 Years of Age | | | |
|---|---|---|---|---|---|---|---|---|---|
| | 10 µg (n=12) | 20 µg (n=12) | 30 µg (n=12) | 100 µg (n=12) | Placebo (n=12) | 10 µg (n=12) | 20 µg (n=12) | 30 µg (n=12) | Placebo (n=9) |
| Any event, n (%) | 6 (50.0) | 4 (33.3) | 6 (50.0) | 7 (58.3) | 2 (16.7) | 6 (50.0) | 6 (50.0) | 3 (25.0) | 3 (33.3) |
| Related | 3 (25.0) | 3 (25.0) | 6 (50.0) | 6 (50.0) | 1 (8.3) | 3 (25.0) | 3 (25.0) | 2 (16.7) | 1 (11.1) |
| Severe | 0 | 0 | 1 (8.3) | 1 (8.3) | 0 | 0 | 1 (8.3) | 1 (8.3) | 0 |
| Life-threatening | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Any SAE, n (%) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Any AE leading to withdrawal, n (%) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Death, n (%) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

| BNT162b2 | 18–55 Years of Age | | | | | 65–85 Years of Age | | | |
|---|---|---|---|---|---|---|---|---|---|
| | 10 µg (n=12) | 20 µg (n=12) | 30 µg (n=12) | 100 µg (n=0) | Placebo (n=9) | 10 µg (n=12) | 20 µg (n=12) | 30 µg (n=12) | Placebo (n=9) |
| Any event, n (%) | 4 (33.3) | 4 (33.3) | 4 (33.3) | – | 2 (22.2) | 1 (8.3) | 1 (8.3) | 3 (25.0) | 1 (11.1) |
| Related | 2 (16.7) | 4 (33.3) | 2 (16.7) | – | 1 (11.1) | 0 | 1 (8.3) | 0 | 0 |
| Severe | 0 | 0 | 1 (8.3) | – | 0 | 0 | 0 | 1 (8.3) | 1 (11.1) |
| Life-threatening | 0 | 0 | 0 | – | 0 | 0 | 0 | 0 | 0 |
| Any SAE, n (%) | 0 | 0 | 0 | – | 0 | 0 | 0 | 0 | 0 |
| Any AE leading to withdrawal, n (%) | 0 | 0 | 0 | – | 0 | 0 | 0 | 0 | 0 |
| Death, n (%) | 0 | 0 | 0 | – | 0 | 0 | 0 | 0 | 0 |

**Table S1 | Adverse events by age group and vaccine candidate.** AE=adverse event. Related AE=adverse event that in the opinion of the investigator was possibly related to study vaccine. SAE=serious adverse event.

Exhibit 8 - Page 109