TROUTMAN PEPPER HAMILTON SANDERS LLP
Ben Lewis Wagner,* Bar No. 243594
ben.wagner@troutman.com
Christopher Franich, Bar No. 285720
chris.franich@troutman.com
11682 El Camino Real, Suite 400
San Diego, CA  92130-2092
Telephone: 858.509.6000
Facsimile:  858.509.6040
*Lead Counsel

TROUTMAN PEPPER HAMILTON SANDERS LLP
*Pro hac vice forthcoming*
Robert Schaffer, NY Bar No. 1968445
robert.schaffer@troutman.com
875 Third Avenue
New York, NY  10022
Telephone: 212.704.6000
Facsimile:  212.704.6288

Attorneys for Plaintiff
Allele Biotechnology and Pharmaceuticals, Inc.

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Allele Biotechnology and Pharmaceuticals, Inc., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>Pfizer, Inc., a Delaware corporation; BioNTech SE, a German company; BioNTech US, Inc., a Delaware corporation; and DOES 1-30<br><br>Defendants. | Case No.  20-cv-01958-H-AHG<br><br>**JOINT MOTION RE SERVICE AND RESPONSIVE PLEADINGS DEADLINES** |

1  WHEREAS Pfizer, Inc., a Delaware corporation, was served with a copy of
2  the summons and complaint on December 4, 2020;
3  WHEREAS BioNTech US, Inc., a Delaware corporation, referred to together
4  with Pfizer, Inc., as the "US Defendants," received a copy of the summons and
5  complaint on December 8, 2020;
6  WHEREAS the US Defendants' responses would currently be due December
7  28 and December 29 if personal service on them was made, respectively;
8  WHEREAS the US Defendants have stated that in light of both the holidays
9  and their clients' schedule for distribution of COVID-19 vaccines, they believe a
10 modest extension is appropriate to ensure adequate time to evaluate the Complaint
11 and prepare their responses;
12 WHEREAS BioNTech SE, a German company ("BioNTech SE"), has not
13 yet been served but, under the present circumstances, would be agreeable in this
14 case to following the service provisions and timing of Federal Rule of Civil
15 Procedure 4(d);
16 WHEREAS the parties are agreeable to certain mutual accommodations
17 regarding completion of outstanding service and dates for responsive pleadings,
18 reserving all rights and defenses to the Defendants other than the effectiveness of
19 service;
20 WHEREAS no prior extension has been requested in this case;
21 NOW THEREFORE, the parties hereby agree and stipulate that the US
22 Defendants shall have until February 8, 2021, to answer, move or otherwise
23 respond to the complaint, and BioNTech SE will promptly return a waiver of

TROUTMAN PEPPER HAMILTON SANDERS LLP
11682 EL CAMINO REAL
SUITE 400
SAN DIEGO, CA 92130-2092

service request made pursuant to Fed. R. Civ. P. 4(d), with all defenses reserved to the Defendants except as to ineffective service.

Dated: December 15, 2020

Respectfully Submitted,

TROUTMAN PEPPER HAMILTON SANDERS LLP

   */s/ Ben Lewis Wagner*
Ben Lewis Wagner

Attorneys for Plaintiff
Allele Biotechnology & Pharmaceuticals, Inc.

   */s/ David J. Noonan*

NOONAN LANCE BOYER & BANACH
David J. Noonan
701 Island Avenue, Suite 400
San Diego, CA 92101
Telephone: 619-780-0880
Facsimile: 619-780-0877

*Pro hac vice forthcoming*
WILLIAMS & CONNOLLY LLP
Thomas H. L. Selby
Stanley E. Fisher
725 Twelfth Street, N.W.
Washington, DC 20005
Telephone: 202-434-5000
Facsimile: 202-434-5029

*Attorneys for Defendant Pfizer, Inc.*

   */s/ Elizabeth L. Brann*

PAUL HASTINGS LLP
Elizabeth L. Brann, CA Bar No. 222873
elizabethbrann@paulhastings.com
4747 Executive Drive, 12th Floor
San Diego, CA 92121
Telephone: (858) 458-3000
Facsimile: (858) 458-3005

*Pro hac vice forthcoming*
Bruce M. Wexler, NY Bar No. 2529030
brucewexler@paulhastings.com
Merri C. Moken, MA Bar No. 660945
merrimoken@paulhastings.com
200 Park Avenue
New York, NY 10166
Telephone: (212) 318-6000
Facsimile: (212) 319-4090

*Attorneys for Defendants*
*BioNTech SE and BioNTech US, Inc.*

## **SIGNATURE CERTIFICATION**

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to David J. Noonan and Elizabeth L. Brann, counsel for Defendants, and that I have obtained Mr. Noonan and Ms. Brann's authorization to affix their electronic signatures to this document.

Dated: December 15, 2020

TROUTMAN PEPPER HAMILTON SANDERS LLP

By: /s/ *Ben Lewis Wagner*
　　　Ben Lewis Wagner