| | |
|---|---|
| 1 | David J. Noonan, Esq. (SBN 55966) |
| 2 | dnoonan@noonanlance.com |
|  | Genevieve M. Ruch, Esq. (SBN 285722) |
| 3 | gruch@noonanlance.com |
|  | NOONAN LANCE BOYER & |
| 4 | BANACH LLP |
|  | 701 Island Avenue, Suite 400 |
| 5 | San Diego, California  92101 |
|  | Telephone: (619) 780-0880 |
| 6 | Facsimile: (619) 780-0877 |

*Attorneys for Defendants PFIZER, INC., a Delaware corporation*

Elizabeth L. Brann (SBN 222873)
  elizabethbrann@paulhastings.com
PAUL HASTINGS LLP
4747 Executive Drive, 12th Floor
San Diego, CA 92121
Telephone: 858-458-3000
Facsimile : 858-458-3005

*Attorneys for Defendants BioNTech SE and BioNTech US, Inc.*

### IN THE UNITED STATES DISTRICT COURT

### FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Allele Biotechnology and Pharmaceuticals, Inc., <br><br>          Plaintiff, <br><br> v. <br><br> Pfizer Inc.; BioNTech SE; BioNTech US, Inc.; and DOES 1-30 <br><br>          Defendants. | Case No. 3:20-cv-01958-H (AHG) <br><br> **DEFENDANTS' NOTICE OF MOTION TO DISMISS COMPLAINT PURSUANT TO RULE 12(B)(6)** <br><br> Date:      March 15, 2021 <br> Time:      10:30 AM <br> Courtroom: 15A <br> Judge:     Hon. Marilyn L. Huff <br> Magistrate: Hon. Allison H. Goddard |

{02320277}                                             1                    Case No. 20-cv-01958-H (AHG)
DEFENDANTS' NOTICE OF MOTION TO DISMISS

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on March 15, 2021, at 10:30 AM, in Courtroom 15A of this Court, Defendants Pfizer Inc.; BioNTech SE; and BioNTech US, Inc., by their undersigned counsel, will move this Court, pursuant to Federal Rule of Civil Procedure 12(b)(6), to dismiss the above-captioned matter for failing to state a claim on which relief can be granted.  This Motion is made on the grounds that the alleged infringing activity in Allele Biotechnology and Pharmaceuticals, Inc.'s Complaint is protected by the "safe harbor" provision under 35 U.S.C. § 271(e)(1), as set forth in the attached memorandum of points and authorities in support of this motion.

Respectfully submitted,

Dated: February 8, 2021         NOONAN LANCE BOYER & BANACH LLP

By: */s/ David J. Noonan*
   David J. Noonan
   Genevieve M. Ruch

   Stanley Edward Fisher (*Pro Hac Vice*)
     sfisher@wc.com
   Thomas H.L. Selby (*Pro Hac* Vice)
     tselby@wc.com
   Charles L. McCloud (*Pro Hac Vice*)
     lmccloud@wc.com
   WILLIAMS & CONNOLLY LLP
   725 – 12th Street NW
   Washington, DC 20005
   Telephone:  (202) 434-5586

   *Attorneys for Defendant Pfizer, Inc.*

| | |
|---|---|
| 1  Dated: February 8, 2021 | PAUL HASTINGS LLP |
| 2 | |
| 3 | By: */s/ Elizabeth L. Brann* <br>    Elizabeth L. Brann |
| 4 | |
| 5 | Bruce M. Wexler (*Pro Hac Vice*) <br>  brucewexler@paulhastings.com |
| 6 | Merri C. Moken (*Pro Hac Vice*) <br>  merrimoken@paulhastings.com |
| 7 | 200 Park Avenue <br> New York, NY 10166 |
| 8 | Telephone: 212-318-6000 |
| 9 | Facsimile 212-319-4090 |
| 10 | |
| 11 | *Attorneys for Defendants BioNTech SE and BioNTech US, Inc.* |

{02320277}

3    Case No. 20-cv-01958-H (AHG)

DEFENDANTS' NOTICE OF MOTION TO DISMISS

**SIGNATURE CERTIFICATION**

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Elizabeth L. Brann, counsel for Defendants BioNTech SE and BioNTech US, Inc., and that I have obtained Ms. Brann's authorization to affix her electronic signature to this document.

Dated:  February 8, 2021          NOONAN LANCE BOYER & BANACH LLP

                                  By: */s/ David J. Noonan*
                                  David J. Noonan
                                  Genevieve M. Ruch
                                  *Attorneys for Defendant*
                                  *Pfizer, Inc.*