| | |
|---|---|
| 1 | **PAUL HASTINGS LLP** |
| 2 | Elizabeth L. Brann (SBN 222873) |
| | elizabethbrann@paulhastings.com |
| 3 | 4747 Executive Drive, 12th Floor |
| 4 | San Diego, CA 92121 |
| | Telephone: 858-458-3000 |
| 5 | Facsimile: 858-458-3005 |
| 6 | |
| | Bruce M. Wexler* |
| 7 | brucewexler@paulhastings.com |
| | Merri C. Moken* |
| 8 | merrimoken@paulhastings.com |
| 9 | 200 Park Avenue |
| | New York, NY 10166 |
| 10 | Telephone: 212-318-6000 |
| 11 | Facsimile: 212-319-4090 |
| | * Admitted *pro hac vice* |
| 12 | |
| 13 | *Attorneys for Defendants BioNTech SE and BioNTech US Inc.* |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SAN DIEGO DIVISION

| | |
|---|---|
| Allele Biotechnology and Pharmaceuticals, Inc., | Case No. 20-cv-01958-H (AHG) |
| Plaintiff, | **DEFENDANTS BIONTECH SE AND BIONTECH US INC.'S NOTICE OF PARTY WITH FINANCIAL INTEREST** |
| v. | |
| Pfizer Inc.; BioNTech SE; BioNTech US Inc.; and DOES 1-30, | |
| Defendants. | |

No. 20-cv-01958-H (AHG)

Pursuant to Civil Local Rule 40.2 and Federal Rule of Civil Procedure 7.1, the undersigned counsel certifies that Defendant BioNTech SE is a publicly held company. No publicly held company owns 10% or more of BioNTech SE's stock.

Defendant BioNTech US Inc. is a wholly-owned subsidiary of BioNTech SE. No other publicly held company owns 10% or more of BioNTech US Inc.'s stock.

DATED: February 8, 2021                    Respectfully submitted,


                                           By: */s/ Elizabeth L. Brann*
                                                ELIZABETH L. BRANN

                                           Attorney for Defendants BioNTech SE
                                           and BioNTech US Inc.