EXHIBIT 2

**502788286      04/29/2014**

## PATENT ASSIGNMENT COVER SHEET

Electronic Version v1.1
Stylesheet Version v1.2

EPAS ID: PAT2834881

| SUBMISSION TYPE: | NEW ASSIGNMENT |
|---|---|
| NATURE OF CONVEYANCE: | ASSIGNMENT |

**CONVEYING PARTY DATA**

| Name | Execution Date |
|---|---|
| NATHAN C. SHANER | 04/28/2014 |
| GERARD G. LAMBERT | 04/28/2014 |
| YUHUI NI | 04/28/2014 |
| JIWU WANG | 04/28/2014 |

**RECEIVING PARTY DATA**

| | |
|---|---|
| Name: | ALLELE BIOTECHNOLOGY & PHARMACEUTICALS, INC. |
| Street Address: | 6404 NANCY RIDGE DRIVE |
| City: | SAN DIEGO |
| State/Country: | CALIFORNIA |
| Postal Code: | 92121 |

**PROPERTY NUMBERS Total: 1**

| Property Type | Number |
|---|---|
| Application Number: | 13950239 |

**CORRESPONDENCE DATA**

**Fax Number:**

*Correspondence will be sent to the e-mail address first; if that is unsuccessful, it will be sent via US Mail.*

| | |
|---|---|
| **Email:** | idocketing@duanemorris.com |
| **Correspondent Name:** | DUANE MORRIS LLP |
| **Address Line 1:** | 750 B STREET |
| **Address Line 2:** | 29TH FLOOR |
| **Address Line 4:** | SAN DIEGO, CALIFORNIA 92101 |

| ATTORNEY DOCKET NUMBER: | F6035-00015 |
|---|---|
| NAME OF SUBMITTER: | ANDREW K. KLAPOETKE-REESE |
| SIGNATURE: | /Andrew K. Klapoetke-Reese/ |
| DATE SIGNED: | 04/29/2014 |

**Total Attachments: 3**
source=Assignment#page1.tif
source=Assignment#page2.tif
source=Assignment#page3.tif

**PATENT**
**502788286**                    **REEL: 032783 FRAME: 0236**

Exhibit 2 - Page 23

<u>ASSIGNMENT</u>

**WHEREAS WE,** Nathan C. SHANER, Gerard G. LAMBERT, Yuhui NI, and Jiwu WANG, hereinafter individually and jointly referred to as "Assignors" believe we are the original, joint and first inventors of the subject matter which is claimed and for which a patent is sought on each of the inventions listed below:

Title:        **NOVEL MONOMERIC YELLOW-GREEN FLUORESCENT PROTEIN FROM CEPHALOCHORDATE**
Serial No.:   13/950,239
Filing Date:  July 24, 2013

**WHEREAS,** Allele Biotechnology & Pharmaceuticals, Inc., a corporation having its principal place of business located at 6404 Nancy Ridge Drive, San Diego, CA 92121, hereinafter referred to as "Assignee" is desirous of acquiring the Patent Applications and the invention(s) described therein;

**NOW THEREFORE,** for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, and intending to be legally bound hereby, we, the undersigned Assignors, individually and collectively hereby agree to sell, assign, transfer, and convey and by these presents do sell, assign, transfer, and convey unto the Assignee, its successors, and assigns, our entire right, title, and interest in and to the invention(s) described in the Patent Applications for the territory of the United States and its possessions and territories and for the territory of all foreign countries worldwide;

in and to the Patent Applications and all related United States, international, and foreign patent applications that claim an invention disclosed in the patent application referenced above, including provisional, non-provisional, divisional, continuation, Patent Cooperation Treaty, and foreign national and regional phase patent applications, together with all rights of priority created by such patent applications under any international treaty or convention relating thereto; and

in and to all United States and foreign patents that may be granted from any of the aforementioned patent applications, including any extensions, reissues, and reexamination certificates thereof;

DM2\4459682.1

such invention(s), application(s), and patent(s) to be held and enjoyed by the Assignee, for the Assignee's own use and benefit, and for that of the Assignee's successors and assigns, until the end of the full term or terms for which such patent(s) may be granted, as fully and entirely as the same would have been held by the Assignors had this sale, assignment, transfer, and conveyance not been made.

Assignors authorize the Assignee or the Assignee's representative to insert the application numbers and filing dates of these applications into this Assignment or any application claiming priority thereto if they are unknown at the time this Assignment is executed.

Each of the Assignors agree that, when requested, they will, without charge to the Assignee but at his or her own expense, sign all papers, take all rightful oaths, make all rightful declarations, and do all acts which may be necessary, desirable, or convenient for securing and maintaining patents or other forms of protection for the invention(s) in any and all countries, and for vesting title thereto in the Assignee or its successors or assigns.

Each of the Assignors agree to communicate to the assignee or its representatives any facts known to the individual Assignor respecting the invention(s) and, when requested by the Assignee and at its expense, will testify in any legal proceedings, and generally do everything possible to aid the Assignee, its successors, assigns, and legal representatives, to obtain and enforce protection for the invention(s) in any and all countries.

Assignors agree that a copy of this Assignment shall be deemed a full, legal, and formal equivalent of any assignment, consent to file, or like document which may be required in any country for any purpose, and more particularly, in proof of the right of the Assignee, or its successors, assigns, and legal representatives to apply for patent or other protection for the invention(s), and to claim the benefits of the right of priority provided by any relevant international treaty or convention relating to any of the aforementioned patent applications.

DM2\4459682.1

**PATENT
REEL: 032783 FRAME: 0238**

Exhibit 2 - Page 25

Each of the Assignors covenants with the Assignee, its successors, assigns, and legal representatives, that to the best of the individual Assignor's knowledge, the right, title and interest herein conveyed by the individual Assignor to the Assignee are free and clear of any encumbrance and that the individual Assignor has the right to sell, assign, transfer, and convey the same.

Date: 4-28-2014

By: _____
Nathan C. SHANER

Date: 4.28.14

By: _____
Gerard G. LAMBERT

Date: 4.28.14

By: _____
Yuhui NI

Date: 4.28.14

By: _____
Jiwu WANG

DM2\4459682.1

3