| | |
|---|---|
| **NOONAN LANCE BOYER & BANACH**<br>David J. Noonan (SBN 55966)<br>Genevieve M. Ruch (SBN 285722)<br>701 Island Avenue, Suite 400<br>San Diego, CA 92101<br>Telephone: 619-780-0880<br>Facsimile: 619-780-0877<br><br>**WILLIAMS & CONNOLLY LLP**<br>Thomas H. L. Selby*<br>Stanley E. Fisher*<br>Charles L. McCloud*<br>Michael Xun Liu*<br>725 Twelfth Street, N.W.<br>Washington, DC 20005<br>Telephone: 202-434-5000<br>Facsimile: 202-434-5029<br>* Admitted pro hac vice<br><br>*Attorneys for Defendant Pfizer Inc.* | **PAUL HASTINGS LLP**<br>Elizabeth L. Brann (SBN 222873)<br>elizabethbrann@paulhastings.com<br>4747 Executive Drive, 12th Floor<br>San Diego, CA 92121<br>Telephone: 858-458-3000<br>Facsimile : 858-458-3005<br><br>Bruce M. Wexler*<br>brucewexler@paulhastings.com<br>Merri C. Moken*<br>merrimoken@paulhastings.com<br>200 Park Avenue<br>New York, NY 10166<br>Telephone: 212-318-6000<br>Facsimile 212-319-4090<br>* Admitted pro hac vice<br><br>*Attorneys for Defendants BioNTech SE and BioNTech US, Inc.* |

# UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLELE BIOTECHNOLOGY AND PHARMACEUTICALS, INC., a California corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>PFIZER, INC., a Delaware corporation; BIONTECH SE, a German company; BIONTECH US, INC., a Delaware corporation; and DOES 1-30,<br><br>    Defendants. | Case No.: 3:20-CV-01958-H-AGS<br><br>**PROOF OF SERVICE** |

# PROOF OF SERVICE

*Allele Biotechnology and Pharmaceuticals, Inc. v. Pfizer, Inc., et al.*
U.S.D.C. Southern District of California Case No. 3:20-CV-01958-H-AGS

I, the undersigned, declare: That I am, and was at the time of service of the papers herein referred to, over the age of eighteen years, and not a party to the action; and I am employed in the County of San Diego, California. My business address is 701 Island Avenue, Suite 400, San Diego, California 92101.

On April 23, 2021, at San Diego, California, I served the following document(s) described as: **REPLY IN SUPPORT OF MOTION TO DISMISS AMENDED COMPLAINT PURSUANT TO RULE 12(B)(6)**

on the parties in said action by electronically filing with the Clerk of the Court using the CM/ECF system. The Clerk of the Court will transmit a Notice of Electronic Filing to the following ECF registrants:

| | |
|---|---|
| Thomas H.L. Selby | tselby@wc.com |
| Stanley Edward Fisher | sfisher@wc.com |
| Charles L. McCloud | lmccloud@wc.com |
| Xun Liu | mliu@wc.com |
| Elizabeth L. Brann | elizabethbrann@paulhastings.com |
| Merri C. Moken | merrimoken@paulhastings.com |
| Ben Lewis Wagner | ben.wagner@troutman.com |
| Robert Schaffer | robert.schaffer@troutman.com |
| Bruce M. Wexler | brucewexler@paulhastings.com |
| Merri C. Moken | merrimoken@paulhastings.com |
| Elizabeth L Brann | elizabethbrann@paulhastings.com |

☒ **ELECTRONIC TRANSMISSION**: I filed the foregoing document with the Clerk of Court for the U.S. District Court, using the Electronic Case Filing ("ECF") system of the Court. The attorney listed above has consented to receive service by electronic means and is registered with the Court's ECF system and was served a "Notice of Electronic Filing" sent by ECF system.

Executed on April 23, 2021 at San Diego, California. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made

*/s/ David J. Noonan*
David J. Noonan