**TROUTMAN PEPPER HAMILTON SANDERS LLP**
Ben Lewis Wagner (SBN 243594)
ben.wagner@troutman.com
11682 Camino Real, Suite 400
San Diego, CA 92130-2092
Telephone: 858-509-6000
Facsimile: 858-509-6050

Robert Schaffer, *pro hac vice*
robert.schaffer@troutman.com
875 Third Avenue
New York, NY 10022
Telephone: 212-704-6000
Facsimile: 212-704-6288

*Attorneys for Plaintiff Allele Biotechnology and Pharmaceuticals, Inc*

**NOONAN LANCE BOYER & BANACH**
David J. Noonan (SBN 55966)
701 Island Avenue, Suite 400
San Diego, CA 92101
Telephone: 619-780-0880
Facsimile: 619-780-0877

**WILLIAMS & CONNOLLY LLP**
Thomas H. L. Selby, *pro hac vice*
Stanley E. Fisher, *pro hac vice*

Charles L. McCloud, *pro hac vice*
Michael Xun Liu, *pro hac vice*
725 Twelfth Street, N.W.
Washington, DC 20005
Telephone: 202-434-5000
Facsimile: 202-434-5029

*Attorneys for Defendant Pfizer Inc.*

**PAUL HASTINGS LLP**
Elizabeth L. Brann (SBN 222873)
elizabethbrann@paulhastings.com
4747 Executive Drive, 12th Floor
San Diego, CA 92121
Telephone: 858-458-3000
Facsimile: 858-458-3005

Bruce M. Wexler, *pro hac vice*
brucewexler@paulhastings.com
Merri C. Moken, *pro hac vice*
merrimoken@paulhastings.com
200 Park Avenue
New York, NY 10166
Telephone: 212-318-6000
Facsimile: 212-319-4090

*Attorneys for Defendants BioNTech SE and BioNTech US, Inc.*
.

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLELE BIOTECHNOLOGY AND PHARMACEUTICALS, INC., <br><br> Plaintiff, <br><br> v. <br><br> PFIZER, INC.; BIONTECH SE; BIONTECH US, INC.; and DOES 1-30, <br><br> Defendants. | Case No.:  20-cv-01958-H-AGS <br><br> **JOINT MOTION FOR ORDER EXTENDING MOTION TO COMPEL DEADLINES** |

1

118594763v1

1
2
3

Plaintiff Allele Biotechnology and Pharmaceuticals, Inc. ("Plaintiff") and Defendants Pfizer, Inc., BioNTech SE, and BioNTech US, Inc. (collectively, "Defendants"), submit this Joint Motion.

4
5
6
7
8

WHEREAS, Plaintiff's Motion to Compel Discovery on Defendants' responses to Plaintiff's First Set of Common Interrogatories (Nos. 1-10) is currently due August 18, 2021 and Plaintiff's Motion to Compel Discovery on Defendants responses to Plaintiff's First Set of Requests for Production (Nos. 1-82) is currently due August 25, 2021, pursuant to Rule C.2 of U.S. Magistrate Judge Andrew G. Schopler's Chambers Rules;

9
10
11
12
13
14

WHEREAS, Defendants' Motion to Compel Discovery on Plaintiff's responses to Defendants' First Set of Requests for Production (Nos. 1-148) is currently due August 23, 2021 and Defendants' Motion to Compel Discovery on Plaintiff's responses to Defendants' First Set of Common Interrogatories (Nos. 1-15) is currently due August 25, 2021, pursuant to Rule C.2 of U.S. Magistrate Judge Andrew G. Schopler's Chambers Rules; and

15
16
17

WHEREAS, the parties have exchanged multiple letters and had multiple lengthy meet and confer calls concerning outstanding discovery disputes relating to the first sets of discovery requests served by both sides;

18
19
20

WHEREAS, additional time is required to ensure adequate time to meet and confer and come to an agreement or determine the areas of impasse and the parties are agreeable to short extension to accommodate such needs;

21
22

WHEREAS, the Chamber Rules require motions to compel be filed by the 30-day deadline absent an approved extension;

23
24

NOW THEREFORE, the Parties do hereby agree and stipulate, through their undersigned counsel and subject to the approval of the Court, that:

25
26
27

(1) The date by which the Plaintiff must file a discovery motion is extended through and including August 25, 2021, a one-week extension for the Interrogatories (and no extension for the Requests for Production) and

28

2

118594763v1

1     (2) The date by which the Defendants must file a discovery motion is extended

2   through and including August 27, 2021, a four-day extension for the Requests for

3   Production and two-day extension for the Interrogatories.

4       This joint motion's stipulation and proposed order does not alter any other

5   currently-set deadlines except as set forth herein.

6

7   Dated:  August 17, 2021

8   By:    /s/ *Ben Lewis Wagner*
    **TROUTMAN PEPPER HAMILTON**
9   **SANDERS LLP**
    Ben Lewis Wagner (SBN 243594)
10  ben.wagner@troutman.com
    11682 Camino Real, Suite 400
11  San Diego, CA 92130-2092
    Telephone: 858-509-6000
12  Facsimile: 858-509-6050

13  Robert Schaffer, *pro hac vice*
    robert.schaffer@troutman.com
14  875 Third Avenue
    New York, NY 10022
15  Telephone: 212-704-6000
    Facsimile: 212-704-6288
16
    *Attorneys for Plaintiff Allele*
17  *Biotechnology and Pharmaceuticals, Inc.*

18  Dated:  August 17, 2021

19
    By:    s/*David J. Noonan*
20  **NOONAN LANCE BOYER &**
    **BANACH**
21  David J. Noonan (SBN 55966)
    701 Island Avenue, Suite 400
22  San Diego, CA 92101
    Telephone: 619-780-0880
23  Facsimile: 619-780-0877

24  **WILLIAMS & CONNOLLY LLP**
    Thomas H. L. Selby, *pro hac vice*
25  Stanley E. Fisher, *pro hac vice*
    Charles L. McCloud, *pro hac vice*

26

27

28

Michael Xun Liu, *pro hac vice*
725 Twelfth Street, N.W.
Washington, DC 20005
Telephone: 202-434-5000
Facsimile: 202-434-5029

*Attorneys for Defendant Pfizer, Inc.*

Dated:  August 17, 2021

By:    s/*Elizabeth L. Brann*
**PAUL HASTINGS LLP**
Elizabeth L. Brann (SBN 222873)
elizabethbrann@paulhastings.com
4747 Executive Drive, 12th Floor
San Diego, CA 92121
Telephone: 858-458-3000
Facsimile: 858-458-3005

Bruce M. Wexler, *pro hac vice*
brucewexler@paulhastings.com
Merri C. Moken, *pro hac vice*
merrimoken@paulhastings.com
200 Park Avenue
New York, NY 10166
Telephone: 212-318-6000
Facsimile: 212-319-4090

*Attorneys for Defendants BioNTech SE*
*and BioNTech US, Inc.*

3

20-cv-01958-H-AGS

118594763v1

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## SIGNATURE CERTIFICATION

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of the document is acceptable to all persons required to sign the document, and such persons have provided their authorization to insert their electronic signatures.


Dated:  August 17, 2021                          */s/ Ben Lewis Wagner*
                                                                  Ben Lewis Wagner

20-cv-01958-H-AGS

118594763v1