**TROUTMAN PEPPER HAMILTON SANDERS LLP**
Ben Lewis Wagner (SBN 243594)
ben.wagner@troutman.com
11682 Camino Real, Suite 400
San Diego, CA 92130-2092
Telephone: 858-509-6000
Facsimile: 858-509-6050

Robert Schaffer, *pro hac vice*
robert.schaffer@troutman.com
875 Third Avenue
New York, NY 10022
Telephone: 212-704-6000
Facsimile: 212-704-6288

*Attorneys for Plaintiff Allele Biotechnology and Pharmaceuticals, Inc.*

**NOONAN LANCE BOYER & BANACH**
David J. Noonan (SBN 55966)
701 Island Avenue, Suite 400
San Diego, CA 92101
Telephone: 619-780-0880
Facsimile: 619-780-0877

**WILLIAMS & CONNOLLY LLP**
Thomas H. L. Selby, *pro hac vice*
Stanley E. Fisher, *pro hac vice*

Charles L. McCloud, *pro hac vice*
Michael Xun Liu, *pro hac vice*
725 Twelfth Street, N.W.
Washington, DC 20005
Telephone: 202-434-5000
Facsimile: 202-434-5029

*Attorneys for Defendant Pfizer Inc.*

**PAUL HASTINGS LLP**
Elizabeth L. Brann (SBN 222873)
elizabethbrann@paulhastings.com
4747 Executive Drive, 12th Floor
San Diego, CA 92121
Telephone: 858-458-3000
Facsimile: 858-458-3005

Bruce M. Wexler, *pro hac vice*
brucewexler@paulhastings.com
Merri C. Moken, *pro hac vice*
merrimoken@paulhastings.com
200 Park Avenue
New York, NY 10166
Telephone: 212-318-6000
Facsimile: 212-319-4090

*Attorneys for Defendants BioNTech SE and BioNTech US, Inc.*
.

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLELE BIOTECHNOLOGY AND PHARMACEUTICALS, INC., <br><br> Plaintiff, <br><br> v. <br><br> PFIZER, INC.; BIONTECH SE; BIONTECH US, INC.; and DOES 1-30, <br><br> Defendants. | Case No.: 20-cv-01958-H-AGS <br><br> **SUMMARY OF DISCOVERY DISPUTE** <br><br> Hon. Marilyn L. Huff |

Plaintiff Allele Biotechnology and Pharmaceuticals, Inc. ("Plaintiff") and Defendants Pfizer, Inc., BioNTech SE, and BioNTech US, Inc. (collectively, "Defendants") met and conferred on August 12, 16, 19, and 27, and exchanged other correspondence, but were unable to resolve their disputes.

**Defendants' Position**:  Allele objects to producing documents identifying the source and terms of any litigation funding it may be receiving in this matter and related communications, in response to Defendants' document requests (Nos. 59, 61, and 111). These documents are relevant to numerous permissible purposes, including Defendants' affirmative defenses of estoppel and patent misuse; understanding potential biases and prejudices of potential trial witnesses; and Allele's damages claims.  *See, e.g.*, *Impact Engine, Inc. v. Google LLC*, No. 19-cv-1301-CAB-DEB, 2020 U.S. Dist. LEXIS 145636, at *4 (S.D. Cal. Aug. 12, 2020) ("[C]ourts have generally ruled that litigation funding agreements and related documents are relevant and discoverable in patent litigation."). Rule 26 mandates disclosure of insurance agreements to, *inter alia*, determine who controls litigation and allow realistic appraisals of a case so settlement and litigation strategy are not speculative.  Litigation funding raises the same concerns.

**Plaintiff's Position**:  No basis for relevance or substantial need is stated to overcome work-product protections–just typical defense speculations. *Impact* purports to state a "general" rule but in fact relies on exceptions, and expressly did not rule on any applicable privilege which was not briefed. "[T]he vast majority of courts deciding den[y] discovery of litigation funding documents because of the work-product doctrine or, as a number of courts have held, because litigation funding is not relevant to a claim or defense." Litigation Funding and Confidentiality: A Comprehensive Analysis of Current Case Law (June 2019) (available here) (5-year case survey); *In re Valsartan*, 405 F. Supp. 3d 612, 615 (D.N.J. 2019); *MLC Intell. Prop. v. Micron Tech.*, 2019 WL 118595 *1 (N.D. Cal. Jan. 7, 2019); *Benitez v. Lopez*, 2019 WL 1578167 *1 (E.D.N.Y. Mar. 14, 2019); *Space Data v. Google*, 2018 WL 3054797 *1 (N.D. Ca. June 11, 2018); *Lambeth Magnetic Structures v. Seagate Tech.*, 2018 WL 466045 *6 (W.D. Pa. Jan. 18, 2018).

Dated: September 2, 2021

By: /s/ *Ben Lewis Wagner*
**TROUTMAN PEPPER HAMILTON SANDERS LLP**
Ben Lewis Wagner (SBN 243594)
ben.wagner@troutman.com
11682 Camino Real, Suite 400
San Diego, CA 92130-2092
Telephone: 858-509-6000
Facsimile: 858-509-6050

Robert Schaffer, *pro hac vice*
robert.schaffer@troutman.com
875 Third Avenue
New York, NY 10022
Telephone: 212-704-6000
Facsimile: 212-704-6288

*Attorneys for Plaintiff Allele Biotechnology and Pharmaceuticals, Inc.*

Dated: September 2, 2021

By: /s/ *David J. Noonan*
**NOONAN LANCE BOYER & BANACH**
David J. Noonan (SBN 55966)
701 Island Avenue, Suite 400
San Diego, CA 92101
Telephone: 619-780-0880
Facsimile: 619-780-0877

**WILLIAMS & CONNOLLY LLP**
Thomas H. L. Selby, *pro hac vice*
Stanley E. Fisher, *pro hac vice*

Charles L. McCloud, *pro hac vice*
Michael Xun Liu, *pro hac vice*
725 Twelfth Street, N.W.
Washington, DC 20005
Telephone: 202-434-5000
Facsimile: 202-434-5029

*Attorneys for Defendant Pfizer, Inc.*

Dated: September 2, 2021

By: /s/ *Elizabeth L. Brann*
**PAUL HASTINGS LLP**
Elizabeth L. Brann (SBN 222873)
elizabethbrann@paulhastings.com
4747 Executive Drive, 12th Floor
San Diego, CA 92121
Telephone: 858-458-3000
Facsimile: 858-458-3005

Bruce M. Wexler, *pro hac vice*
brucewexler@paulhastings.com
Merri C. Moken, *pro hac vice*
merrimoken@paulhastings.com
200 Park Avenue
New York, NY 10166
Telephone: 212-318-6000
Facsimile: 212-319-4090

*Attorneys for Defendants BioNTech SE and BioNTech US, Inc.*

## SIGNATURE CERTIFICATION

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of the document is acceptable to all persons required to sign the document, and such persons have provided their authorization to insert their electronic signatures.

Dated:  September 2, 2021                              */s/ Elizabeth L. Brann*
                                                                            Elizabeth L. Brann