UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLELE BIOTECHNOLOGY AND PHARMACEUTICALS, INC., a California corporation,<br><br>                Plaintiff,<br><br>v.<br><br>PFIZER, INC., a Delaware corporation; BIONTECH SE, a German company; BIONTECH US, INC., a Delaware corporation; and DOES 1-30,<br><br>                Defendants. | Case No.: 20-cv-01958-H-AGS<br><br>**ORDER SCHEDULING TELEPHONIC HEARING ON THE PARTIES' DISCOVERY DISPUTES** |

On September 1 and 2, 2021, the parties filed six joint filings for the determination of various discovery disputes.[1] (Doc. Nos. 75, 76, 77, 78, 81, 82.) In light of this, the Court schedules a telephonic hearing on the parties' discovery disputes for **Monday, September 13, 2021 at 1:45 p.m.** The Court will email counsel of record the necessary dial-in information for the hearing.

**IT IS SO ORDERED.**

DATED: September 8, 2021

                                        MARILYN L. HUFF, District Judge
                                        UNITED STATES DISTRICT COURT

---

[1] In the first joint filing, Plaintiff states that it objected to Defendants' submission of six separate joint filings to present these discovery disputes to the Court. (Doc. No. 75 at 2 n.1.) The Court notes that there is nothing improper about this. Defendants have presented the Court with six distinct discovery disputes, so it is permissible to present those disputes to the Court via six separate joint filings.