**TROUTMAN PEPPER HAMILTON SANDERS LLP**
Ben Lewis Wagner (SBN 243594)
ben.wagner@troutman.com
11682 Camino Real, Suite 400
San Diego, CA 92130-2092
Telephone: 858-509-6000
Facsimile: 858-509-6050

Robert Schaffer, *pro hac vice*
robert.schaffer@troutman.com
875 Third Avenue
New York, NY 10022
Telephone: 212-704-6000
Facsimile: 212-704-6288

*Attorneys for Plaintiff Allele Biotechnology and Pharmaceuticals, Inc.*

**NOONAN LANCE BOYER & BANACH**
David J. Noonan (SBN 55966)
701 Island Avenue, Suite 400
San Diego, CA 92101
Telephone: 619-780-0880
Facsimile: 619-780-0877

**WILLIAMS & CONNOLLY LLP**
Thomas H. L. Selby, *pro hac vice*
Stanley E. Fisher, *pro hac vice*
Charles L. McCloud, *pro hac vice*

Michael Xun Liu, *pro hac vice*
725 Twelfth Street, N.W.
Washington, DC 20005
Telephone: 202-434-5000
Facsimile: 202-434-5029

*Attorneys for Defendant Pfizer Inc.*

**PAUL HASTINGS LLP**
Elizabeth L. Brann (SBN 222873)
elizabethbrann@paulhastings.com
4747 Executive Drive, 12th Floor
San Diego, CA 92121
Telephone: 858-458-3000
Facsimile: 858-458-3005

Bruce M. Wexler, *pro hac vice*
brucewexler@paulhastings.com
Merri C. Moken, *pro hac vice*
merrimoken@paulhastings.com
Karthik R. Kasaraneni, *pro hac vice*
karthikkasaraneni@paulhastings.com
200 Park Avenue
New York, NY 10166
Telephone: 212-318-6000
Facsimile: 212-319-4090

*Attorneys for Defendants BioNTech SE and BioNTech US, Inc.*

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ALLELE BIOTECHNOLOGY AND PHARMACEUTICALS, INC., <br><br> Plaintiff, <br><br> v. <br><br> PFIZER, INC.; BIONTECH SE; BIONTECH US, INC.; and DOES 1-30, <br><br> Defendants. | Case No.: 20-cv-01958-H-AGS <br><br> **SUMMARY OF DISCOVERY DISPUTE** <br><br> **CONTAINS PLAINTIFF'S CONFIDENTIAL INFORMATION** <br><br> Hon. Marilyn L. Huff |

{02367895}                                    1

**Defendants' Position**: Following the Court's guidance at the Sept. 13 discovery hearing, Defendants served RFP 149, substantially narrowing the scope of the request to non-privileged documents from the prosecution files for the patent-in-suit. Ex. A (seeking, *e.g.*, patents, publications, and other technical materials relevant to validity, but *not* coupled to privileged attorney communications). Allele's lab notebook, for example, shows a *non-attorney* looking to earlier "patent materials." Ex. B. The RFP's categories avoid legal advice, are in the scope of Rule 26(b)(1), and must be produced or logged under Rule 26(b)(5) if allegedly privilege. *See Orthopaedic Hosp. v. DJO Glob., Inc.*, No. 319CV970JLS, at *3-4 (S.D. Cal. Dec. 22, 2020). *Spalding* does not relieve Allele of this duty, as underlying documents, including prior art, are not privileged. *Vasudevan Softw., Inc. v. IBM.*, No. C095897-RS, at *2 (N.D. Cal. Apr. 27, 2011) (explaining *Spalding*); *see also Inventio AG v. ThyssenKrupp Elevator Ams. Corp.*, 662 F.Supp.2d 375, 384-85 (D. Del. 2009) ("A blanket statement that all internal documents in the patent application files are non-discoverable is inconsistent with the underlying purposes of Rule 34.").

**Plaintiff's Position**: RFP 149 improperly seeks Allele's privileged patent prosecution documents by incorrectly labeling them as non-privileged. Allele agreed to produce non-privileged technical documents that merely contain experimental data, but otherwise RFP 149 seeks privileged communications, including prior art. *See In re Spalding Sports Worldwide*, 203 F.3d 800, 806 (Fed. Cir. 2000) (finding prior art in prosecution file not discoverable); *Cargill v. Sears Petroleum & Transp. Corp.*, 2003 WL 22225580, at *4 (N.D.N.Y. Sept. 17, 2003) (privilege applies to prior art search results). Any non-privileged documents are in the publicly-available prosecution files. *See Orthopaedic Hosp. v. DJO Glob., Inc.*, 2020 WL 7625123, at *3 (S.D. Cal. Dec. 22, 2020) ("the prosecution history is a matter of public record and thus prior art relied upon . . . are publicly available."). Further, there is no inequitable conduct defense here, and thus RFP 149 has minimal relevance and is not proportional to the needs of the case. Ex. B does not relate to patent prosecution and Allele agreed to produce such "patent materials" in response to RFP 160. Allele's objections to RFP 149 should be sustained.

Dated: December 6, 2021

By: /s/ *Ben Lewis Wagner*
**TROUTMAN PEPPER HAMILTON SANDERS LLP**
Ben Lewis Wagner (SBN 243594)
ben.wagner@troutman.com
11682 Camino Real, Suite 400
San Diego, CA 92130-2092
Telephone: 858-509-6000
Facsimile: 858-509-6050

Robert Schaffer, *pro hac vice*
robert.schaffer@troutman.com
875 Third Avenue
New York, NY 10022
Telephone: 212-704-6000
Facsimile: 212-704-6288

*Attorneys for Plaintiff Allele Biotechnology and Pharmaceuticals, Inc.*

Dated: December 6, 2021

By: /s/ *David J. Noonan*
**NOONAN LANCE BOYER & BANACH**
David J. Noonan (SBN 55966)
701 Island Avenue, Suite 400
San Diego, CA 92101
Telephone: 619-780-0880
Facsimile: 619-780-0877

**WILLIAMS & CONNOLLY LLP**
Thomas H. L. Selby, *pro hac vice*
Stanley E. Fisher, *pro hac vice*
Charles L. McCloud, *pro hac vice*

Michael Xun Liu, *pro hac vice*
725 Twelfth Street, N.W.
Washington, DC 20005
Telephone: 202-434-5000
Facsimile: 202-434-5029

*Attorneys for Defendant Pfizer, Inc.*

Dated: December 6, 2021

By: /s/ *Elizabeth L. Brann*
**PAUL HASTINGS LLP**
Elizabeth L. Brann (SBN 222873)
elizabethbrann@paulhastings.com
4747 Executive Drive, 12th Floor
San Diego, CA 92121
Telephone: 858-458-3000
Facsimile: 858-458-3005

Bruce M. Wexler, *pro hac vice*
brucewexler@paulhastings.com
Merri C. Moken, *pro hac vice*
merrimoken@paulhastings.com
Karthik R. Kasaraneni, *pro hac vice*
karthikkasaraneni@paulhastings.com
200 Park Avenue
New York, NY 10166
Telephone: 212-318-6000
Facsimile: 212-319-4090

*Attorneys for Defendants BioNTech SE and BioNTech US, Inc.*

## SIGNATURE CERTIFICATION

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of the document is acceptable to all persons required to sign the document, and such persons have provided their authorization to insert their electronic signatures.

Dated:  December 6, 2021           */s/ David J. Noonan*
                                   David J. Noonan