# EXHIBIT "A"

| | |
|---|---|
| **NOONAN LANCE BOYER & BANACH**<br>David J. Noonan (SBN 55966)<br>701 Island Avenue, Suite 400<br>San Diego, CA 92101<br>Telephone: 619-780-0880<br>Facsimile: 619-780-0877<br><br>**WILLIAMS & CONNOLLY LLP**<br>Thomas H. L. Selby*<br>Stanley E. Fisher*<br>Charles L. McCloud*<br>Michael Xun Liu*<br>725 Twelfth Street, N.W.<br>Washington, DC 20005<br>Telephone: 202-434-5000<br>Facsimile: 202-434-5029<br>* Admitted pro hac vice<br><br>*Attorneys for Defendant Pfizer Inc.* | **PAUL HASTINGS LLP**<br>Elizabeth L. Brann (SBN 222873)<br>elizabethbrann@paulhastings.com<br>4747 Executive Drive, 12th Floor<br>San Diego, CA 92121<br>Telephone: 858-458-3000<br>Facsimile : 858-458-3005<br><br>Bruce M. Wexler*<br>brucewexler@paulhastings.com<br>Merri C. Moken*<br>merrimoken@paulhastings.com<br>200 Park Avenue<br>New York, NY 10166<br>Telephone: 212-318-6000<br>Facsimile 212-319-4090<br>* Admitted pro hac vice<br><br>*Attorneys for Defendants BioNTech SE and BioNTech US, Inc.* |

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Allele Biotechnology and Pharmaceuticals, Inc.,<br><br>Plaintiff,<br><br>v.<br><br>Pfizer Inc.; BioNTech SE; BioNTech US, Inc.; and DOES 1-30<br><br>Defendants. | Case No. 20-cv-01958-H (AHG)<br><br>**DEFENDANTS' SECOND SET OF REQUESTS FOR PRODUCTION (NOS. 149-163)** |

Pursuant to Federal Rule of Civil Procedure 34 and the Local Rules of the U.S. District Court for the Southern District of California, Defendants Pfizer Inc. ("Pfizer"), BioNTech SE ("BioNTech SE"), and BioNTech US, Inc. ("BioNTech US") request that Plaintiff Allele Biotechnology and Pharmaceuticals, Inc. ("Allele") produce the following documents and things.  Responses to these requests shall be served upon Thomas Selby, Williams & Connolly LLP, 725 Twelfth Street, N.W., Washington, DC 20005 and Bruce M. Wexler, Paul Hastings LLP, 200 Park Avenue, New York, NY 10166, within 30 days of service of these requests.  Copies shall be produced as kept in the ordinary course of business, including labeling as to the source of the documents or things requested, as required by Federal Rule of Civil Procedure 34.

## DEFINITIONS AND INSTRUCTIONS

Defendants incorporate the definitions and instructions set forth in their First Set of Requests for Production to Allele (Nos. 1-148), as if set forth in full herein.

## REQUESTS FOR PRODUCTION NOS. 149-163

### REQUEST FOR PRODUCTION NO. 149

Any nonprivileged document or thing that refers to or relates to Allele's efforts to obtain patent protection on any alleged invention related to the subject matter claimed in the Patent-in-Suit including but not limited to:

(a) Technical documents or things that contain experimental data, test results, or other technical information relating to the subject matter of the patents;

(b) Printed publications or non-patent literature;

(c) Any memoranda of any meetings or conferences with the patent examiner;

(d) Any status reports regarding a patent application;

(e) Any memoranda regarding a patent search;

(f) Any notification of the Patent-in-Suit's pending issuance and instructions to mark any alleged invention related to the Patent-in-Suit with the patent number.

### REQUEST FOR PRODUCTION NO. 150

Documents sufficient to show the first offer for sale of dimeric lanYFP.