**NOONAN LANCE BOYER & BANACH LLP**
David J. Noonan, Esq. (SBN 55966)
  dnoonan@noonanlance.com
Genevieve M. Ruch, Esq. (SBN 285722)
  gruch@noonanlance.com
701 Island Avenue, Suite 400
San Diego, California 92101
Telephone: (619) 780-0880
Facsimile: (619) 780-0877

**WILLIAMS & CONNOLLY LLP**
Thomas H.L. Selby (*Pro Hac* Vice)
  tselby@wc.com
Stanley Edward Fisher (*Pro Hac Vice*)
  sfisher@wc.com
Charles L. McCloud (*Pro Hac Vice*)
  lmccloud@wc.com
Michael Xun Liu (*Pro Hac Vice)*
  mliu@wc.com
725 – 12th Street NW
Washington, DC 20005
Telephone:  (202) 434-5586

Attorneys for Defendant PFIZER, INC.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLELE BIOTECHNOLOGY AND PHARMACEUTICALS, INC., a California corporation,, <br><br> Plaintiff, <br><br> v. <br><br> PFIZER, INC., a Delaware corporation; BIONTECH SE, a German company; BIONTECH US, INC., a Delaware corporation; and DOES 1-30, <br><br> Defendant. | Case No.: 3:20-CV-01958-H-AGS <br><br> **PROOF OF SERVICE** |

{02367882}                                            1

# PROOF OF SERVICE

*Allele Biotechnology and Pharmaceuticals, Inc. v. Pfizer, Inc., et al.*
U.S.D.C. Southern District of California Case No. 3:20-CV-01958-H-AGS

    I, the undersigned, declare: That I am, and was at the time of service of the papers herein referred to, over the age of eighteen years, and not a party to the action; and I am employed in the County of San Diego, California. My business address is 701 Island Avenue, Suite 400, San Diego, California 92101.

    On December 6, 2021, at San Diego, California, I served the following document(s) described as: **SUMMARY OF DISCOVERY DISPUTE; EXHIBIT A; EXHIBIT B (UNDER SEAL)** on the parties in said action by electronically filing with the Clerk of the Court using the CM/ECF system. The Clerk of the Court will transmit a Notice of Electronic Filing to the following ECF registrants:

| | |
|---|---|
| Thomas H.L. Selby | tselby@wc.com |
| Stanley Edward Fisher | sfisher@wc.com |
| Charles L. McCloud | lmccloud@wc.com |
| Michael Xun Liu | mliu@wc.com |
| Julie L. Tavares | jtavares@wc.com |
| Elizabeth L. Brann | elizabethbrann@paulhastings.com |
| Merri C. Moken | merrimoken@paulhastings.com |
| Ben Lewis Wagner | ben.wagner@troutman.com |
| Robert Schaffer | robert.schaffer@troutman.com |
| Sushmitha Rajeevan | sushmitha.rajeevan@troutman.com |
| Robert A. Angle | robert.angle@troutman.com |
| Bruce M. Wexler | brucewexler@paulhastings.com |
| Merri C. Moken | merrimoken@paulhastings.com |
| Elizabeth L Brann | elizabethbrann@paulhastings.com |

☒ **ELECTRONIC TRANSMISSION**: I filed the foregoing document with the Clerk of Court for the U.S. District Court, using the Electronic Case Filing ("ECF") system of the Court. The attorney(s) listed above has consented to receive service by electronic means and is registered with the Court's ECF system and was served a "Notice of Electronic Filing" sent by ECF system.

    Executed on December 6, 2021 at San Diego, California. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

    */s/David J. Noonan*
    David J. Noonan